1  MICHAEL J. LAWSON, State Bar No. 66547
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   GROUP LONG TERM DISABILITY BENEFITS
6  PLAN FOR EMPLOYEES OF CREDIT SUISSE
   FIRST BOSTON CORPORATION
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | JANE DOE,                                    | Case No. C07-05875 JL
12 |           Plaintiff,                          | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO**
13 |       vs.                                    | **COMPLAINT AND [PROPOSED] ORDER**
14 | GROUP LONG TERM DISABILITY                    | **Civil Local Rule 6-1(a)**
   | BENEFITS PLAN FOR EMPLOYEES OF
15 | CREDIT SUISSE FIRST BOSTON
   | CORPORATION,
16 |
   |           Defendant.
17

18     Plaintiff JANE DOE and Defendant GROUP LONG TERM DISABILITY BENEFITS

19 PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION ("Plan"),

20 hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that the Plan's time to answer or

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                            Case No. C07-05875
                                Stip. to Extend Time to Respond to Compl.
                        1

otherwise respond to Plaintiff's initial complaint shall be extended from December 19, 2007 to January 18, 2008.

The stipulated extension of time will not require the resetting of any Court-established deadlines or otherwise delay the progress of this case.

**IT IS SO STIPULATED:**

Dated: December 19, 2007        MORGAN, LEWIS & BOCKIUS LLP

By:  /S/Donald P. Sullivan
      Donald P. Sullivan
      Attorneys for Defendant
      GROUP LONG TERM DISABILITY
      BENEFITS PLAN FOR EMPLOYEES OF
      CREDIT SUISSE FIRST BOSTON
      CORPORATION

Dated: December 19, 2007        LEWIS, FEINBERG, LEE, RENAKER & JACKSON

By:   /S/ Vincent Cheng (as authorized on 12/19/07)
      Vincent Cheng
      Attorneys for Plaintiff
      JANE DOE

**IT IS SO ORDERED:**

Dated: _____                                _____
                                                    The Hon. James Larson
                                                    United States District Judge

1-SF/7645712.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. C07-05875
Stip. to Extend Time to Respond to Compl.