MICHAEL J. LAWSON, State Bar No. 66547
DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
GROUP LONG TERM DISABILITY BENEFITS
PLAN FOR EMPLOYEES OF CREDIT SUISSE
FIRST BOSTON CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>        vs.<br><br>GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>        Defendant. | Case No. C07-05875 JL<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>**Civil Local Rule 6-1(a)** |

Plaintiff JANE DOE and Defendant GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION ("Plan"), hereby stipulate and agree pursuant to Civil Local Rule 6-1(a) that the Plan's time to answer or

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C07-05875
Stip. to Extend Time to Respond to Compl.

1

otherwise respond to Plaintiff's initial complaint shall be extended from December 19, 2007 to January 18, 2008.

The stipulated extension of time will not require the resetting of any Court-established deadlines or otherwise delay the progress of this case.

**IT IS SO STIPULATED:**

Dated: December 19, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: /S/Donald P. Sullivan
    Donald P. Sullivan
    Attorneys for Defendant
    GROUP LONG TERM DISABILITY
    BENEFITS PLAN FOR EMPLOYEES OF
    CREDIT SUISSE FIRST BOSTON
    CORPORATION

Dated: December 19, 2007                LEWIS, FEINBERG, LEE, RENAKER & JACKSON

By: /S/ Vincent Cheng (as authorized on 12/19/07)
    Vincent Cheng
    Attorneys for Plaintiff
    JANE DOE

**IT IS SO ORDERED:**

Dated: 12/21/07

_____
The Hon. James Larson
United States District Judge

1-SF/7645712.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. C07-05875
Stip. to Extend Time to Respond to Compl.