DONALD P. SULLIVAN, SBN 191080
MORGAN LEWIS & BOCKIUS
One Market, Spear Street Tower
San Francisco, CA 94105-1126

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | C07-05875 JL |
| v. | |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

GROUP LTD BENEFITS PLAN OF CREDIT SUISSE    [ ] Plaintiff [X] Defendant [ ] Other _____
_Name of Party_

hereby substitutes LAURA E. FANNON of Kelly Herlihy & Klein LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per    44 Montgomery Street, Suite 2500
_Street Address_

San Francisco, Ca 94104      415.951.0535      415.391.7808      111500
_City, State, Zip Code_        _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of DONALD P. SULLIVAN

Dated: 1-15-08                                 _Signature of Party_ / _Present Attorney_

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 1/14/2008                               _Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 1/15/08                                 _Signature of New Attorney_ SBN 111500
                                               Kelly, Herlihy & Klein LLP

Substitution of Attorney is hereby  [ ] Approved.    [ ] Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL:  If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)