UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

          Plaintiff(s),

CASE NO. C07-05875 WHA ADR

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

GROUP LONG TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON CORP

          Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 28, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Teresa S. Renaker, Esq. | Plaintiff | (510) 839-6824 | trenaker@lewisfeinberg.com |
| Laura E. Fannon, Esq. | Defendant | (415) 438-3737 | fannon@kelher.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/6/08

                                            Attorney for Plaintiff

Dated: 2/5/08

                                            Attorney for Defendant

Rev 12.05