# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

          Plaintiff(s),

        v.

GROUP LTD PLAN FOR EMPLOYEES
OF CREDIT SUISSE FIRST BOSTON ⊞
         Defendant(s).
_____/

Case No.  C07-05875 WHA ADR

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/7/08

        *Alexander Barnard*
        [Party] *Defendant*

Dated: 2/6/08 ⊞

        *Laura E. Savino*
        [Counsel]