**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

GROUP LONG TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES
OF CREDIT SUISSE FIRST BOSTON
CORPORATION,

    Defendant.

No. C 07-05875 WHA

**CASE MANAGEMENT ORDER
IN DENIAL-OF-BENEFITS
ACTION UNDER ERISA AND
REFERENCE TO MAGISTRATE
JUDGE FOR MEDIATION/
SETTLEMENT**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1. All initial disclosures under FRCP 26 must be completed by **MARCH 7, 2008**, on pain of preclusion under FRCP 37(c).

2. This is an ERISA action challenging a denial of disability benefits. A threshold question is the extent to which the "administrative record" should be augmented and/or discovery allowed. To tee up this issue, the following procedure will be used. On **APRIL 24, 2008**, defendant shall file the "administrative record" and its motion for summary judgment to be heard on a 35-day track. In this submission, please include a detailed declaration explaining what is and is not in the "administrative record" and the manner and guidelines by which it was compiled  Then, plaintiff's opposition and any

request for discovery shall be filed **THREE WEEKS** before the hearing with any reply thereto **TWO WEEKS** before the hearing. Reply declarations will be disfavored.

3. Depending on the outcome of the summary-judgment motion, this case may or may not proceed further. If it does, a further case management order will issue.

4. A further case management conference is set for **JUNE 19, 2008**, at **11:00 A.M.**

5. This matter is hereby **REFERRED** to **MAGISTRATE JUDGE BERNARD ZIMMERMAN** for **MEDIATION/SETTLEMENT**.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2