# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: <u>February 28, 2008</u>

Case No.  <u>C 07-05875 WHA</u>

Title: <u>JANE DOE</u> v. <u>GROUP LONG TERM DISABILITY BENEFITS PLAN</u>

Plaintiff Attorneys: Teresa Renaker; Vincent Cheng

Defense Attorneys: Laura Fannon

Deputy Clerk: <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

## PROCEEDINGS

1)  <u>CMC - HELD</u>

2)  _____

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to  <u>**5/29/08 at 8:00 am**</u>  for Motion


**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.

Defendant shall file a motion for summary judgment by 4/24/08 to be heard on a 35-day track. Plaintiff advised the court that a motion will be filed to keep the caption name as Jane Doe instead of the true name.