LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
GROUP LONG-TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>vs.<br><br>GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>             Defendant. | Case No.: C07-05875 WHA ADR<br><br>**APPLICATION TO PERMIT TELEPHONIC APPEARANCE OF PARTY AT SETTLEMENT CONFERENCE; PROPOSED ORDER**<br><br>Date:   April 22, 2008<br>Time:   9:00 a.m.<br>Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

## APPLICATION

1. For the reasons set forth below, the undersigned, on behalf of defendant Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan"), hereby seeks this court's permission for the Plan to appear by telephone at the April 22, 2008 settlement conference,

2. This suit is governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. section 1001 et seq. The complaint filed by plaintiff Jane Doe ("plaintiff") seeks recovery of long-term disability benefits under the Plan, which was underwritten and fully insured by Hartford Life and Accident Insurance Company ("The Hartford"). The Hartford is not a party to the action but is defending the Plan and will be solely responsible for paying any settlement in this matter, should the lawsuit settle at the April 22 settlement conference.

3. Brien Horan, Deputy Director of Litigation at Hartford Life, based in its Home Office in Simsbury, Connecticut, will attend the settlement conference in person and will have full authority to settle the case or to enter into any necessary stipulations.

4. Alexander C.B. Barnard, Director and Counsel of Credit Suisse's Legal and Compliance Division in New York City, is responding to this litigation as necessary on behalf of Credit Suisse, and he would be the representative of the Plan who would attend the settlement conference, whether by telephone or in person. If Mr. Barnard (or another individual from the Home Office) were required to attend in person, he would lose two days in travel time and, as he actively litigates cases for Credit Suisse himself, his full case load would be negatively impacted.

5. The Plan and The Hartford do not believe that Mr. Barnard's appearance by phone instead of in person will impact in any way the progress of the settlement negotiations, inasmuch as The Hartford is directing and fully funding the defense of this litigation and will be solely responsible for approving and funding any settlement in the event a settlement is reached at the April 22 settlement conference. Mr. Barnard can sign any settlement agreement or other document as needed by facsimile transmission or by e-mailing a pdf as directed. He further agrees to provide his counsel with a telephone number where he may be reached directly both during and after business hours.

6. The attorney for plaintiff Jane Doe, Teresa Renaker, Esq., has agreed that the Plan need not send a representative to the settlement conference as long as an authorized representative of The Hartford appears in person at the settlement conference.

Therefore, on behalf of the Plan, the undersigned respectfully requests that this application be granted.

Dated: March **27**, 2008

KELLY, HERLIHY & KLEIN LLP

By _/s/ Laura E. Fannon_
Laura E. Fannon
Attorneys for Defendant
GROUP LONG-TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON
CORPORATION

E:\27289\P02.doc

**ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Bernard Zimmerman, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT