UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>GROUP LONG TERM DISABILITY<br>BENEFITS PLAN FOR EMPLOYEES<br>OF CREDIT SUISSE FIRST BOSTON<br>CORPORATION,<br><br>　　　　Defendant(s). | No. C07-5875 WHA (BZ)<br><br>**ORDER GRANTING REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

　　　Given the representation that Hartford's representative will have full authority to settle the case, as that term is defined in the settlement conference order, Mr. Barnard's request to be excused from personally attending is **GRANTED**.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge