```
1  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4
5  Attorneys for Defendant
   GROUP LONG-TERM DISABILITY
6  BENEFITS PLAN FOR EMPLOYEES OF
   CREDIT SUISSE FIRST BOSTON CORPORATION
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: C07-05875 WHA ADR |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | |
| Defendant. | |

SUBSTITUTION OF ATTORNEY

CASE NO. C07-05875 WHA ADR

| | |
|---|---|
| 1 | TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN |
| 2 | AND TO THEIR ATTORNEYS OF RECORD: |
| 3 | |
| 4 | PLEASE TAKE NOTICE that defendant Group Long Term Disability Benefits Plan for |
| 5 | Employees of Credit Suisse First Boston Corporation hereby substitutes counsel as follows: |

1.   **Former legal representative:**

   Kelly, Herlihy & Klein, LLP

2.   **New legal representative as of April 1, 2008:**

   Laura E. Fannon (SBN 111500)
   Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3.   **The party making this substitution** is defendant, Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation.

4.   **I consent to this substitution.**

Dated: March 25 2008     Credit Suisse etc. Plan     /s/ Alexander Berrand
                         (Print Name)                 (Signature of party/representative)

5.   **I consent to this substitution.**

Dated: March 31, 2008    Kelly, Herlihy & Klein LLP     /s/ Laura E. Fannon
                         By Laura E. Fannon
                         (Print Name)                    (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C07-05875 WHA ADR

-2-

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: April _1_, 2008    Wilson, Elser
                                by Laura E. Fannon      /s/ Laura E. Fannon
                                (Print Name)            (Signature of new attorney)

**Substitution of Attorney is hereby approved:**

Date: _____, 2008               _____
                                                       UNITED STATES DISTRICT JUDGE

E:\27289\substitution