```
1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5  vcheng@lewisfeinberg.com
```

6  **Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, | Case No. C07-05875 WHA |
|     Plaintiff, | |
| vs. | **DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME** |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | |
|     Defendant. | |

I, Vincent Cheng, declare as follows:

1. I am a member in good standing of the State Bar of California and an attorney at Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiff in this action. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. I am familiar with the claim record produced by the Defendant Plan as part of its initial disclosures in this case.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Mark

1  H. Swoiskin, M.D. dated April 3, 2008.

2      4.    Attached hereto as Exhibit 2 is a true and correct copy of page H 032 from the claim record that the Defendant Plan produced as part of its initial disclosures.  Page H 032 contains the following information in a letter from Melvin Lurie, M.D., a psychiatrist with University Disability Consortium who was hired by the Defendant Plan's insurer to review Plaintiff's medical records: "Family psychiatric history revealed that her mother was narcissistic and hospitalized multiple times with a mood disorder.  A paternal half sister suicided at age 19 and was evidently psychotic.  A paternal half brother was reclusive, paranoid, drug abusing and a Vietnam vet.  A paternal half sister had a history of substance abuse with marijuana and speed.  A maternal half sister had a suicide attempt at age 16 and was 'okay now' and on an SSRI.  A maternal half brother was on Zyprexa, Risperdal, Lamictal, Depakote and had psychotic features and was permanently disabled and was an alcoholic.  A maternal half sister, [name omitted], had mild depression and was on an SSRI.  A paternal niece had bipolar-I disorder, alcoholism.  A paternal niece had a suicide attempt at age 16.  A maternal grandmother had depression, was suicidal and had alcoholism.  A maternal aunt had alcoholism.  A maternal first cousin was a gambler.  A brother, [name omitted], was question unemployed and a Vietnam vet."

    I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those, I believe them to be true.

    Executed this 7th day of April, 2008, at Oakland, California.

                                                                /s/ Vincent Cheng
                                                                  Vincent Cheng