# Exhibit 1

1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5  vcheng@lewisfeinberg.com

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JANE DOE, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. C07-05875 WHA |
| vs. | ) | **DECLARATION OF MARK H. SWOISKIN, M.D.** |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | ) | |
| Defendant. | ) | |

I, Mark H. Swoiskin, M.D., declare as follows:

1.  I have personal knowledge of the facts set forth below and, if called upon to do so, could and would testify competently thereto.

2.  I am a licensed and board-certified psychiatrist in private practice and an Associate Clinical Professor of Psychiatry at UCSF. I am the treating psychiatrist for the Plaintiff in this action. I have treated her since January of 2006 with pharmacotherapy for her Bipolar Disorder. I have been asked to comment on the potential risk of relapse to Plaintiff if she were forced to lose her anonymity in the context of her ongoing disability case.

3.  As background, it is my understanding, from talking to both Plaintiff and Leslie

DECLARATION OF MARK H. SWOISKIN, M.D. [CASE NO. C07-05875 WHA]

Simon, Ph.D., her psychotherapist over the past seven years, that Plaintiff's bipolar disorder was disclosed in 2003 in the context of a different legal case. According to both of them, under the stress of that situation, she became quite unstable, as manifested by a dramatic increase in paranoid ideation, hypervigilance, agorophobia, and considerable difficulty functioning, lasting about a year.

4. Plaintiff continues to convey how haunted she remains by that loss of anonymity. She is, in general, very concerned about privacy and is now terrified that losing her anonymity in this current disability case would be catastrophic for her career. Considering this possibility in light of what I know about Plaintiff and her history, my medical opinion is that such a loss of anonymity would put her at substantial risk of relapse along the lines of what occurred in 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2008, at Mill Valley, California.

Mark H. Swoiskin, M.D.

DECLARATION OF MARK H. SWOISKIN, M.D. [CASE NO. C07-05875 WHA]