# Exhibit 2

evidently against Wells Fargo. She "rode" the tech boom and was involved in high tech IPO's. In 1999 she was a high earner and last worked in October of 2001 for Credit Suisse. She then became disabled and started seeing Dr. Gold and evidently was laid off. She evidently had multiple lawyers working on revenue and disability issues. Evidently two years prior she was approved for short and long-term disability and evidently stated that her short-term disability ended November 1. Family psychiatric history revealed that her mother was narcissistic and hospitalized multiple times with a mood disorder. A paternal half sister suicided at age 19 and was evidently psychotic. A paternal half brother was reclusive, paranoid, drug abusing and a Vietnam vet. A paternal half sister had a history of substance abuse with marijuana and speed. A maternal half sister had a suicide attempt at age 16 and was "okay now" and on an SSRI. A maternal half brother was on Zyprexa, Risperdal, Lamictal, Depakote and had psychotic features and was permanently disabled and was an alcoholic. A maternal half sister, [REDACTED], had mild depression and was on an SSRI. A paternal niece had bipolar-1 disorder, alcoholism. A paternal niece had a suicide attempt at age 16. A maternal grandmother had depression, was suicidal and had alcoholism. A maternal aunt had alcoholism. A maternal first cousin was a gambler. A brother, [REDACTED], was question unemployed and a Vietnam vet. Diagnostic impression: Axis I: Bipolar-II disorder. Axis II: Deferred. Axis III: Hypothyroidism. Axis IV and Axis V were left blank. Treatment plan was to discuss the diagnosis and treatment. Medications were Wellbutrin SR 100 mg q.d. and Depakote 1000 mg q.d. by prescription. Follow up was to be in three weeks. There was evidently no history of use of Tegretol or Trileptal.

A 12/23/02 progress note authored by Shane McKay, M.D. was reviewed. Mood was unstable. Sleep was nine hours. There was no psychosis. She was evidently having a lot of tremor from Depakote for a week, and it was dropped to 750 mg. She was evidently to take her GMAT in mid-January. She complained that her sleep was erratic. Mental status found her well groomed with normal speech, illegible affect. Diagnosis was bipolar disorder. Plan was to continue her current meds. In the future, the plan was to try Trileptal. A 12/23/02 medication list authored by Shane McKay, M.D. indicated her meds for the following seven weeks. She should take Depakote 750 mg., Wellbutrin 100 to 150 mg SR, she should start Topamax at week 5, moving from 25 mg to 50 mg by week 7 and continue Xanax at 1 mg q.d.

[REDACTED]

H 032