1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5          vcheng@lewisfeinberg.com

6  **Attorneys for Plaintiff**

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12
   JANE DOE,                                  )
13                                             )   Case No. C07-05875 WHA
                  Plaintiff,                   )
14                                             )
          vs.                                  )   **[PROPOSED] ORDER GRANTING**
15                                             )   **PLAINTIFF'S MOTION FOR**
   GROUP LONG TERM DISABILITY                  )   **ADMINISTRATIVE RELIEF TO**
16 BENEFITS PLAN FOR EMPLOYEES OF              )   **PERMIT PLAINTIFF TO PROCEED**
   CREDIT SUISSE FIRST BOSTON                  )   **UNDER FICTITIOUS NAME**
17 CORPORATION,                                )
                                               )
18                Defendant.                   )
                                               )
19                                             )
                                               )
20 _____

21

22         Good cause appearing, the Court hereby orders that

23         1.      Plaintiff is allowed to proceed under a fictitious name and the docket shall

24 continue to reflect Plaintiff's name as Jane Doe;

25         2.      Plaintiff will be referred to as Jane Doe in all pleadings, depositions, and other

26 documents related to this litigation, and Plaintiff shall be allowed to endorse documents related

27 to this litigation using the pseudonym, Jane Doe;

28         3.      In all proceedings held before this Court, including trial, all counsel, witnesses

   and court personnel present shall refer to Plaintiff by her pseudonym, Jane Doe;

1   4.   Despite this order, should any party in this action desire to file a document with the Court under seal, an appropriate motion may be filed pursuant to Civil Local Rule 79-5 in advance of the filing of the document;

4   5.   The terms of this order shall remain in effect until further notice of this Court.

7   IT IS SO ORDERED.

9   Dated: _____            _____
                                        Hon. William Alsup
                                        United States District Judge,
                                        Northern District of California