1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5          vcheng@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12

13  JANE DOE,                          )
                                       )   Case No. C07-05875 WHA
                Plaintiff,             )
14                                     )   **PLAINTIFF'S ADMINISTRATIVE**
        vs.                            )   **MOTION TO FILE UNDER SEAL**
15                                     )   **DECLARATION OF PLAINTIFF IN**
                                       )   **SUPPORT OF MOTION FOR**
16  GROUP LONG TERM DISABILITY         )   **ADMINISTRATIVE RELIEF TO**
    BENEFITS PLAN FOR EMPLOYEES OF     )   **PROCEED UNDER FICTITIOUS**
17  CREDIT SUISSE FIRST BOSTON         )   **NAME OR, ALTERNATIVELY, TO**
    CORPORATION,                       )   **FILE SAID DECLARATION**
18                                     )   **ELECTRONICALLY USING**
                Defendant.             )   **PSEUDONYM**
19                                     )
                                       )   L.R. 7-11; L.R. 79-5
20                                     )
                                       )
21  _____                             )
                                       )
22  _____

23

24        Pursuant to Local Rule 7-11 and Local Rule 79-5, Plaintiff requests that the Court order

25  the following document to be filed under seal and/or filed electronically using a pseudonym that

26  preserves the confidentiality of Plaintiff's name:  Declaration of Plaintiff in Support of Motion

27  for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name ("Plaintiff's

28

1    Declaration").[1]

2         Plaintiff suffers from Bipolar Disorder.  She brings this suit to recover benefits under the

3    Defendant long-term disability plan ("the Plan").  In a separate motion entitled Plaintiff's Motion

4    for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name ("the Motion"),

5    Plaintiff moves the Court for administrative relief in the form of an order permitting her to

6    proceed under a fictitious name.  In support of that motion, Plaintiff submits Plaintiff's

7    Declaration.  That declaration contains Plaintiff's true name and detailed information about

8    Plaintiff's psychiatric condition and history, including symptoms such as "paranoia,"

9    "hypervigilance," "agoraphobia," as well as a "psychotic break."  The information also includes a

10   statement about Plaintiff's genetic daughter, who is a minor and is unaware of Plaintiff's

11   psychiatric condition or its strong genetic component.

12        Pursuant to Local Rule 79-5, Plaintiff has narrowly tailored this request to Plaintiff's

13   Declaration.  Due to the extremely sensitive nature of the information included in Plaintiff's

14   Declaration, as well as the potential injury, humiliation and embarrassment to Plaintiff and her

15   daughter that will result from disclosure of such information, Plaintiff seeks an administrative

16   order that Plaintiff's Declaration shall be filed under seal and/or electronically filed using a

17   pseudonym that preserves the confidentiality of Plaintiff's name.

18

19   Dated:  April 7, 2008                          Respectfully submitted,

20                                                  LEWIS, FEINBERG, LEE,
                                                    RENAKER & JACKSON P.C.
21

22                                      By:    /s/ Vincent Cheng
                                              Vincent Cheng
23                                            Attorneys for Plaintiff

24

25

26

27
_____
28        [1]  Lodged with the Court with this motion.