Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: trenaker@lewisfeinberg.com
vcheng@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>        Defendant. | Case No. C07-05875 WHA<br><br>**DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER FICTITIOUS NAME OR, ALTERNATIVELY, TO ELECTRONICALLY FILE SAID DECLARATION** |

I, Vincent Cheng, declare as follows:

1. I am a member in good standing of the State Bar of California and an attorney at Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiff in this action. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. I am familiar with the claim alleged by Plaintiff in this lawsuit. Plaintiff suffers from Bipolar Disorder. She brings this suit to recover benefits under the Defendant long-term disability plan. The Declaration of Plaintiff in Support of Motion for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name contains Plaintiff's true name and detailed information about Plaintiff's psychiatric condition and history, including symptoms such as "paranoia," "hypervigilance," "agoraphobia," as well as a "psychotic break." The information also includes a statement about Plaintiff's genetic daughter, who is a minor and is unaware of Plaintiff's psychiatric condition or its strong genetic component.

3. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Plaintiff in Support of Motion for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name. This document is the subject of Plaintiff's accompanying Administrative Motion to File Under Seal or, Alternatively, to File Electronically Using a Pseudonym. Pursuant to Civil Local Rule 79-5, the actual document is being lodged contemporaneously with the Court and only a place holder will appear in this publicly filed document.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those, I believe them to be true.

Executed this 7th day of April, 2008, at Oakland, California.



Vincent Cheng

DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER FICTITIOUS NAME OR, ALTERNATIVELY, TO ELECTRONICALLY FILE SAID DECLARATION [CASE NO. C07-05875 WHA]     2

# Exhibit A