1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5          vcheng@lewisfeinberg.com

6  **Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, ) | Case No. C07-05875 WHA |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER FICTITIOUS NAME, OR, ALTERNATIVELY, TO FILE SAID DECLARATION ELECTRONICALLY USING PSEUDONYM** |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, ) | |
| Defendant. ) | |

Good cause appearing, the Court hereby orders that the following document shall be filed under seal and/or filed electronically using a pseudonym that preserves the confidentiality of Plaintiff's name: Declaration of Plaintiff in Support of Motion for Administrative Relief to

//

//

1 | Permit Plaintiff to Proceed Under Fictitious Name.

3 | IT IS SO ORDERED.

5 | Dated: _____                    _____
                                                Hon. William Alsup
                                                United States District Judge,
                                                Northern District of California