1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   E-mail: trenaker@lewisfeinberg.com
5          vcheng@lewisfeinberg.com

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|        Plaintiff, | ) Case No. C07-05875 WHA |
| vs. | ) |
| GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | ) **PROOF OF SERVICE** |
|        Defendant. | ) |

I, Candice Elder, declare:

My business address is 1330 Broadway, Suite 1800, Oakland, California 94612.  I am over the age of 18 years and not a party to the above-entitled action.

On April 7, 2008, I caused the following documents to be served:

**DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER FICTITIOUS NAME OR, ALTERNATIVELY, TO ELECTRONICALLY FILE SAID DECLARATION USING PSEUDONYM ("DECLARATION OF VINCENT CHENG");**

PROOF OF SERVICE [CASE NO. C07-05875 WHA]

**EXHIBIT A TO DECLARATION OF VINCENT CHENG.**

on the persons listed below by sending a true and correct copy thereof via overnight delivery, addressed as follows:

Laura E. Fannon
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

**Attorneys for Defendant**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2008, at Oakland, California.

_____
Candice Elder