UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>    Defendant(s). | No. C07-5875 WHA (BZ)<br><br>**CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference scheduled for Tuesday, April 22, 2008, at 9:00 a.m. is **VACATED**.

Dated: April 18, 2008

_____
*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1