```
LAURA E. FANNON (SBN 111500)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
GROUP LONG-TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>        Defendant. | Case No.: C07-05875 WHA ADR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER**<br><br>Current Date:   May 29, 2008<br>Time:   8:00 a.m.<br>Courtroom G, 15th Floor<br><br>Hon. William H. Alsup |

## STIPULATION

Plaintiff Jane Doe ("plaintiff") and defendant Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan") hereby stipulate and agree as follows:

1. This is a suit for recovery of benefits under an insured ERISA-governed long-term disability plan. Under the currently effective scheduling order, the Plan is required to file its motion for summary judgment and the administrative record on April 24, 2008, on 35 days' notice. The hearing date thus would be May 29, 2008.

2. Meanwhile, the parties had sought and obtained court approval to participate in a settlement conference before Magistrate Judge Bernard Zimmerman. Judge Zimmerman scheduled the conference for April 22, 2008, two days before the Plan's summary judgment motion was required to be filed. The parties were prepared to go forward on that date; however, on April 11, 2008, the court issued a notice that the settlement conference would be reset to July 15, 2008.

3. Through a series of telephone calls that took place on April 18, 2008, between and among Judge Zimmerman's clerk, plaintiff's attorney, Teresa Renaker, Esq., and the Plan's attorney, Laura Fannon, Esq., the parties learned that the continuance of the settlement conference to July was an error on the part of the court's clerical staff. The parties no longer were in a position to go forward on April 22. In light of this error, Judge Zimmerman's clerk has advised the parties that Judge Zimmerman will make himself available for a settlement conference in May.

4. The parties believe that settlement discussions would be more productive if the summary judgment filing date were continued until after the settlement conference is concluded. In light of Judge Zimmerman's clerk's representations that Judge Zimmerman will work with us to hold a settlement conference in May, the parties believe that a four-week continuance of the summary judgment hearing, to June 26, 2008, will permit completion of the settlement conference before the summary judgment motion must be filed.

-1-
STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER
CASE NO. C07-05875 WHA ADR
348672.1

5.   Accordingly, the parties stipulate and jointly request that the court (1) continue the hearing on the motion for summary judgment to June 26, 2008, and (2) continue to May 22, 2008, the deadline for filing the motion for summary judgment and the administrative record.

Respectfully submitted,

Dated: April 18, 2008    LEWIS, FEINBERG, LEE, RENAKER & JACKSON

By  /s/ Teresa S. Renaker
Teresa S. Renaker
Attorneys for Plaintiff
JANE DOE

Dated: April 18, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By  /s/ Laura E. Fannon
Laura E. Fannon
Attorneys for Defendant
GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION

## ORDER

In accordance with the parties' stipulation above, the court hereby continues the hearing on the Plan's motion for summary judgment to June 26, 2008, with moving papers to be filed no later than May 22, 2008.

Dated: _____

_____
WILLIAM H. ALSUP, District Judge
U.S. DISTRICT COURT

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation "/s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 18, 2008            /s/ Laura E. Fannon
                                 Laura E. Fannon