LAURA E. FANNON (SBN 111500)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
GROUP LONG-TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>    Defendant. | Case No.: C07-05875 WHA ADR<br><br>**DEFENDANT PLAN'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FILED APRIL 7, 2008**<br><br>Hon. William H. Alsup |

1     TO PLAINTIFF JANE DOE ("PLAINTIFF") AND TO THE CLERK OF COURT:

2     NOTICE IS HEREBY GIVEN that defendant Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan") does not oppose Plaintiff's Motion for Administrative Relief To Permit Plaintiff To Proceed Under Fictitious Name. This non-opposition may not be construed as an endorsement of the stated premises for plaintiff's motion or as an admission of any factual statement or legal conclusion made in plaintiff's motion.

                                              WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP

Date: April 21, 2008          By     /s/   Laura E. Fannon
                                                         Laura E. Fannon
                                                    Attorneys for Defendant
                                                GROUP LONG-TERM DISABILITY
                                                BENEFITS PLAN FOR EMPLOYEES OF
                                                CREDIT SUISSE FIRST BOSTON
                                                CORPORATION

-1-
DEFENDANT PLAN'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C07-05875 WHA ADR

348777.1