**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 JANE DOE,

11      Plaintiff,                     No. C 07-05875 WHA

12   v.

13 GROUP LONG TERM DISABILITY          **ORDER DENYING STIPULATION TO**
BENEFITS PLAN FOR EMPLOYEES        **CONTINUE HEARING ON MOTION**
14 OF CREDIT SUISSE FIRST BOSTON         **FOR SUMMARY JUDGMENT**
CORPORATION,
15
     Defendant.
16 _____/

17

     Good cause not shown, the parties' stipulation to continue the hearing on motion for
18
summary judgment is **DENIED**.
19
.
20
     **IT IS SO ORDERED.**
21

22

23 Dated: April 21, 2008.
                            _____
WILLIAM ALSUP
24                              UNITED STATES DISTRICT JUDGE

25

26

27

28