| | |
|---|---|
| 1 | LAURA E. FANNON (SBN 111500) |
|   | WILSON, ELSER, MOSKOWITZ, |
| 2 |     EDELMAN & DICKER LLP |
|   | 525 Market Street, 17th Floor |
| 3 | San Francisco, CA 94105-2725 |
|   | Tel.: (415) 433-0990 |
| 4 | Fax: (415) 434-1370 |
| 5 | Attorneys for Defendant |
|   | GROUP LONG-TERM DISABILITY |
| 6 | BENEFITS PLAN FOR EMPLOYEES OF |
|   | CREDIT SUISSE FIRST BOSTON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

vs.

GROUP LONG-TERM DISABILITY
BENEFITS PLAN FOR EMPLOYEES OF
CREDIT SUISSE FIRST BOSTON
CORPORATION,

        Defendant.

Case No.: C07-05875 WHA ADR

**NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD IN CONNECTION WITH DEFENDANT PLAN'S MOTION FOR SUMMARY JUDGMENT (ERISA)**

Date:    May 29, 2008
Time:    8:00 a.m.
Courtroom 9, 19th Floor

Hon. William H. Alsup

<u>Documents Attached</u>:

1. Notice, Motion, and Memorandum;
2. Fannon Declaration;
3. Tubbs Declaration;
4. Request for Judicial Notice;
5. Proposed Order.

NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD
IN CONNECTION WITH DEFENDANT PLAN'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

349035.1

TO PLAINTIFF JANE DOE ("PLAINTIFF") AND TO THE CLERK OF THIS COURT:

NOTICE IS HEREBY GIVEN that the administrative record in this matter has been manually filed with the court in connection with the motion of defendant Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan") for summary judgment. The administrative record, Bates numbered H0001 to H627, has been authenticated by Laurie Tubbs in her accompanying declaration and has been redacted by plaintiff's attorney's office to delete all identifying references.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Date: April 24, 2008        By____/s/____Laura E. Fannon____
                            Laura E. Fannon
                            Attorneys for Defendant
                            GROUP LONG-TERM DISABILITY
                            BENEFITS PLAN FOR EMPLOYEES OF
                            CREDIT SUISSE FIRST BOSTON
                            CORPORATION

-1-
NOTICE OF MANUAL FILING OF ADMINISTRATIVE RECORD
IN CONNECTION WITH DEFENDANT PLAN'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

349035.1