```
 1  LAURA E. FANNON (SBN 111500)
    WILSON, ELSER, MOSKOWITZ,
 2     EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, CA 94105-2725
    Tel.:  (415) 433-0990
 4  Fax:   (415) 434-1370

 5  Attorneys for Defendant
    GROUP LONG-TERM DISABILITY
 6  BENEFITS PLAN FOR EMPLOYEES OF
    CREDIT SUISSE FIRST BOSTON CORPORATION
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>　　　　Defendant. | Case No.: C07-05875 WHA ADR<br><br>**DECLARATION OF LAURIE A. TUBBS RE "ADMINISTRATIVE RECORD" IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　May 29, 2008<br>Time:　8:00 a.m.<br>Courtroom 9, 19th Floor<br><br>Hon. William H. Alsup<br><br>Documents Attached:<br><br>1. Notice, Motion, and Memorandum;<br>2. Fannon Declaration;<br>3. Request for Judicial Notice;<br>4. Notice of Manual Filing;<br>5. Proposed Order. |

---

DECLARATION OF LAURIE A. TUBBS RE "ADMINISTRATIVE RECORD"
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

334841.1

I, Laurie A. Tubbs, declare as follows:

1. I am an Appeal Specialist for Hartford Life Insurance Company ("The Hartford") in Windsor, Connecticut. I make this declaration in support of the motion of defendant Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan") for summary judgment or summary adjudication of issues. The following facts are based upon my personal knowledge and upon the records maintained by The Hartford in the regular and ordinary course of conducting its business. If called as a witness, I could and would testify competently to the following facts.

2. I have been employed by The Hartford since 1983. Since September 1, 2003, I have served as an Appeal Specialist in its Appeals Department reviewing group long-term disability claims. I was personally involved in handling the appeal level of the long-term disability claim filed by the individual known in this action as "Jane Doe." Ms. Doe was a participant in the Plan, which at the time of her claim was underwritten by The Hartford. As part of my job duties, I work with, create, and assist in maintaining the claim file that comprises a part of the administrative record in matters such as this one that I am called upon to review. I also have recourse to policy documents during my review. I am personally familiar with the way in which claim files are maintained and with the policy documents applicable to the claims I review, including this one.

3. With respect to Ms. Doe's file, the documents Bates numbered H001 to H627 and submitted herewith comprise the administrative record. They collectively are designated **Exhibit 1**. It is my understanding that these documents have been redacted by Ms. Doe's attorneys, with the consent of the Plan's and The Hartford's attorneys, to delete or obscure certain identifying information. It is my further understanding that these documents were numbered by the Plan's and The Hartford's attorneys in connection with this pending action. At the time I reviewed and participated in the creation of the file, the documents were not numbered or redacted.

4. The pages numbered H538 to H577 constitute a copy of group policy no. GLT-044278, revised June 1, 2001, and effective January 1, 2001, including its incorporated booklet

-1-

DECLARATION OF LAURIE A. TUBBS RE "ADMINISTRATIVE RECORD"
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

334841.1

1  certificate and summary plan description. The pages numbered H578 to H627 constitute a copy
2  of group policy no. GLT-044278, revised January 21, 2002, and effective September 11, 2001,
3  and its incorporated booklet certificate and summary plan description. The Hartford has
4  withheld only certain pages listing individual employees (not including Ms. Doe) and their
5  private information.
6       5.    The pages Bates numbered H001 to H537 consist of all documents received or
7  generated during the handling of Ms. Doe's claim, including both hard copy materials and
8  computerized data. These documents include: (1) all documents created by The Hartford's
9  Benefits Management Department, Group Benefits Accounts Department, and Appeals
10 Department in relation to Ms. Doe's claim, including computerized data; and (2) all documents
11 received by these departments in relation to her claim, whether from Ms. Doe or her attorney,
12 her treating physicians, vendors or consultants, or any other source. No documents in the file at
13 the time of the final decision on the claim, including the letter conveying the final decision to
14 Ms. Doe's attorney, have been withheld or excluded from the administrative record.
15      I declare under penalty of perjury under the laws of the State of California and of the
16 United States that the foregoing is true and correct. Executed this 22 day of April, 2008, at
17 Windsor, Connecticut.

LAURIE A. TUBBS

-2-
DECLARATION OF LAURIE A. TUBBS RE "ADMINISTRATIVE RECORD"
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

334841.1