| | |
|---|---|
| 1 | LAURA E. FANNON (SBN 111500) |
| | WILSON, ELSER, MOSKOWITZ, |
| 2 | EDELMAN & DICKER LLP |
| | 525 Market Street, 17th Floor |
| 3 | San Francisco, CA 94105-2725 |
| | Tel.: (415) 433-0990 |
| 4 | Fax: (415) 434-1370 |
| 5 | Attorneys for Defendant |
| | GROUP LONG-TERM DISABILITY |
| 6 | BENEFITS PLAN FOR EMPLOYEES OF |
| | CREDIT SUISSE FIRST BOSTON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No.: C07-05875 WHA ADR |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF LAURA E. FANNON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ERISA)** |
| vs. | ) | |
| | ) | Date: May 29, 2008 |
| GROUP LONG-TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION, | ) | Time: 8:00 a.m. |
| | ) | Courtroom 9, 19th Floor |
| | ) | |
| | ) | Hon. William H. Alsup |
| Defendant. | ) | |
| | ) | Documents Attached: |

1. Notice, Motion, and Memorandum;
2. Tubbs Declaration;
3. Request for Judicial Notice;
4. Notice of Manual Filing;
5. Proposed Order.

---

DECLARATION OF LAURA E. FANNON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

348801.1

I, Laura E. Fannon, declare as follows:

1. I am an attorney at law in good standing with the Bar of the State of California and with the Bar of this Court. I serve as Of Counsel to Wilson, Elser, Moskowitz, Edelman & Dicker LLP and am one of the attorneys of record for Group Long Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation ("the Plan"), defendant in this action, as well as for Hartford Life Insurance Company ("The Hartford"), through which the Plan was insured at the time of the claim for disability benefits submitted by plaintiff Jane Doe ("plaintiff"). The Hartford is not a party to this action. I make this declaration in support of the Plan's motion for summary judgment or adjudication of issues. The following facts are based upon my personal knowledge. If called as a witness, I could and would testify to the following facts.

2. On February 14, 2008, in exchanging e-mails with Teresa Renaker, Esq., attorney for plaintiff in this action, concerning the Joint Case Management Statement, I asked when the magnetic resonance imaging study (MRI) referred to in paragraph 17 of the complaint was performed on plaintiff. Ms. Renaker advised that the MRI was performed last year and provided a copy of it with plaintiff's Initial Disclosures. The MRI report bears a date of October 11, 2007. A copy will be provided to the court upon request.

3. I have personally reviewed every page of the administrative record provided to me by Hartford Life Insurance Company and have determined that the MRI report provided with plaintiff's initial disclosures is not contained anywhere within the record, and that the last substantive action taken in connection with plaintiff's claim occurred on December 7, 2004, when the appeal was denied.

4. On behalf of The Hartford, I requested that plaintiff stay this action and stipulate to a remand of the claim to The Hartford to consider the MRI and any related reports as they might bear on plaintiff's contention that the Mental Illness limitation did not apply. Through her counsel, plaintiff declined this request.

5. On April 22, 2008, Ms. Renaker brought to my attention the fact that a page of the computerized December 7, 2004 diary note in the administrative record, which should have

-1-

1  appeared between pages H478 and H479, appeared to have been omitted. At my request,
2  Laurie Tubbs, who has authenticated the administrative record, faxed the entire December 7,
3  2004 diary note (known as a "K6 comment") to me. I have inserted the entire fax between
4  pages H478 and H479 and have redacted plaintiff's name and identifying information from
5  these pages.
6      I declare under penalty of perjury under the laws of the State of California and of the
7  United States that the foregoing is true and correct. Executed this 24th day of April, 2008, at
8  San Francisco, California.

           *Laura E. Fannon* (signature)
           Laura E. Fannon

-2-
DECLARATION OF LAURA E. FANNON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR
348801.1