```
 1  LAURA E. FANNON (SBN 111500)
    WILSON, ELSER, MOSKOWITZ,
 2      EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
 3  San Francisco, CA 94105-2725
    Tel.: (415) 433-0990
 4  Fax: (415) 434-1370

 5  Attorneys for Defendant
    GROUP LONG-TERM DISABILITY
 6  BENEFITS PLAN FOR EMPLOYEES OF
    CREDIT SUISSE FIRST BOSTON CORPORATION
 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  JANE DOE,                     )  Case No.: C07-05875 WHA ADR
                                  )
12           Plaintiff,           )  REQUEST FOR JUDICIAL NOTICE IN
                                  )  SUPPORT OF DEFENDANT PLAN'S
13      vs.                       )  MOTION FOR SUMMARY JUDGMENT
                                  )  (ERISA)
14  GROUP LONG-TERM DISABILITY    )
    BENEFITS PLAN FOR EMPLOYEES OF)  Date:   May 29, 2008
15  CREDIT SUISSE FIRST BOSTON    )  Time:   8:00 a.m.
    CORPORATION,                  )  Courtroom 9, 19th Floor
16                                )
             Defendant.           )  Hon. William H. Alsup
17                                )

18                                   Documents Attached:

19                                   1. Notice, Motion, and Memorandum;
                                     2. Fannon Declaration;
20                                   3. Tubbs Declaration;
                                     4. Notice of Manual Filing;
21                                   5. Proposed Order.
```

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR

348839.1

1   Pursuant to Federal Rule of Evidence 201(b), which permits courts to judicially notice
2   facts not subject to reasonable dispute because they are either (1) generally known or (2)
3   "capable of accurate and ready determination by resort to sources whose accuracy cannot be
4   reasonably questioned," this court is asked to take judicial notice of the following in
5   connection with the motion of defendant Group Long Term Disability Benefits Plan for
6   Employees of Credit Suisse First Boston Corporation ("the Plan") for summary judgment or
7   adjudication of issues:
8       (1)   the *Diagnostic and Statistical Manual of Mental Disorders* (4th ed., Text
9   Revision*)* (2000) (the "*DSM-IV-TR*"), of which excerpts are attached hereto; and
10      (2)   the fact that Bipolar Disorder is included in the *DSM-IV-TR* in the chapter on
11  "Mood Disorders."
12      Courts in this circuit have taken judicial notice of the *DSM* and of the fact that specified
13  disorders are listed in the *DSM*. See, e.g., *United States v. Cantu*, 12 F.3d 1506, 1509 n.1 (9th
14  Cir. 1993) (taking judicial notice that post-traumatic stress disorder is a psychiatric condition
15  found in the *DSM*); *Upper Deck Co. v. Federal Ins. Co.*, 298 F.Supp.2d 994, 996 n.1 (S.D. Cal.
16  2002), *aff'd*, 358 F.3d 608 (taking judicial notice of the *DSM*). The Plan respectfully requests
17  that this court grant this request in connection with its pending motion.

        Respectfully submitted,

Dated: April 24, 2008                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


                                     By _____/s/ Laura E. Fannon_____
                                              Laura E. Fannon
                                         Attorneys for Defendant
                                     GROUP LONG-TERM DISABILITY
                                     BENEFITS PLAN FOR EMPLOYEES OF
                                     CREDIT SUISSE FIRST BOSTON
                                     CORPORATION

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. C07-05875 WHA ADR
348839.1

Case 3:07-cv-05875-WHA    Document 42    Filed 04/24/2008    Page 3 of 13

# DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

## FOURTH EDITION

## TEXT REVISION

# DSM-IV-TR™



Published by the
American Psychiatric Association
Washington, DC

Copyright © 2000 American Psychiatric Association

DSM, DSM-IV, and DSM-IV-TR are trademarks of the American Psychiatric Association. Use of these terms is prohibited without permission of the American Psychiatric Association.

ALL RIGHTS RESERVED. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including electronic applications.

Correspondence regarding copyright permissions should be directed to the DSM Permissions, Office of Publishing Operations, American Psychiatric Association, 1400 K Street, N.W., Washington, DC 20005.

Manufactured in the United States of America on acid-free paper.

American Psychiatric Association
1400 K Street, N.W., Washington, DC 20005
www.psych.org

The correct citation for this book is American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2000.

**Library of Congress Cataloging-in-Publication Data**
Diagnostic and statistical manual of mental disorders : DSM-IV.—4th ed., text revision.
     p.   ; cm.
   Prepared by the Task Force on DSM-IV and other committees and work groups of the American Psychiatric Association.
   Includes index.
   ISBN 0-89042-024-6 (casebound : alk. paper)—ISBN 0-89042-025-4 (pbk. : alk. paper)
   1. Mental illness—Classification—Handbooks, manuals, etc. 2. Mental illness—Diagnosis—Handbooks, manuals, etc. I. Title: DSM-IV. II. American Psychiatric Association. III. American Psychiatric Association. Task Force on DSM-IV.
   [DNLM: 1. Mental Disorders—classification. 2. Mental Disorders—diagnosis.
WM 15 D536 2000]
RC455.2.C4 D536 2000
616.89'075—dc21

                                                                                    00-024852

**British Library Cataloguing in Publication Data**
A CIP record is available from the British Library.

Text Design—Anne Barnes
Manufacturing—R. R. Donnelley & Sons Company

# Mood Disorders

The Mood Disorders section includes disorders that have a disturbance in mood as the predominant feature. The section is divided into three parts. The first part describes mood episodes (Major Depressive Episode, Manic Episode, Mixed Episode, and Hypomanic Episode) that have been included separately at the beginning of this section for convenience in diagnosing the various Mood Disorders. These episodes do not have their own diagnostic codes and cannot be diagnosed as separate entities; however, they serve as the building blocks for the disorder diagnoses. The second part describes the Mood Disorders (e.g., Major Depressive Disorder, Dysthymic Disorder, Bipolar I Disorder). The criteria sets for most of the Mood Disorders require the presence or absence of the mood episodes described in the first part of the section. The third part includes the specifiers that describe either the most recent mood episode or the course of recurrent episodes.

The Mood Disorders are divided into the Depressive Disorders ("unipolar depression"), the Bipolar Disorders, and two disorders based on etiology—Mood Disorder Due to a General Medical Condition and Substance-Induced Mood Disorder. The Depressive Disorders (i.e., Major Depressive Disorder, Dysthymic Disorder, and Depressive Disorder Not Otherwise Specified) are distinguished from the Bipolar Disorders by the fact that there is no history of ever having had a Manic, Mixed, or Hypomanic Episode. The Bipolar Disorders (i.e., Bipolar I Disorder, Bipolar II Disorder, Cyclothymic Disorder, and Bipolar Disorder Not Otherwise Specified) involve the presence (or history) of Manic Episodes, Mixed Episodes, or Hypomanic Episodes, usually accompanied by the presence (or history) of Major Depressive Episodes.

**Major Depressive Disorder** is characterized by one or more Major Depressive Episodes (i.e., at least 2 weeks of depressed mood or loss of interest accompanied by at least four additional symptoms of depression).

**Dysthymic Disorder** is characterized by at least 2 years of depressed mood for more days than not, accompanied by additional depressive symptoms that do not meet criteria for a Major Depressive Episode.

**Depressive Disorder Not Otherwise Specified** is included for coding disorders with depressive features that do not meet criteria for Major Depressive Disorder, Dysthymic Disorder, Adjustment Disorder With Depressed Mood, or Adjustment Disorder With Mixed Anxiety and Depressed Mood (or depressive symptoms about which there is inadequate or contradictory information).

**Bipolar I Disorder** is characterized by one or more Manic or Mixed Episodes, usually accompanied by Major Depressive Episodes.

**Bipolar II Disorder** is characterized by one or more Major Depressive Episodes accompanied by at least one Hypomanic Episode.

every day for at least 2 weeks), and clinically significant distress or impairment. The diagnosis **Depressive Disorder Not Otherwise Specified** may be appropriate for presentations of depressed mood with clinically significant impairment that do not meet criteria for duration or severity.

## Criteria for Major Depressive Episode

A. Five (or more) of the following symptoms have been present during the same 2-week period and represent a change from previous functioning; at least one of the symptoms is either (1) depressed mood or (2) loss of interest or pleasure.

   **Note:** Do not include symptoms that are clearly due to a general medical condition, or mood-incongruent delusions or hallucinations.

   (1) depressed mood most of the day, nearly every day, as indicated by either subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful).   **Note:** In children and adolescents, can be irritable mood.
   (2) markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day (as indicated by either subjective account or observation made by others)
   (3) significant weight loss when not dieting or weight gain (e.g., a change of more than 5% of body weight in a month), or decrease or increase in appetite nearly every day.   **Note:** In children, consider failure to make expected weight gains.
   (4) insomnia or hypersomnia nearly every day
   (5) psychomotor agitation or retardation nearly every day (observable by others, not merely subjective feelings of restlessness or being slowed down)
   (6) fatigue or loss of energy nearly every day
   (7) feelings of worthlessness or excessive or inappropriate guilt (which may be delusional) nearly every day (not merely self-reproach or guilt about being sick)
   (8) diminished ability to think or concentrate, or indecisiveness, nearly every day (either by subjective account or as observed by others)
   (9) recurrent thoughts of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide

B. The symptoms do not meet criteria for a Mixed Episode (see p. 365).

C. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).

E. The symptoms are not better accounted for by Bereavement, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.

characterized by excessive activity, impulsive behavior, poor judgment, and denial of problems. Attention-Deficit/Hyperactivity Disorder is distinguished from a Hypomanic Episode by its characteristic early onset (i.e., before age 7 years), chronic rather than episodic course, lack of relatively clear onsets and offsets, and the absence of abnormally expansive or elevated mood.

A Hypomanic Episode must be distinguished from **euthymia,** particularly in individuals who have been chronically depressed and are unaccustomed to the experience of a nondepressed mood state.

### Criteria for Hypomanic Episode

A. A distinct period of persistently elevated, expansive, or irritable mood, lasting throughout at least 4 days, that is clearly different from the usual nondepressed mood.

B. During the period of mood disturbance, three (or more) of the following symptoms have persisted (four if the mood is only irritable) and have been present to a significant degree:

   (1) inflated self-esteem or grandiosity
   (2) decreased need for sleep (e.g., feels rested after only 3 hours of sleep)
   (3) more talkative than usual or pressure to keep talking
   (4) flight of ideas or subjective experience that thoughts are racing
   (5) distractibility (i.e., attention too easily drawn to unimportant or irrelevant external stimuli)
   (6) increase in goal-directed activity (either socially, at work or school, or sexually) or psychomotor agitation
   (7) excessive involvement in pleasurable activities that have a high potential for painful consequences (e.g., the person engages in unrestrained buying sprees, sexual indiscretions, or foolish business investments)

C. The episode is associated with an unequivocal change in functioning that is uncharacteristic of the person when not symptomatic.

D. The disturbance in mood and the change in functioning are observable by others.

E. The episode is not severe enough to cause marked impairment in social or occupational functioning, or to necessitate hospitalization, and there are no psychotic features.

F. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism).

**Note:** Hypomanic-like episodes that are clearly caused by somatic antidepressant treatment (e.g., medication, electroconvulsive therapy, light therapy) should not count toward a diagnosis of Bipolar II Disorder.

---

**Diagnostic criteria for
296.7 Bipolar I Disorder, Most Recent Episode Unspecified**

A. Criteria, except for duration, are currently (or most recently) met for a Manic (see p. 362), a Hypomanic (see p. 368), a Mixed (see p. 365), or a Major Depressive Episode (see p. 356).

B. There has previously been at least one Manic Episode (see p. 362) or Mixed Episode (see p. 365).

C. The mood symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The mood symptoms in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E. The mood symptoms in Criteria A and B are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism).

*Specify:*

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)

---

# 296.89 Bipolar II Disorder (Recurrent Major Depressive Episodes With Hypomanic Episodes)

## Diagnostic Features

The essential feature of Bipolar II Disorder is a clinical course that is characterized by the occurrence of one or more Major Depressive Episodes (Criterion A) accompanied by at least one Hypomanic Episode (Criterion B). Hypomanic Episodes should not be confused with the several days of euthymia that may follow remission of a Major Depressive Episode. The presence of a Manic or Mixed Episode precludes the diagnosis of Bipolar II Disorder (Criterion C). Episodes of Substance-Induced Mood Disorder (due to the direct physiological effects of a medication, other somatic treatments for depression, drugs of abuse, or toxin exposure) or of Mood Disorder Due to a General Medical Condition do not count toward a diagnosis of Bipolar II Disorder. In addition, the episodes must not be better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified (Criterion D). The symptoms must cause clinically significant distress or impairment in social, occupational, or oth-

**296.89  Bipolar II Disorder (Recurrent Major Depressive Episodes With Hypomanic Episodes)** | **393**

er important areas of functioning (Criterion E). In some cases, the Hypomanic Episodes themselves do not cause impairment. Instead, the impairment may result from the Major Depressive Episodes or from a chronic pattern of unpredictable mood episodes and fluctuating unreliable interpersonal or occupational functioning.

Individuals with Bipolar II Disorder may not view the Hypomanic Episodes as pathological, although others may be troubled by the individual's erratic behavior. Often individuals, particularly when in the midst of a Major Depressive Episode, do not recall periods of hypomania without reminders from close friends or relatives. Information from other informants is often critical in establishing the diagnosis of Bipolar II Disorder.

## Specifiers

The following specifiers for Bipolar II Disorder should be used to indicate the nature of the current episode or, if the full criteria are not currently met for a Hypomanic or Major Depressive Episode, the nature of the most recent episode:

> **Hypomanic.**  This specifier is used if the current (or most recent) episode is a Hypomanic Episode.
> **Depressed.**  This specifier is used if the current (or most recent) episode is a Major Depressive Episode.

If the full criteria are currently met for a Major Depressive Episode, the following specifiers may be used to describe the current clinical status of the episode and to describe features of the current episode:

> **Mild, Moderate, Severe Without Psychotic Features, Severe With Psychotic Features** (see p. 411)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Hypomanic or Major Depressive Episode, the following specifiers may be used to describe the current clinical status of the Bipolar II Disorder and to describe features of the most recent Major Depressive Episode (only if it is the most recent type of mood episode):

> **In Partial Remission, In Full Remission** (see p. 411)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

The following specifiers may be used to indicate the pattern or frequency of episodes:

Longitudinal Course Specifiers (With and Without Interepisode Recovery) (see p. 424)
With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes) (see p. 425)
With Rapid Cycling (see p. 427)

## Recording Procedures

The diagnostic code for Bipolar II Disorder is 296.89; none of the specifiers are codable. In recording the name of the diagnosis, terms should be listed in the following order: Bipolar II Disorder, specifiers indicating current or most recent episode (e.g., Hypomanic, Depressed), severity specifiers that apply to the current Major Depressive Episode (e.g., Moderate), as many specifiers describing features as apply to the current or most recent Major Depressive Episode (e.g., With Melancholic Features, With Postpartum Onset), and as many specifiers as apply to the course of episodes (e.g., With Seasonal Pattern); for example, 296.89 Bipolar II Disorder, Depressed, Severe With Psychotic Features, With Melancholic Features, With Seasonal Pattern.

## Associated Features and Disorders

**Associated descriptive features and mental disorders.** Completed suicide (usually during Major Depressive Episodes) is a significant risk, occurring in 10%–15% of persons with Bipolar II Disorder. School truancy, school failure, occupational failure, or divorce may be associated with Bipolar II Disorder. Associated mental disorders include Substance Abuse or Dependence, Anorexia Nervosa, Bulimia Nervosa, Attention-Deficit/Hyperactivity Disorder, Panic Disorder, Social Phobia, and Borderline Personality Disorder.

**Associated laboratory findings.** There appear to be no laboratory features that are diagnostic of Bipolar II Disorder or that distinguish Major Depressive Episodes found in Bipolar II Disorder from those in Major Depressive Disorder or Bipolar I Disorder.

**Associated physical examination findings and general medical conditions.** An age at onset for a first Hypomanic Episode after age 40 years should alert the clinician to the possibility that the symptoms may be due to a general medical condition or substance use. Current or past hypothyroidism or laboratory evidence of mild thyroid hypofunction may be associated with Rapid Cycling (see p. 427). In addition, hyperthyroidism may precipitate or worsen hypomanic symptoms in individuals with a preexisting Mood Disorder. However, hyperthyroidism in other individuals does not typically cause hypomanic symptoms.

## Specific Gender Features

Bipolar II Disorder may be more common in women than in men. Gender appears to be related to the number and type of Hypomanic and Major Depressive Episodes. In men the number of Hypomanic Episodes equals or exceeds the number of Major Depressive Episodes, whereas in women Major Depressive Episodes predominate. In

addition, Rapid Cycling (see p. 427) is more common in women than in men. Some evidence suggests that mixed or depressive symptoms during Hypomanic Episodes may be more common in women as well, although not all studies are in agreement. Thus, women may be at particular risk for depressive or intermixed mood symptoms. Women with Bipolar II Disorder may be at increased risk of developing subsequent episodes in the immediate postpartum period.

## Prevalence

Community studies suggest a lifetime prevalence of Bipolar II Disorder of approximately 0.5%.

## Course

Roughly 60%–70% of the Hypomanic Episodes in Bipolar II Disorder occur immediately before or after a Major Depressive Episode. Hypomanic Episodes often precede or follow the Major Depressive Episodes in a characteristic pattern for a particular person. The number of lifetime episodes (both Hypomanic Episodes and Major Depressive Episodes) tends to be higher for Bipolar II Disorder compared with Major Depressive Disorder, Recurrent. The interval between episodes tends to decrease as the individual ages. Approximately 5%–15% of individuals with Bipolar II Disorder have multiple (four or more) mood episodes (Hypomanic or Major Depressive) that occur within a given year. If this pattern is present, it is noted by the specifier With Rapid Cycling (see p. 427). A rapid-cycling pattern is associated with a poorer prognosis.

Although the majority of individuals with Bipolar II Disorder return to a fully functional level between episodes, approximately 15% continue to display mood lability and interpersonal or occupational difficulties. Psychotic symptoms do not occur in Hypomanic Episodes, and they appear to be less frequent in the Major Depressive Episodes in Bipolar II Disorder than is the case for Bipolar I Disorder. Some evidence is consistent with the notion that marked changes in sleep-wake schedule such as occur during time zone changes or sleep deprivation may precipitate or exacerbate Hypomanic or Major Depressive Episodes. If a Manic or Mixed Episode develops in the course of Bipolar II Disorder, the diagnosis is changed to Bipolar I Disorder. Over 5 years, about 5%–15% of individuals with Bipolar II Disorder will develop a Manic Episode.

## Familial Pattern

Some studies have indicated that first-degree biological relatives of individuals with Bipolar II Disorder have elevated rates of Bipolar II Disorder, Bipolar I Disorder, and Major Depressive Disorder compared with the general population.

## Differential Diagnosis

Hypomanic and Major Depressive Episodes in Bipolar II Disorder must be distinguished from episodes of a **Mood Disorder Due to a General Medical Condition.**

The diagnosis is Mood Disorder Due to a General Medical Condition for episodes that are judged to be the direct physiological consequence of a specific general medical condition (e.g., multiple sclerosis, stroke, hypothyroidism) (see p. 401). This determination is based on the history, laboratory findings, or physical examination.

A **Substance-Induced Mood Disorder** is distinguished from Hypomanic or Major Depressive Episodes that occur in Bipolar II Disorder by the fact that a substance (e.g., a drug of abuse, a medication, or exposure to a toxin) is judged to be etiologically related to the mood disturbance (see p. 405). Symptoms like those seen in a Hypomanic Episode may be part of an intoxication with or withdrawal from a drug of abuse and should be diagnosed as a Substance-Induced Mood Disorder (e.g., a major depressive–like episode occurring only in the context of withdrawal from cocaine would be diagnosed as Cocaine-Induced Mood Disorder, With Depressive Features, With Onset During Withdrawal). Symptoms like those seen in a Hypomanic Episode may also be precipitated by antidepressant treatment such as medication, electroconvulsive therapy, or light therapy. Such episodes may be diagnosed as a Substance-Induced Mood Disorder (e.g., Amitriptyline-Induced Mood Disorder, With Manic Features; Electroconvulsive Therapy–Induced Mood Disorder, With Manic Features) and would not count toward a diagnosis of Bipolar II Disorder. However, when the substance use or medication is judged not to fully account for the episode (e.g., the episode continues for a considerable period autonomously after the substance is discontinued), the episode would count toward a diagnosis of Bipolar II Disorder.

Bipolar II Disorder is distinguished from **Major Depressive Disorder** by the lifetime history of at least one Hypomanic Episode. Attention during the interview to whether there is a history of euphoric or dysphoric hypomania is important in making a differential diagnosis. Bipolar II Disorder is distinguished from **Bipolar I Disorder** by the presence of one or more Manic or Mixed Episodes in the latter. When an individual previously diagnosed with Bipolar II Disorder develops a Manic or Mixed Episode, the diagnosis is changed to Bipolar I disorder.

In **Cyclothymic Disorder,** there are numerous periods of hypomanic symptoms and numerous periods of depressive symptoms that do not meet symptom or duration criteria for a Major Depressive Episode. Bipolar II Disorder is distinguished from Cyclothymic Disorder by the presence of one or more Major Depressive Episodes. If a Major Depressive Episode occurs after the first 2 years of Cyclothymic Disorder, the additional diagnosis of Bipolar II Disorder is given.

Bipolar II Disorder must be distinguished from **Psychotic Disorders** (e.g., Schizoaffective Disorder, Schizophrenia, and Delusional Disorder). Schizophrenia, Schizoaffective Disorder, and Delusional Disorder are all characterized by periods of psychotic symptoms that occur in the absence of prominent mood symptoms. Other helpful considerations include the accompanying symptoms, previous course, and family history.

296.89  Bipolar II Disorder (Recurrent Major Depressive Episodes
With Hypomanic Episodes) | 397

## Diagnostic criteria for 296.89 Bipolar II Disorder

A. Presence (or history) of one or more Major Depressive Episodes (see p. 356).

B. Presence (or history) of at least one Hypomanic Episode (see p. 368).

C. There has never been a Manic Episode (see p. 362) or a Mixed Episode (see p. 365).

D. The mood symptoms in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Specify current or most recent episode:

**Hypomanic:** if currently (or most recently) in a Hypomanic Episode (see p. 368)
**Depressed:** if currently (or most recently) in a Major Depressive Episode (see p. 356)

If the full criteria are currently met for a Major Depressive Episode, specify its current clinical status and/or features:

**Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features** (see p. 411)   **Note:** Fifth-digit codes specified on p. 413 cannot be used here because the code for Bipolar II Disorder already uses the fifth digit.
**Chronic** (see p. 417)
**With Catatonic Features** (see p. 417)
**With Melancholic Features** (see p. 419)
**With Atypical Features** (see p. 420)
**With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Hypomanic or Major Depressive Episode, specify the clinical status of the Bipolar II Disorder and/or features of the most recent Major Depressive Episode (only if it is the most recent type of mood episode):

**In Partial Remission, In Full Remission** (see p. 411)   **Note:** Fifth-digit codes specified on p. 413 cannot be used here because the code for Bipolar II Disorder already uses the fifth digit.
**Chronic** (see p. 417)
**With Catatonic Features** (see p. 417)
**With Melancholic Features** (see p. 419)
**With Atypical Features** (see p. 420)
**With Postpartum Onset** (see p. 422)

Specify:

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)