IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,

    Defendant.
_____/

No. C 07-05875 WHA

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER FICTITIOUS NAME**

    Good cause show, plaintiff will be allowed to proceed under the fictitious name Lara Doe for all further proceedings in this case.

    **IT IS SO ORDERED.**

Dated: April 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE