1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  vcheng@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10  LARA DOE [FICTITIOUS NAME],            )
                                           )  Case No. C07-05875 (WHA)
11              Plaintiff,                  )
                                           )  **REQUEST FOR JUDICIAL NOTICE**
12       vs.                               )  **IN SUPPORT OF PLAINTIFF'S**
                                           )  **OPPOSITION TO DEFENDANT'S**
13  GROUP LONG TERM DISABILITY             )  **MOTION FOR SUMMARY**
    BENEFITS PLAN FOR EMPLOYEES OF         )  **JUDGMENT**
14  CREDIT SUISSE FIRST BOSTON             )
    CORPORATION,                           )
15                                         )  Date:     May 29, 2008
                Defendant.                 )  Time:     8:00 a.m.
16                                         )  Dept:     Courtroom 9, 19th Floor
                                           )  Judge:    Honorable William H. Alsup
17                                         )
                                           )
18                                         )

19  _____

20          Pursuant to Federal Rule of Evidence 201, Plaintiff hereby respectfully requests the

21  Court to take judicial notice of the following in connection with Plaintiff's opposition to

22  Defendant's Motion for Summary Judgment:

23          1.      Excerpts of AMERICAN PSYCHIATRIC ASSOCIATION, DIAGNOSTIC AND

24                  STATISTICAL MANUAL OF MENTAL DISORDERS - TEXT REVISION (4th ed. 2000),

25                  attached hereto as Exhibit A.

26          2.      Excerpts of PHYSICIANS' DESK REFERENCE (57th ed. 2003), attached hereto as

27                  Exhibit B.

28          3.      Bipolar Disorder – With Addendum Bipolar January 2007, National Institute of

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT [CASE NO. C07-05875 (WHA)]

1  Mental Health, *available at* http://www.nimh.nih.gov/health/publications/

2  bipolar-disorder/nimhbipolar.pdf, attached hereto as Exhibit C.

3  **MEMORANDUM OF POINTS AND AUTHORITIES**

4  "A court shall take judicial notice if requested by a party and supplied with the necessary

5  information." F.R.E. 201(d).  A judicially noticed fact must be one that is "not subject to

6  reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the

7  trial court or (2) capable of accurate and ready determination by resort to sources whose

8  accuracy cannot reasonably be questioned." F.R.E. 201(b).

9  Courts have taken judicial notice of current and earlier editions of the *Diagnostic and*

10  *Statistical Manual of Mental Disorders* ("DSM").  *See, e.g, U.S. v. Cantu*, 12 F.3d 1506, 1509

11  n. 1 (9th Cir. 1993) (taking judicial notice of earlier edition of DSM); *Dylla v. Aetna Life Ins.*

12  *Co.*, 2007 WL 4118929, *1 n.1 (D. Minn. Nov. 16, 2007) (taking judicial notice of current

13  edition of DSM where plan limited payment of benefits for disabilities caused "by a mental

14  condition described" explicitly in DSM).

15  Courts have also taken judicial notice of the *Physicians' Desk Reference* ("PDR").  *See,*

16  *e.g., Purkey v. Green*, 28 Fed. Appx. 736, 743, n 4 (10th Cir. 2001) (taking judicial notice of

17  properties of prescription medication based on description contained in PDR); *Golden v. Berge*,

18  2003 WL 23221483, at *7 (W.D. Wis. Sept. 25, 2003) (taking judicial notice of indications for

19  prescription medications based on descriptions contained in PDR).

20  The National Institute of Mental Health is part of the National Institutes of Health, a

21  component of the United States Department of Health and Human Services.  Courts have taken

22  judicial notice of publications by the United States Department of Health and Human Services.

23  *See County of Santa Clara v. Astra USA, Inc.*, 401 F.Supp.2d 1022, 1024 (N.D. Cal. 2005)

24  (taking judicial notice of report by department); *see also Lee v. City of Los Angeles et al*, 250

25  F.3d 668, 689 (9th Cir. 2001) ("under FRE 201, a court may take judicial notice of 'matters of

26  //

27  //

28  //

1  public record'").

2

3  Dated: May 8, 2008                          Respectfully submitted,

4                                              LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.
5

6                                   By:        /s/ Vincent Cheng
                                               Teresa Renaker
7                                              Vincent Cheng
                                               Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

## FOURTH EDITION

## TEXT REVISION

# DSM-IV-TR®

AMERICAN PSYCHIATRIC ASSOCIATION

Case 3:07-cv-05875-WHA    Document 47    Filed 05/08/2008    Page 6 of 67

Copyright © 2000 American Psychiatric Association

DSM, DSM-IV, and DSM-IV-TR are trademarks of the American Psychiatric Association. Use of these terms is prohibited without permission of the American Psychiatric Association.

ALL RIGHTS RESERVED. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including electronic applications.

Correspondence regarding copyright permissions should be directed to DSM Permissions, American Psychiatric Publishing, Inc., 1000 Wilson Boulevard, Suite 1825, Arlington, VA 22209-3901.

Manufactured in the United States of America on acid-free paper.

ISBN 978-0-89042-024-9 6th Printing March 2007

ISBN 978-0-89042-025-6 10th Printing March 2007

American Psychiatric Association
1000 Wilson Boulevard
Arlington, VA 22209-3901
www.psych.org

The correct citation for this book is American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders,* Fourth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2000.

**Library of Congress Cataloging-in-Publication Data**
Diagnostic and statistical manual of mental disorders : DSM-IV.—4th ed., text revision.
   p.  ; cm.
  Prepared by the Task Force on DSM-IV and other committees and work groups of the American Psychiatric Association.
  Includes index.
  ISBN 0-89042-024-6 (casebound : alk. paper)—ISBN 0-89042-025-4 (pbk. : alk. paper)
  1. Mental illness—Classification—Handbooks, manuals, etc. 2. Mental illness—Diagnosis—Handbooks, manuals, etc. I. Title: DSM-IV. II. American Psychiatric Association. III. American Psychiatric Association. Task Force on DSM-IV.
  [DNLM: 1. Mental Disorders—classification. 2. Mental Disorders—diagnosis.
WM 15 D536 2000]
RC455.2.C4 D536 2000
616.89'075—dc21

                                        00-024852

**British Library Cataloguing in Publication Data**
A CIP record is available from the British Library.

Text Design—Anne Barnes
Manufacturing—R. R. Donnelley & Sons Company

The chairs of the original DSM-IV Work Groups were consulted first regarding the composition of these Text Revision Work Groups. Each Text Revision Work Group was given primary responsibility for updating a section of the DSM-IV text. This entailed reviewing the text carefully to identify errors or omissions and then conducting a systematic, comprehensive literature review that focused on relevant material that has been published since 1992. Text Revision Work Group members then drafted proposed changes, which were accompanied by written justifications for the changes along with relevant references. During a series of conference calls, the proposed changes, justifications, and references were presented by a Text Revision Work Group member to other members of the Text Revision Work Group, who provided input regarding whether the changes were justified on the basis of the supporting documentation. Once drafts of the proposed changes were finalized by the Text Revision Work Groups, the changes were more widely disseminated to a group of section-specific advisers (consisting of the original DSM-IV Work Group members supplemented by additional consultants) for further comment and review. These advisers were also given the opportunity to suggest additional changes if they could provide sufficient convincing evidence justifying inclusion in the text. After consideration of the adviser comments, final drafts of proposed changes were produced and submitted for final review and approval by the American Psychiatric Association's Committee on Psychiatric Diagnosis and Assessment.

Most of the proposed literature-based changes were in the Associated Features and Disorders (which includes Associated Laboratory Findings); Specific Culture, Age, and Gender Features; Prevalence; Course; and Familial Pattern sections of the text. For a number of disorders, the Differential Diagnosis section also was expanded to provide more comprehensive differentials. Appendix D (see p. 829) provides an overview of the changes included in this text revision.

## Definition of *Mental Disorder*

Although this volume is titled the *Diagnostic and Statistical Manual of Mental Disorders*, the term *mental disorder* unfortunately implies a distinction between "mental" disorders and "physical" disorders that is a reductionistic anachronism of mind/body dualism. A compelling literature documents that there is much "physical" in "mental" disorders and much "mental" in "physical" disorders. The problem raised by the term "mental" disorders has been much clearer than its solution, and, unfortunately, the term persists in the title of DSM-IV because we have not found an appropriate substitute.

Moreover, although this manual provides a classification of mental disorders, it must be admitted that no definition adequately specifies precise boundaries for the concept of "mental disorder." The concept of mental disorder, like many other concepts in medicine and science, lacks a consistent operational definition that covers all situations. All medical conditions are defined on various levels of abstraction—for example, structural pathology (e.g., ulcerative colitis), symptom presentation (e.g., migraine), deviance from a physiological norm (e.g., hypertension), and etiology (e.g., pneumococcal pneumonia). Mental disorders have also been defined by a variety of concepts (e.g., distress, dysfunction, dyscontrol, disadvantage, disability, inflexibility, irrationality, syndromal pattern, etiology, and statistical deviation). Each

Case 3:07-cv-05875-WHA    Document 47    Filed 05/08/2008    Page 8 of 67

sulted first regarding the
ext Revision Work Group
the DSM-IV text. This en-
sions and then conducting
on relevant material that
members then drafted pro-
ifications for the changes
rence calls, the proposed
y a Text Revision Work
ork Group, who provided
e basis of the supporting
finalized by the Text Re-
ninated to a group of sec-
✓ Work Group members
ent and review. These ad-
nal changes if they could
in the text. After consid-
anges were produced and
Psychiatric Association's

the Associated Features
ndings); Specific Culture,
ial Pattern sections of the
ection also was expanded
) (see p. 829) provides an

*order*

*Manual of Mental Disorders,*
on between "mental" dis-
achronism of mind/body
nuch "physical" in "men-
The problem raised by the
ution, and, unfortunately,
not found an appropriate

on of mental disorders, it
orecise boundaries for the
der, like many other con-
l definition that covers all
levels of abstraction—for
nptom presentation (e.g.,
pertension), and etiology
so been defined by a vari-
sadvantage, disability, in-
statistical deviation). Each

---

is a useful indicator for a mental disorder, but none is equivalent to the concept, and different situations call for different definitions.

Despite these caveats, the definition of *mental disorder* that was included in DSM-III and DSM-III-R is presented here because it is as useful as any other available definition and has helped to guide decisions regarding which conditions on the boundary between normality and pathology should be included in DSM-IV. In DSM-IV, each of the mental disorders is conceptualized as a clinically significant behavioral or psychological syndrome or pattern that occurs in an individual and that is associated with present distress (e.g., a painful symptom) or disability (i.e., impairment in one or more important areas of functioning) or with a significantly increased risk of suffering death, pain, disability, or an important loss of freedom. In addition, this syndrome or pattern must not be merely an expectable and culturally sanctioned response to a particular event, for example, the death of a loved one. Whatever its original cause, it must currently be considered a manifestation of a behavioral, psychological, or biological dysfunction in the individual. Neither deviant behavior (e.g., political, religious, or sexual) nor conflicts that are primarily between the individual and society are mental disorders unless the deviance or conflict is a symptom of a dysfunction in the individual, as described above.

A common misconception is that a classification of mental disorders classifies people, when actually what are being classified are disorders that people have. For this reason, the text of DSM-IV (as did the text of DSM-III-R) avoids the use of such expressions as "a schizophrenic" or "an alcoholic" and instead uses the more accurate, but admittedly more cumbersome, "an individual with Schizophrenia" or "an individual with Alcohol Dependence."

## Issues in the Use of DSM-IV

### Limitations of the Categorical Approach

DSM-IV is a categorical classification that divides mental disorders into types based on criteria sets with defining features. This naming of categories is the traditional method of organizing and transmitting information in everyday life and has been the fundamental approach used in all systems of medical diagnosis. A categorical approach to classification works best when all members of a diagnostic class are homogeneous, when there are clear boundaries between classes, and when the different classes are mutually exclusive. Nonetheless, the limitations of the categorical classification system must be recognized.

In DSM-IV, there is no assumption that each category of mental disorder is a completely discrete entity with absolute boundaries dividing it from other mental disorders or from no mental disorder. There is also no assumption that all individuals described as having the same mental disorder are alike in all important ways. The clinician using DSM-IV should therefore consider that individuals sharing a diagnosis are likely to be heterogeneous even in regard to the defining features of the diagnosis and that boundary cases will be difficult to diagnose in any but a probabilistic fashion. This outlook allows greater flexibility in the use of the system, encourages more specific attention to boundary cases, and emphasizes the need to capture additional

clinical information that goes beyond diagnosis. In recognition of the heterogeneity of clinical presentations, DSM-IV often includes polythetic criteria sets, in which the individual need only present with a subset of items from a longer list (e.g., the diagnosis of Borderline Personality Disorder requires only five out of nine items).

It was suggested that the DSM-IV Classification be organized following a dimensional model rather than the categorical model used in DSM-III-R. A dimensional system classifies clinical presentations based on quantification of attributes rather than the assignment to categories and works best in describing phenomena that are distributed continuously and that do not have clear boundaries. Although dimensional systems increase reliability and communicate more clinical information (because they report clinical attributes that might be subthreshold in a categorical system), they also have serious limitations and thus far have been less useful than categorical systems in clinical practice and in stimulating research. Numerical dimensional descriptions are much less familiar and vivid than are the categorical names for mental disorders. Moreover, there is as yet no agreement on the choice of the optimal dimensions to be used for classification purposes. Nonetheless, it is possible that the increasing research on, and familiarity with, dimensional systems may eventually result in their greater acceptance both as a method of conveying clinical information and as a research tool.

## Use of Clinical Judgment

DSM-IV is a classification of mental disorders that was developed for use in clinical, educational, and research settings. The diagnostic categories, criteria, and textual descriptions are meant to be employed by individuals with appropriate clinical training and experience in diagnosis. It is important that DSM-IV not be applied mechanically by untrained individuals. The specific diagnostic criteria included in DSM-IV are meant to serve as guidelines to be informed by clinical judgment and are not meant to be used in a cookbook fashion. For example, the exercise of clinical judgment may justify giving a certain diagnosis to an individual even though the clinical presentation falls just short of meeting the full criteria for the diagnosis as long as the symptoms that are present are persistent and severe. On the other hand, lack of familiarity with DSM-IV or excessively flexible and idiosyncratic application of DSM-IV criteria or conventions substantially reduces its utility as a common language for communication.

In addition to the need for clinical training and judgment, the method of data collection is also important. The valid application of the diagnostic criteria included in this manual necessitates an evaluation that directly accesses the information contained in the criteria sets (e.g., whether a syndrome has persisted for a minimum period of time). Assessments that rely solely on psychological testing not covering the criteria content (e.g., projective testing) cannot be validly used as the primary source of diagnostic information.

## Use of DSM-IV in Forensic Settings

When the DSM-IV categories, criteria, and textual descriptions are employed for forensic purposes, there are significant risks that diagnostic information will be mis-

nition of the heterogeneity
c criteria sets, in which the
a longer list (e.g., the diag-
e out of nine items).

anized following a dimen-
M-III-R. A dimensional sys-
on of attributes rather than
g phenomena that are dis-
ies. Although dimensional
l information (because they
tegorical system), they also
al than categorical systems
l dimensional descriptions
ames for mental disorders.
e optimal dimensions to be
ble that the increasing re-
y eventually result in their
al information and as a re-

veloped for use in clinical,
ies, criteria, and textual de-
ppropriate clinical training
ot be applied mechanically
a included in DSM-IV are
dgment and are not meant
e of clinical judgment may
ough the clinical presenta-
gnosis as long as the symp-
er hand, lack of familiarity
olication of DSM-IV criteria
on language for communi-

nt, the method of data col-
gnostic criteria included in
esses the information con-
ersisted for a minimum pe-
al testing not covering the
used as the primary source

riptions are employed for
ic information will be mis-

used or misunderstood. These dangers arise because of the imperfect fit between the questions of ultimate concern to the law and the information contained in a clinical diagnosis. In most situations, the clinical diagnosis of a DSM-IV mental disorder is not sufficient to establish the existence for legal purposes of a "mental disorder," "mental disability," "mental disease," or "mental defect." In determining whether an individual meets a specified legal standard (e.g., for competence, criminal responsi- bility, or disability), additional information is usually required beyond that contained in the DSM-IV diagnosis. This might include information about the individual's func- tional impairments and how these impairments affect the particular abilities in ques- tion. It is precisely because impairments, abilities, and disabilities vary widely within each diagnostic category that assignment of a particular diagnosis does not imply a specific level of impairment or disability.

Nonclinical decision makers should also be cautioned that a diagnosis does not carry any necessary implications regarding the causes of the individual's mental dis- order or its associated impairments. Inclusion of a disorder in the Classification (as in medicine generally) does not require that there be knowledge about its etiology. Moreover, the fact that an individual's presentation meets the criteria for a DSM-IV diagnosis does not carry any necessary implication regarding the individual's degree of control over the behaviors that may be associated with the disorder. Even when di- minished control over one's behavior is a feature of the disorder, having the diagnosis in itself does not demonstrate that a particular individual is (or was) unable to control his or her behavior at a particular time.

It must be noted that DSM-IV reflects a consensus about the classification and di- agnosis of mental disorders derived at the time of its initial publication. New knowl- edge generated by research or clinical experience will undoubtedly lead to an increased understanding of the disorders included in DSM-IV, to the identification of new disorders, and to the removal of some disorders in future classifications. The text and criteria sets included in DSM-IV will require reconsideration in light of evolving new information.

The use of DSM-IV in forensic settings should be informed by an awareness of the risks and limitations discussed above. When used appropriately, diagnoses and diag- nostic information can assist decision makers in their determinations. For example, when the presence of a mental disorder is the predicate for a subsequent legal deter- mination (e.g., involuntary civil commitment), the use of an established system of diagnosis enhances the value and reliability of the determination. By providing a com- pendium based on a review of the pertinent clinical and research literature, DSM-IV may facilitate the legal decision makers' understanding of the relevant characteristics of mental disorders. The literature related to diagnoses also serves as a check on un- grounded speculation about mental disorders and about the functioning of a partic- ular individual. Finally, diagnostic information regarding longitudinal course may improve decision making when the legal issue concerns an individual's mental func- tioning at a past or future point in time.

## Ethnic and Cultural Considerations

Special efforts have been made in the preparation of DSM-IV to incorporate an aware- ness that the manual is used in culturally diverse populations in the United States and

## Criteria for Clinical Significance

The definition of *mental disorder* in the introduction to DSM-IV requires that there be clinically significant impairment or distress. To highlight the importance of considering this issue, the criteria sets for most disorders include a clinical significance criterion (usually worded "... causes clinically significant distress or impairment in social, occupational, or other important areas of functioning"). This criterion helps establish the threshold for the diagnosis of a disorder in those situations in which the symptomatic presentation by itself (particularly in its milder forms) is not inherently pathological and may be encountered in individuals for whom a diagnosis of "mental disorder" would be inappropriate. Assessing whether this criterion is met, especially in terms of role function, is an inherently difficult clinical judgment. Reliance on information from family members and other third parties (in addition to the individual) regarding the individual's performance is often necessary.

# Types of Information in the DSM-IV Text

The text of DSM-IV systematically describes each disorder under the following headings: "Diagnostic Features"; "Subtypes and/or Specifiers"; "Recording Procedures"; "Associated Features and Disorders"; "Specific Culture, Age, and Gender Features"; "Prevalence"; "Course"; "Familial Pattern"; and "Differential Diagnosis." When no information is available for a section, that section is not included. In some instances, when many of the specific disorders in a group of disorders share common features, this information is included in the general introduction to the group.

**Diagnostic Features.**   This section clarifies the diagnostic criteria and often provides illustrative examples.

**Subtypes and/or Specifiers.**   This section provides definitions and brief discussions concerning applicable subtypes and/or specifiers.

**Recording Procedures.**   This section provides guidelines for reporting the name of the disorder and for selecting and recording the appropriate ICD-9-CM diagnostic code. It also includes instructions for applying any appropriate subtypes and/or specifiers.

**Associated Features and Disorders.**   This section is usually subdivided into three parts:

- *Associated descriptive features and mental disorders.*   This section includes clinical features that are frequently associated with the disorder but that are not considered essential to making the diagnosis. In some cases, these features were considered for inclusion as possible diagnostic criteria but were insufficiently sensitive or specific to be included in the final criteria set. Also noted in this section are other mental disorders associated with the disorder being discussed. It is specified (when known) if these disorders precede, co-occur with, or are consequences of the disorder in question (e.g., Alcohol-Induced Persisting Dementia is a consequence

V requires that there be
importance of consider-
inical significance crite-
or impairment in social,
criterion helps establish
ons in which the symp-
rms) is not inherently
a diagnosis of "mental
terion is met, especially
gment. Reliance on in-
lition to the individual)

**1-IV Text**

ler the following head-
ecording Procedures";
and Gender Features";
 Diagnosis." When no
ed. In some instances,
are common features,
group.

ria and often provides

and brief discussions

eporting the name of
ICD-9-CM diagnostic
ate subtypes and/or

ubdivided into three

tion includes clinical
t that are not consid-
eatures were consid-
fficiently sensitive or
this section are other
ssed. It is specified
consequences of the
tia is a consequence

of chronic Alcohol Dependence). If available, information on predisposing factors and complications is also included in this section.

- *Associated laboratory findings.*   This section provides information on three types of laboratory findings that may be associated with the disorder: 1) those associated laboratory findings that are considered to be "diagnostic" of the disorder—for example, polysomnographic findings in certain sleep disorders; 2) those associated laboratory findings that are not considered to be diagnostic of the disorder but that have been noted to be abnormal in groups of individuals with the disorder relative to control subjects—for example, ventricle size on computed tomography as a validator of the construct of Schizophrenia; and 3) those laboratory findings that are associated with the complications of a disorder—for example, electrolyte imbalances in individuals with Anorexia Nervosa.

- *Associated physical examination findings and general medical conditions.*   This section includes information about symptoms elicited by history, or findings noted during physical examination, that may be of diagnostic significance but that are not essential to the diagnosis—for example, dental erosion in Bulimia Nervosa. Also included are those disorders that are coded outside the "Mental and Behavioural Disorders" chapter of ICD that are associated with the disorder being discussed. As is done for associated mental disorders, the type of association (i.e., precedes, co-occurs with, is a consequence of) is specified if known—for example, that cirrhosis is a consequence of Alcohol Dependence.

**Specific Culture, Age, and Gender Features.**   This section provides guidance for the clinician concerning variations in the presentation of the disorder that may be attributable to the individual's cultural setting, developmental stage (e.g., infancy, childhood, adolescence, adulthood, late life), or gender. This section also includes information on differential prevalence rates related to culture, age, and gender (e.g., sex ratio).

**Prevalence.**   This section provides available data on point and lifetime prevalence, incidence, and lifetime risk. These data are provided for different settings (e.g., community, primary care, outpatient mental health clinics, and inpatient psychiatric settings) when this information is known.

**Course.**   This section describes the typical lifetime patterns of presentation and evolution of the disorder. It contains information on typical *age at onset* and *mode of onset* (e.g., abrupt or insidious) of the disorder; *episodic* versus *continuous course; single episode* versus *recurrent; duration,* characterizing the typical length of the illness and its episodes; and *progression,* describing the general trend of the disorder over time (e.g., stable, worsening, improving).

**Familial Pattern.**   This section describes data on the frequency of the disorder among first-degree biological relatives of those with the disorder compared with the frequency in the general population. It also indicates other disorders that tend to occur more frequently in family members of those with the disorder. Information regarding the heritable nature of the disorder (e.g., data from twin studies, known genetic transmission patterns) is also included in this section.

**Differential Diagnosis.**  This section discusses how to differentiate this disorder from other disorders that have some similar presenting characteristics.

# DSM-IV Organizational Plan

The DSM-IV disorders are grouped into 16 major diagnostic classes (e.g., Substance-Related Disorders, Mood Disorders, Anxiety Disorders) and one additional section, "Other Conditions That May Be a Focus of Clinical Attention."

The first section is devoted to "Disorders Usually First Diagnosed in Infancy, Childhood, or Adolescence." This division of the Classification according to age at presentation is for convenience only and is not absolute. Although disorders in this section are usually first evident in childhood and adolescence, some individuals diagnosed with disorders located in this section (e.g., Attention-Deficit/Hyperactivity Disorder) may not present for clinical attention until adulthood. In addition, it is not uncommon for the age at onset for many disorders placed in other sections to be during childhood or adolescence (e.g., Major Depressive Disorder, Schizophrenia, Generalized Anxiety Disorder). Clinicians who work primarily with children and adolescents should therefore be familiar with the entire manual, and those who work primarily with adults should also be familiar with this section.

The next three sections—"Delirium, Dementia, and Amnestic and Other Cognitive Disorders"; "Mental Disorders Due to a General Medical Condition"; and "Substance-Related Disorders"—were grouped together in DSM-III-R under the single heading of "Organic Mental Syndromes and Disorders." The term "organic mental disorder" is no longer used in DSM-IV because it incorrectly implies that the other mental disorders in the manual do not have a biological basis. As in DSM-III-R, these sections are placed before the remaining disorders in the manual because of their priority in differential diagnosis (e.g., substance-related causes of depressed mood must be ruled out before making a diagnosis of Major Depressive Disorder). To facilitate differential diagnosis, complete lists of Mental Disorders Due to a General Medical Condition and Substance-Related Disorders appear in these sections, whereas the text and criteria for these disorders are placed in the diagnostic sections with disorders with which they share phenomenology. For example, the text and criteria for Substance-Induced Mood Disorder and Mood Disorder Due to a General Medical Condition are included in the Mood Disorders section.

The organizing principle for all the remaining sections (except for Adjustment Disorders) is to group disorders based on their shared phenomenological features in order to facilitate differential diagnosis. The "Adjustment Disorders" section is organized differently in that these disorders are grouped based on their common etiology (e.g., maladaptive reaction to a stressor). Therefore, the Adjustment Disorders include a variety of heterogeneous clinical presentations (e.g., Adjustment Disorder With Depressed Mood, Adjustment Disorder With Anxiety, Adjustment Disorder With Disturbance of Conduct).

Finally, DSM-IV includes a section for "Other Conditions That May Be a Focus of Clinical Attention."

DSM-IV includes 11 appendixes:

**Appendix A: Decision Trees for Differential Diagnosis.**  This appendix contains six decision trees (for Mental Disorders Due to a General Medical Condition, Sub-

Case 3:07-cv-05875-WHA    Document 47    Filed 05/08/2008    Page 14 of 67

3. Recurrent brief depressive disorder: depressive episodes lasting from 2 days up to 2 weeks, occurring at least once a month for 12 months (not associated with the menstrual cycle) (see p. 778 for suggested research criteria).
4. Postpsychotic depressive disorder of Schizophrenia: a Major Depressive Episode that occurs during the residual phase of Schizophrenia (see p. 767 for suggested research criteria).
5. A Major Depressive Episode superimposed on Delusional Disorder, Psychotic Disorder Not Otherwise Specified, or the active phase of Schizophrenia.
6. Situations in which the clinician has concluded that a depressive disorder is present but is unable to determine whether it is primary, due to a general medical condition, or substance induced.

## Bipolar Disorders

This section includes Bipolar I Disorder, Bipolar II Disorder, Cyclothymia, and Bipolar Disorder Not Otherwise Specified. There are six separate criteria sets for Bipolar I Disorder: Single Manic Episode, Most Recent Episode Hypomanic, Most Recent Episode Manic, Most Recent Episode Mixed, Most Recent Episode Depressed, and Most Recent Episode Unspecified. Bipolar I Disorder, Single Manic Episode, is used to describe individuals who are having a first episode of mania. The remaining criteria sets are used to specify the nature of the current (or most recent) episode in individuals who have had recurrent mood episodes.

## Bipolar I Disorder

### Diagnostic Features

The essential feature of Bipolar I Disorder is a clinical course that is characterized by the occurrence of one or more Manic Episodes (see p. 357) or Mixed Episodes (see p. 362). Often individuals have also had one or more Major Depressive Episodes (see p. 349). Episodes of Substance-Induced Mood Disorder (due to the direct effects of a medication, other somatic treatments for depression, a drug of abuse, or toxin exposure) or of Mood Disorder Due to a General Medical Condition do not count toward a diagnosis of Bipolar I Disorder. In addition, the episodes are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified. Bipolar I Disorder is subclassified in the fourth digit of the code according to whether the individual is experiencing a first episode (i.e., Single Manic Episode) or whether the disorder is recurrent. Recurrence is indicated by either a shift in the polarity of the episode or an interval between episodes of at least 2 months without manic symptoms. A shift in polarity is defined as a clinical course in which a Major Depressive Episode evolves into a Manic Episode or a Mixed Episode or in which a Manic Episode or a Mixed Episode evolves into a Major Depressive Episode. In contrast, a Hypomanic Episode that evolves into a Manic Episode or a Mixed Epi-

lasting from 2 days up
s (not associated with
teria).

Major Depressive Epi-
nia (see p. 767 for sug-

al Disorder, Psychotic
Schizophrenia.

lepressive disorder is
due to a general medi-

sode, or a Manic Episode that evolves into a Mixed Episode (or vice versa), is consid-
ered to be only a single episode. For recurrent Bipolar I Disorders, the nature of the
current (or most recent) episode can be specified (Most Recent Episode Hypomanic,
Most Recent Episode Manic, Most Recent Episode Mixed, Most Recent Episode De-
pressed, Most Recent Episode Unspecified).

## Specifiers

If the full criteria are currently met for a Manic, Mixed, or Major Depressive Episode,
the following specifiers may be used to describe the current clinical status of the epi-
sode and to describe features of the current episode:

> **Mild, Moderate, Severe Without Psychotic Features, Severe With Psychotic
> Features** (see p. 414)
> **With Catatonic Features** (see p. 417)
> **With Postpartum Onset** (see p. 422)

yclothymia, and Bipo-
iteria sets for Bipolar I
inic, Most Recent Epi-
Depressed, and Most
:pisode, is used to de-
emaining criteria sets
pisode in individuals

If the full criteria are not currently met for a Manic, Mixed or Major Depressive Ep-
isode, the following specifiers may be used to describe the current clinical status of
the Bipolar I Disorder and to describe features of the most recent episode:

> **In Partial Remission, In Full Remission** (see p. 414)
> **With Catatonic Features** (see p. 417)
> **With Postpartum Onset** (see p. 422)

If criteria are currently met for a Major Depressive Episode, the following may be
used to describe features of the current episode (or, if criteria are not currently met
but the most recent episode of Bipolar I Disorder was a Major Depressive Episode,
these specifiers apply to that episode):

> **Chronic** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)

at is characterized by
Mixed Episodes (see
ressive Episodes (see
) the direct effects of
of abuse, or toxin ex-
tion do not count to-
sodes are not better
oosed on Schizophre-
tic Disorder Not Oth-
rth digit of the code
de (i.e., Single Manic
cated by either a shift
of at least 2 months
nical course in which
Mixed Episode or in
Depressive Episode.
sode or a Mixed Epi-

The following specifiers can be used to indicate the pattern of episodes:

> **Longitudinal Course Specifiers (With and Without Full Interepisode Recov-
> ery)** (see p. 424)
> **With Seasonal Pattern** (applies only to the pattern of Major Depressive Epi-
> sodes) (see p. 425)
> **With Rapid Cycling** (see p. 427)

## Recording Procedures

The diagnostic codes for Bipolar I Disorder are selected as follows:

1. The first three digits are 296.
2. The fourth digit is 0 if there is a single Manic Episode. For recurrent episodes, the
   fourth digit indicates the nature of the current episode (or, if the Bipolar I Dis-

order is currently in partial or full remission, the nature of the most recent epi-
sode) as follows: 4 if the current or most recent episode is a Hypomanic Episode
or a Manic Episode, 5 if it is a Major Depressive Episode, 6 if it is a Mixed Epi-
sode, and 7 if the current or most recent episode is Unspecified.
3.  The fifth digit (except for Bipolar I Disorder, Most Recent Episode Hypomanic,
and Bipolar I Disorder, Most Recent Episode Unspecified) indicates the severity
of the current episode if full criteria are met for a Manic, Mixed, or Major Depres-
sive Episode as follows: 1 for Mild severity, 2 for Moderate severity, 3 for Severe
Without Psychotic Features, 4 for Severe With Psychotic Features. If full criteria
are not met for a Manic, Mixed, or Major Depressive Episode, the fifth digit in-
dicates the current clinical status of the Bipolar I Disorder as follows: 5 for In Par-
tial Remission, 6 for In Full Remission. If current severity or clinical status is
unspecified, the fifth digit is 0. Other specifiers for Bipolar I Disorder cannot be
coded. For Bipolar I Disorder, Most Recent Episode Hypomanic, the fifth digit is
always 0. For Bipolar Disorder, Most Recent Episode Unspecified, there is no
fifth digit.

In recording the name of a diagnosis, terms should be listed in the following order:
Bipolar I Disorder, specifiers coded in the fourth digit (e.g., Most Recent Episode
Manic), specifiers coded in the fifth digit (e.g., Mild, Severe With Psychotic Features,
In Partial Remission), as many specifiers (without codes) as apply to the current or
most recent episode (e.g., With Melancholic Features, With Postpartum Onset), and
as many specifiers (without codes) as apply to the course of episodes (e.g., With Rap-
id Cycling); for example, 296.54 Bipolar I Disorder, Most Recent Episode Depressed,
Severe With Psychotic Features, With Melancholic Features, With Rapid Cycling.

Note that if the single episode of Bipolar I Disorder is a Mixed Episode, the diag-
nosis would be indicated as 296.0x Bipolar I Disorder, Single Manic Episode, Mixed.

## Associated Features and Disorders

**Associated descriptive features and mental disorders.**   Completed suicide occurs
in 10%–15% of individuals with Bipolar I Disorder. Suicidal ideation and attempts are
more likely to occur when the individual is in a depressive or mixed state. Child
abuse, spouse abuse, or other violent behavior may occur during severe Manic Epi-
sodes or during those with psychotic features. Other associated problems include
school truancy, school failure, occupational failure, divorce, or episodic antisocial be-
havior. Bipolar Disorder is associated with Alcohol and other Substance Use Dis-
orders in many individuals. Individuals with earlier onset of Bipolar I Disorder are
more likely to have a history of current alcohol or other substance use problems. Con-
comitant alcohol and other substance use is associated with an increased number of
hospitalizations and a worse course of illness. Other associated mental disorders
include Anorexia Nervosa, Bulimia Nervosa, Attention-Deficit/Hyperactivity Dis-
order, Panic Disorder, and Social Phobia.

**Associated laboratory findings.**   There appear to be no laboratory features that are
diagnostic of Bipolar I Disorder or that distinguish Major Depressive Episodes found
in Bipolar I Disorder from those in Major Depressive Disorder or Bipolar II Disorder.

Bipolar I Disorder **385**

ure of the most recent epi-
e is a Hypomanic Episode
ode, 6 if it is a Mixed Epi-
specified.

cent Episode Hypomanic,
ied) indicates the severity
:, Mixed, or Major Depres-
erate severity, 3 for Severe
tic Features. If full criteria
Episode, the fifth digit in-
er as follows: 5 for In Par-
rerity or clinical status is
olar I Disorder cannot be
pomanic, the fifth digit is
Unspecified, there is no

ed in the following order:
g., Most Recent Episode
With Psychotic Features,
s apply to the current or
Postpartum Onset), and
episodes (e.g., With Rap-
cent Episode Depressed,
With Rapid Cycling.
Mixed Episode, the diag-
Manic Episode, Mixed.

ompleted suicide occurs
leation and attempts are
e or mixed state. Child
uring severe Manic Epi-
iated problems include
r episodic antisocial be-
ier Substance Use Dis-
f Bipolar I Disorder are
nce use problems. Con-
n increased number of
iated mental disorders
cit/Hyperactivity Dis-

ratory features that are
ressive Episodes found
or Bipolar II Disorder.

Imaging studies comparing groups of individuals with Bipolar I Disorder with groups with Major Depressive Disorder or groups without any Mood Disorder tend to show increased rates of right-hemispheric lesions, or bilateral subcortical or periventricular lesions in those with Bipolar I Disorder.

**Associated physical examination findings and general medical conditions.**    An age at onset for a first Manic Episode after age 40 years should alert the clinician to the possibility that the symptoms may be due to a general medical condition or substance use. Current or past hypothyroidism or laboratory evidence of mild thyroid hypofunction may be associated with Rapid Cycling (see p. 427). In addition, hyperthyroidism may precipitate or worsen manic symptoms in individuals with a preexisting Mood Disorder. However, hyperthyroidism in individuals without preexisting Mood Disorder does not typically cause manic symptoms.

## Specific Culture, Age, and Gender Features

There are no reports of differential incidence of Bipolar I Disorder based on race or ethnicity. There is some evidence that clinicians may have a tendency to overdiagnose Schizophrenia (instead of Bipolar Disorder) in some ethnic groups and in younger individuals.

Approximately 10%–15% of adolescents with recurrent Major Depressive Episodes will go on to develop Bipolar I Disorder. Mixed Episodes appear to be more likely in adolescents and young adults than in older adults.

Recent epidemiological studies in the United States indicate that Bipolar I Disorder is approximately equally common in men and women (unlike Major Depressive Disorder, which is more common in women). Gender appears to be related to the number and type of Manic and Major Depressive Episodes. The first episode in males is more likely to be a Manic Episode. The first episode in females is more likely to be a Major Depressive Episode. In men the number of Manic Episodes equals or exceeds the number of Major Depressive Episodes, whereas in women Major Depressive Episodes predominate. In addition, Rapid Cycling (see p. 427) is more common in women than in men. Some evidence suggests that mixed or depressive symptoms during Manic Episodes may be more common in women as well, although not all studies are in agreement. Thus, women may be at particular risk for depressive or intermixed mood symptoms. Women with Bipolar I Disorder have an increased risk of developing subsequent episodes in the immediate postpartum period. Some women have their first episode during the postpartum period. The specifier With Postpartum Onset may be used to indicate that the onset of the episode is within 4 weeks of delivery (see p. 422). The premenstrual period may be associated with worsening of an ongoing Major Depressive, Manic, Mixed, or Hypomanic Episode.

## Prevalence

The lifetime prevalence of Bipolar I Disorder in community samples has varied from 0.4% to 1.6%.

## Course

Average age at onset is 20 for both men and women. Bipolar I Disorder is a recurrent disorder—more than 90% of individuals who have a single Manic Episode go on to have future episodes. Roughly 60%–70% of Manic Episodes occur immediately before or after a Major Depressive Episode. Manic Episodes often precede or follow the Major Depressive Episodes in a characteristic pattern for a particular person. The number of lifetime episodes (both Manic and Major Depressive) tends to be higher for Bipolar I Disorder compared with Major Depressive Disorder, Recurrent. Studies of the course of Bipolar I Disorder prior to lithium maintenance treatment suggest that, on average, four episodes occur in 10 years. The interval between episodes tends to decrease as the individual ages. There is some evidence that changes in sleep-wake schedule such as occur during time zone changes or sleep deprivation may precipitate or exacerbate a Manic, Mixed, or Hypomanic Episode. Approximately 5%–15% of individuals with Bipolar I Disorder have multiple (four or more) mood episodes (Major Depressive, Manic, Mixed, or Hypomanic) that occur within a given year. If this pattern is present, it is noted by the specifier With Rapid Cycling (see p. 427). A rapid-cycling pattern is associated with a poorer prognosis.

  Although the majority of individuals with Bipolar I Disorder experience significant symptom reduction between episodes, some (20%–30%) continue to display mood lability and other residual mood symptoms. As many as 60% experience chronic interpersonal or occupational difficulties between acute episodes. Psychotic symptoms may develop after days or weeks in what was previously a nonpsychotic Manic or Mixed Episode. When an individual has Manic Episodes with psychotic features, subsequent Manic Episodes are more likely to have psychotic features. Incomplete interepisode recovery is more common when the current episode is accompanied by mood-incongruent psychotic features.

## Familial Pattern

First-degree biological relatives of individuals with Bipolar I Disorder have elevated rates of Bipolar I Disorder (4%–24%), Bipolar II Disorder (1%–5%), and Major Depressive Disorder (4%–24%). Those individuals with Mood Disorder in their first-degree biological relatives are more likely to have an earlier age at onset. Twin and adoption studies provide strong evidence of a genetic influence for Bipolar I Disorder.

## Differential Diagnosis

Major Depressive, Manic, Mixed, and Hypomanic Episodes in Bipolar I Disorder must be distinguished from episodes of a **Mood Disorder Due to a General Medical Condition.** The diagnosis is Mood Disorder Due to a General Medical Condition for episodes that are judged to be the direct physiological consequence of a specific general medical condition (e.g., multiple sclerosis, stroke, hypothyroidism) (see p. 401). This determination is based on the history, laboratory findings, or physical examination.

  A **Substance-Induced Mood Disorder** is distinguished from Major Depressive, Manic, or Mixed Episodes that occur in Bipolar I Disorder by the fact that a substance (e.g., a drug of abuse, a medication, or exposure to a toxin) is judged to be etiologically related to the mood disturbance (see p. 405). Symptoms like those seen in a Manic,

Disorder is a recurrent
lanic Episode go on to
occur immediately be-
t precede or follow the
particular person. The
ve) tends to be higher
er, Recurrent. Studies
nce treatment suggest
etween episodes tends
changes in sleep-wake
rivation may precipi-
proximately 5%–15%
nore) mood episodes
within a given year.
Cycling (see p. 427).

er experience signifi-
continue to display
0% experience chron-
des. Psychotic symp-
nonpsychotic Manic
a psychotic features,
tures. Incomplete in-
e is accompanied by

order have elevated
, and Major Depres-
in their first-degree
Twin and adoption
I Disorder.

lar I Disorder must
ral Medical Condi-
dition for episodes
fic general medical
1). This determina-
ation.
Major Depressive,
ct that a substance
d to be etiological-
e seen in a Manic,

Mixed, or Hypomanic Episode may be part of an intoxication with or withdrawal from a drug of abuse and should be diagnosed as a Substance-Induced Mood Disorder (e.g., euphoric mood that occurs only in the context of intoxication with cocaine would be diagnosed as Cocaine-Induced Mood Disorder, With Manic Features, With Onset During Intoxication). Symptoms like those seen in a Manic or Mixed Episode may also be precipitated by antidepressant treatment such as medication, electroconvulsive therapy, or light therapy. Such episodes may be diagnosed as a Substance-Induced Mood Disorder (e.g., Amitriptyline-Induced Mood Disorder, With Manic Features; Electroconvulsive Therapy–Induced Mood Disorder, With Manic Features) and would not count toward a diagnosis of Bipolar I Disorder. However, when the substance use or medication is judged not to fully account for the episode (e.g., the episode continues for a considerable period autonomously after the substance is discontinued), the episode would count toward a diagnosis of Bipolar I Disorder.

Bipolar I Disorder is distinguished from **Major Depressive Disorder** and **Dysthymic Disorder** by the lifetime history of at least one Manic or Mixed Episode. Bipolar I Disorder is distinguished from **Bipolar II Disorder** by the presence of one or more Manic or Mixed Episodes. When an individual previously diagnosed with Bipolar II Disorder develops a Manic or Mixed Episode, the diagnosis is changed to Bipolar I Disorder.

In **Cyclothymic Disorder,** there are numerous periods of hypomanic symptoms that do not meet criteria for a Manic Episode and periods of depressive symptoms that do not meet symptom or duration criteria for a Major Depressive Episode. Bipolar I Disorder is distinguished from Cyclothymic Disorder by the presence of one or more Manic or Mixed Episodes. If a Manic or Mixed Episode occurs after the first 2 years of Cyclothymic Disorder, then Cyclothymic Disorder and Bipolar I Disorder may both be diagnosed.

The differential diagnosis between **Psychotic Disorders** (e.g., Schizoaffective Disorder, Schizophrenia, and Delusional Disorder) and Bipolar I Disorder may be difficult (especially in adolescents) because these disorders may share a number of presenting symptoms (e.g., grandiose and persecutory delusions, irritability, agitation, and catatonic symptoms), particularly cross-sectionally and early in their course. In contrast to Bipolar I Disorder, Schizophrenia, Schizoaffective Disorder, and Delusional Disorder are all characterized by periods of psychotic symptoms that occur in the absence of prominent mood symptoms. Other helpful considerations include the accompanying symptoms, previous course, and family history. Manic and depressive symptoms may be present during Schizophrenia, Delusional Disorder, and Psychotic Disorder Not Otherwise Specified, but rarely with sufficient number, duration, and pervasiveness to meet criteria for a Manic Episode or a Major Depressive Episode. However, when full criteria are met (or the symptoms are of particular clinical significance), a diagnosis of **Bipolar Disorder Not Otherwise Specified** may be made in addition to the diagnosis of Schizophrenia, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If there is a very rapid alternation (over days) between manic symptoms and depressive symptoms (e.g., several days of purely manic symptoms followed by several days of purely depressive symptoms) that do not meet minimal duration criteria for a Manic Episode or Major Depressive Episode, the diagnosis is **Bipolar Disorder Not Otherwise Specified.**

Mood Disorders

## Diagnostic criteria for
## 296.0x Bipolar I Disorder, Single Manic Episode

A.  Presence of only one Manic Episode (see p. 362) and no past Major Depressive Epi-
sodes.

   **Note:**   Recurrence is defined as either a change in polarity from depression or an
   interval of at least 2 months without manic symptoms.

B.  The Manic Episode is not better accounted for by Schizoaffective Disorder and is not
superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or
Psychotic Disorder Not Otherwise Specified.

   *Specify* if:

   **Mixed:**   if symptoms meet criteria for a Mixed Episode (see p. 365)

   If the full criteria are currently met for a Manic, Mixed, or Major Depressive Episode,
   *specify* its current clinical status and/or features:

   **Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic
   Features** (see p. 414)
   **With Catatonic Features** (see p. 417)
   **With Postpartum Onset** (see p. 422)

   If the full criteria are not currently met for a Manic, Mixed, or Major Depressive Epi-
   sode, *specify* the current clinical status of the Bipolar I Disorder or features of the most
   recent episode:

   **In Partial Remission, In Full Remission** (see p. 414)
   **With Catatonic Features** (see p. 417)
   **With Postpartum Onset** (see p. 422)

## Diagnostic criteria for
## 296.40 Bipolar I Disorder, Most Recent Episode Hypomanic

A.  Currently (or most recently) in a Hypomanic Episode (see p. 368).

B.  There has previously been at least one Manic Episode (see p. 362) or Mixed Episode
(see p. 365).

C.  The mood symptoms cause clinically significant distress or impairment in social, occu-
pational, or other important areas of functioning.

D.  The mood episodes in Criteria A and B are not better accounted for by Schizoaffective
Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder,
Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

   *Specify:*

   **Longitudinal Course Specifiers (With and Without Interepisode Recovery)**
   (see p. 424)
   **With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes)
   (see p. 425)
   **With Rapid Cycling** (see p. 427)

Mood Disorders

le

Major Depressive Epi-

rom depression or an

ve Disorder and is not
elusional Disorder, or

p. 365)

r Depressive Episode,

ere With Psychotic

/lajor Depressive Epi-
features of the most

**Hypomanic**

2) or Mixed Episode

ment in social, occu-

or by Schizoaffective
hreniform Disorder,
ed.

pisode Recovery)

epressive Episodes)

## Diagnostic criteria for
## 296.4x Bipolar I Disorder, Most Recent Episode Manic

A. Currently (or most recently) in a Manic Episode (see p. 362).

B. There has previously been at least one Major Depressive Episode (see p. 356), Manic Episode (see p. 362), or Mixed Episode (see p. 365).

C. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If the full criteria are currently met for a Manic Episode, *specify* its current clinical status and/or features:

**Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features** (see p. 414)
**With Catatonic Features** (see p. 417)
**With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Manic Episode, *specify* the current clinical status of the Bipolar I Disorder and/or features of the most recent Manic Episode:

**In Partial Remission, In Full Remission** (see p. 414)
**With Catatonic Features** (see p. 417)
**With Postpartum Onset** (see p. 422)

*Specify:*

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)

## Diagnostic criteria for
## 296.6x Bipolar I Disorder, Most Recent Episode Mixed

A.  Currently (or most recently) in a Mixed Episode (see p. 365).

B.  There has previously been at least one Major Depressive Episode (see p. 356), Manic Episode (see p. 362), or Mixed Episode (see p. 365).

C.  The mood episodes in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If the full criteria are currently met for a Mixed Episode, *specify* its current clinical status and/or features:

**Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features** (see p. 415)
**With Catatonic Features** (see p. 417)
**With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Mixed Episode, *specify* the current clinical status of the Bipolar I Disorder and/or features of the most recent Mixed Episode:

**In Partial Remission, In Full Remission** (see p. 416)
**With Catatonic Features** (see p. 417)
**With Postpartum Onset** (see p. 422)

*Specify:*

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)

Mood Disorders

Bipolar I Disorder

**391**

de Mixed

ode (see p. 356), Manic

ted for by Schizoaffec-
zophreniform Disorder,
ified.

s current clinical status

vere With Psychotic

ify the current clinical
Mixed Episode:

episode Recovery)

Depressive Episodes)

## Diagnostic criteria for
## 296.5x Bipolar I Disorder, Most Recent Episode Depressed

A. Currently (or most recently) in a Major Depressive Episode (see p. 356).

B. There has previously been at least one Manic Episode (see p. 362) or Mixed Episode (see p. 365).

C. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If the full criteria are currently met for a Major Depressive Episode, *specify* its current clinical status and/or features:

> **Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features** (see p. 412)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Major Depressive Episode, *specify* the current clinical status of the Bipolar I Disorder and/or features of the most recent Major Depressive Episode:

> **In Partial Remission, In Full Remission** (see p. 412)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

*Specify:*

> **Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
> **With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
> **With Rapid Cycling** (see p. 427)

## Diagnostic criteria for
## 296.7 Bipolar I Disorder, Most Recent Episode Unspecified

A. Criteria, except for duration, are currently (or most recently) met for a Manic (see p. 362), a Hypomanic (see p. 368), a Mixed (see p. 365), or a Major Depressive Episode (see p. 356).

B. There has previously been at least one Manic Episode (see p. 362) or Mixed Episode (see p. 365).

C. The mood symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The mood symptoms in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E. The mood symptoms in Criteria A and B are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism).

*Specify:*

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)

## 296.89   Bipolar II Disorder (Recurrent Major Depressive Episodes With Hypomanic Episodes)

### Diagnostic Features

The essential feature of Bipolar II Disorder is a clinical course that is characterized by the occurrence of one or more Major Depressive Episodes (Criterion A) accompanied by at least one Hypomanic Episode (Criterion B). Hypomanic Episodes should not be confused with the several days of euthymia that may follow remission of a Major Depressive Episode. The presence of a Manic or Mixed Episode precludes the diagnosis of Bipolar II Disorder (Criterion C). Episodes of Substance-Induced Mood Disorder (due to the direct physiological effects of a medication, other somatic treatments for depression, drugs of abuse, or toxin exposure) or of Mood Disorder Due to a General Medical Condition do not count toward a diagnosis of Bipolar II Disorder. In addition, the episodes must not be better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified (Criterion D). The symptoms must cause clinically significant distress or impairment in social, occupational, or oth-

Mood Disorders

**296.89   Bipolar II Disorder (Recurrent Major Depressive Episodes
With Hypomanic Episodes)**    393

**le Unspecified**

) met for a Manic (see
ajor Depressive Episode

362) or Mixed Episode

airment in social, occu-

ted for by Schizoaffec-
:ophreniform Disorder,
:ified.

ct physiological effects
eatment) or a general

:episode Recovery)

: Depressive Episodes)

**nt Major
Episodes)**

is characterized by
on A) accompanied
odes should not be
sion of a Major De-
udes the diagnosis
ed Mood Disorder
atic treatments for
r Due to a General
Disorder. In addi-
:tive Disorder and
r, Delusional Dis-
). The symptoms
:upational, or oth-

er important areas of functioning (Criterion E). In some cases, the Hypomanic Epi-
sodes themselves do not cause impairment. Instead, the impairment may result from
the Major Depressive Episodes or from a chronic pattern of unpredictable mood epi-
sodes and fluctuating unreliable interpersonal or occupational functioning.

Individuals with Bipolar II Disorder may not view the Hypomanic Episodes as
pathological, although others may be troubled by the individual's erratic behavior.
Often individuals, particularly when in the midst of a Major Depressive Episode, do
not recall periods of hypomania without reminders from close friends or relatives.
Information from other informants is often critical in establishing the diagnosis of
Bipolar II Disorder.

### Specifiers

The following specifiers for Bipolar II Disorder should be used to indicate the nature
of the current episode or, if the full criteria are not currently met for a Hypomanic or
Major Depressive Episode, the nature of the most recent episode:

> **Hypomanic.**   This specifier is used if the current (or most recent) episode is
> a Hypomanic Episode.
> **Depressed.**   This specifier is used if the current (or most recent) episode is
> a Major Depressive Episode.

If the full criteria are currently met for a Major Depressive Episode, the following
specifiers may be used to describe the current clinical status of the episode and to de-
scribe features of the current episode:

> **Mild, Moderate, Severe Without Psychotic Features, Severe With Psychotic
>     Features** (see p. 412)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Hypomanic or Major Depressive Epi-
sode, the following specifiers may be used to describe the current clinical status of the
Bipolar II Disorder and to describe features of the most recent Major Depressive Ep-
isode (only if it is the most recent type of mood episode):

> **In Partial Remission, In Full Remission** (see p. 412)
> **Chronic** (see p. 417)
> **With Catatonic Features** (see p. 417)
> **With Melancholic Features** (see p. 419)
> **With Atypical Features** (see p. 420)
> **With Postpartum Onset** (see p. 422)

The following specifiers may be used to indicate the pattern or frequency of epi-
sodes:

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)** (see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes) (see p. 425)
**With Rapid Cycling** (see p. 427)

## Recording Procedures

The diagnostic code for Bipolar II Disorder is 296.89; none of the specifiers are codable. In recording the name of the diagnosis, terms should be listed in the following order: Bipolar II Disorder, specifiers indicating current or most recent episode (e.g., Hypomanic, Depressed), severity specifiers that apply to the current Major Depressive Episode (e.g., Moderate), as many specifiers describing features as apply to the current or most recent Major Depressive Episode (e.g., With Melancholic Features, With Postpartum Onset), and as many specifiers as apply to the course of episodes (e.g., With Seasonal Pattern); for example, 296.89 Bipolar II Disorder, Depressed, Severe With Psychotic Features, With Melancholic Features, With Seasonal Pattern.

## Associated Features and Disorders

**Associated descriptive features and mental disorders.**    Completed suicide (usually during Major Depressive Episodes) is a significant risk, occurring in 10%–15% of persons with Bipolar II Disorder. School truancy, school failure, occupational failure, or divorce may be associated with Bipolar II Disorder. Associated mental disorders include Substance Abuse or Dependence, Anorexia Nervosa, Bulimia Nervosa, Attention-Deficit/Hyperactivity Disorder, Panic Disorder, Social Phobia, and Borderline Personality Disorder.

**Associated laboratory findings.**    There appear to be no laboratory features that are diagnostic of Bipolar II Disorder or that distinguish Major Depressive Episodes found in Bipolar II Disorder from those in Major Depressive Disorder or Bipolar I Disorder.

**Associated physical examination findings and general medical conditions.**    An age at onset for a first Hypomanic Episode after age 40 years should alert the clinician to the possibility that the symptoms may be due to a general medical condition or substance use. Current or past hypothyroidism or laboratory evidence of mild thyroid hypofunction may be associated with Rapid Cycling (see p. 427). In addition, hyperthyroidism may precipitate or worsen hypomanic symptoms in individuals with a preexisting Mood Disorder. However, hyperthyroidism in other individuals does not typically cause hypomanic symptoms.

## Specific Gender Features

Bipolar II Disorder may be more common in women than in men. Gender appears to be related to the number and type of Hypomanic and Major Depressive Episodes. In men the number of Hypomanic Episodes equals or exceeds the number of Major Depressive Episodes, whereas in women Major Depressive Episodes predominate. In

Mood Disorders

nterepisode Recovery)

Major Depressive Epi-

the specifiers are cod-
listed in the following
st recent episode (e.g.,
current Major Depres-
atures as apply to the
Melancholic Features,
he course of episodes
order, Depressed, Se-
. Seasonal Pattern.

npleted suicide (usu-
:curring in 10%–15%
re, occupational fail-
sociated mental dis-
sa, Bulimia Nervosa,
ial Phobia, and Bor-

ory features that are
ive Episodes found
r Bipolar I Disorder.

al conditions.    An
ld alert the clinician
edical condition or
idence of mild thy-
27). In addition, hy-
in individuals with
r individuals does

Gender appears to
essive Episodes. In
mber of Major De-
s predominate. In

addition, Rapid Cycling (see p. 427) is more common in women than in men. Some evidence suggests that mixed or depressive symptoms during Hypomanic Episodes may be more common in women as well, although not all studies are in agreement. Thus, women may be at particular risk for depressive or intermixed mood symptoms. Women with Bipolar II Disorder may be at increased risk of developing subsequent episodes in the immediate postpartum period.

## Prevalence

Community studies suggest a lifetime prevalence of Bipolar II Disorder of approximately 0.5%.

## Course

Roughly 60%–70% of the Hypomanic Episodes in Bipolar II Disorder occur immediately before or after a Major Depressive Episode. Hypomanic Episodes often precede or follow the Major Depressive Episodes in a characteristic pattern for a particular person. The number of lifetime episodes (both Hypomanic Episodes and Major Depressive Episodes) tends to be higher for Bipolar II Disorder compared with Major Depressive Disorder, Recurrent. The interval between episodes tends to decrease as the individual ages. Approximately 5%–15% of individuals with Bipolar II Disorder have multiple (four or more) mood episodes (Hypomanic or Major Depressive) that occur within a given year. If this pattern is present, it is noted by the specifier With Rapid Cycling (see p. 427). A rapid-cycling pattern is associated with a poorer prognosis.

Although the majority of individuals with Bipolar II Disorder return to a fully functional level between episodes, approximately 15% continue to display mood lability and interpersonal or occupational difficulties. Psychotic symptoms do not occur in Hypomanic Episodes, and they appear to be less frequent in the Major Depressive Episodes in Bipolar II Disorder than is the case for Bipolar I Disorder. Some evidence is consistent with the notion that marked changes in sleep-wake schedule such as occur during time zone changes or sleep deprivation may precipitate or exacerbate Hypomanic or Major Depressive Episodes. If a Manic or Mixed Episode develops in the course of Bipolar II Disorder, the diagnosis is changed to Bipolar I Disorder. Over 5 years, about 5%–15% of individuals with Bipolar II Disorder will develop a Manic Episode.

## Familial Pattern

Some studies have indicated that first-degree biological relatives of individuals with Bipolar II Disorder have elevated rates of Bipolar II Disorder, Bipolar I Disorder, and Major Depressive Disorder compared with the general population.

## Differential Diagnosis

Hypomanic and Major Depressive Episodes in Bipolar II Disorder must be distinguished from episodes of a **Mood Disorder Due to a General Medical Condition.**

The diagnosis is Mood Disorder Due to a General Medical Condition for episodes that are judged to be the direct physiological consequence of a specific general medical condition (e.g., multiple sclerosis, stroke, hypothyroidism) (see p. 401). This determination is based on the history, laboratory findings, or physical examination.

A **Substance-Induced Mood Disorder** is distinguished from Hypomanic or Major Depressive Episodes that occur in Bipolar II Disorder by the fact that a substance (e.g., a drug of abuse, a medication, or exposure to a toxin) is judged to be etiologically related to the mood disturbance (see p. 405). Symptoms like those seen in a Hypomanic Episode may be part of an intoxication with or withdrawal from a drug of abuse and should be diagnosed as a Substance-Induced Mood Disorder (e.g., a major depressive–like episode occurring only in the context of withdrawal from cocaine would be diagnosed as Cocaine-Induced Mood Disorder, With Depressive Features, With Onset During Withdrawal). Symptoms like those seen in a Hypomanic Episode may also be precipitated by antidepressant treatment such as medication, electroconvulsive therapy, or light therapy. Such episodes may be diagnosed as a Substance-Induced Mood Disorder (e.g., Amitriptyline-Induced Mood Disorder, With Manic Features; Electroconvulsive Therapy–Induced Mood Disorder, With Manic Features) and would not count toward a diagnosis of Bipolar II Disorder. However, when the substance use or medication is judged not to fully account for the episode (e.g., the episode continues for a considerable period autonomously after the substance is discontinued), the episode would count toward a diagnosis of Bipolar II Disorder.

Bipolar II Disorder is distinguished from **Major Depressive Disorder** by the lifetime history of at least one Hypomanic Episode. Attention during the interview to whether there is a history of euphoric or dysphoric hypomania is important in making a differential diagnosis. Bipolar II Disorder is distinguished from **Bipolar I Disorder** by the presence of one or more Manic or Mixed Episodes in the latter. When an individual previously diagnosed with Bipolar II Disorder develops a Manic or Mixed Episode, the diagnosis is changed to Bipolar I disorder.

In **Cyclothymic Disorder,** there are numerous periods of hypomanic symptoms and numerous periods of depressive symptoms that do not meet symptom or duration criteria for a Major Depressive Episode. Bipolar II Disorder is distinguished from Cyclothymic Disorder by the presence of one or more Major Depressive Episodes. If a Major Depressive Episode occurs after the first 2 years of Cyclothymic Disorder, the additional diagnosis of Bipolar II Disorder is given.

Bipolar II Disorder must be distinguished from **Psychotic Disorders** (e.g., Schizoaffective Disorder, Schizophrenia, and Delusional Disorder). Schizophrenia, Schizoaffective Disorder, and Delusional Disorder are all characterized by periods of psychotic symptoms that occur in the absence of prominent mood symptoms. Other helpful considerations include the accompanying symptoms, previous course, and family history.

Mood Disorders

ondition for episodes
specific general med-
) (see p. 401). This de-
·sical examination.

. Hypomanic or Major
 that a substance (e.g.,
 to be etiologically re-
 seen in a Hypomanic
 a drug of abuse and
 (e.g., a major depres-
 om cocaine would be
 ·e Features, With On-
 ·nic Episode may also
 on, electroconvulsive
 a Substance-Induced
 Vith Manic Features;
 /anic Features) and
 vever, when the sub-
 ·pisode (e.g., the epi-
 ·er the substance is
 ·ipolar II Disorder.

**Disorder** by the life-
 ·ing the interview to
 is important in mak-
 from **Bipolar I Dis-**
 1 the latter. When an
 ps a Manic or Mixed

 pomanic symptoms
 ·t symptom or dura-
 ·distinguished from
 ·ressive Episodes. If
 hymic Disorder, the

 ic **Disorders** (e.g.,
 ·ler). Schizophrenia,
 ·erized by periods of
 ·d symptoms. Other
 ·evious course, and

## Diagnostic criteria for 296.89 Bipolar II Disorder

A.  Presence (or history) of one or more Major Depressive Episodes (see p. 356).

B.  Presence (or history) of at least one Hypomanic Episode (see p. 368).

C.  There has never been a Manic Episode (see p. 362) or a Mixed Episode (see p. 365).

D.  The mood symptoms in Criteria A and B are not better accounted for by Schizoaffec-
    tive Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder,
    Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E.  The symptoms cause clinically significant distress or impairment in social, occupation-
    al, or other important areas of functioning.

*Specify* current or most recent episode:

**Hypomanic:**   if currently (or most recently) in a Hypomanic Episode (see p. 368)
**Depressed:**   if currently (or most recently) in a Major Depressive Episode (see
p. 356)

If the full criteria are currently met for a Major Depressive Episode, *specify* its current
clinical status and/or features:

**Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic
Features** (see p. 412)   **Note:** Fifth-digit codes specified on p. 413 cannot be used
here because the code for Bipolar II Disorder already uses the fifth digit.
**Chronic** (see p. 417)
**With Catatonic Features** (see p. 417)
**With Melancholic Features** (see p. 419)
**With Atypical Features** (see p. 420)
**With Postpartum Onset** (see p. 422)

If the full criteria are not currently met for a Hypomanic or Major Depressive Episode,
*specify* the clinical status of the Bipolar II Disorder and/or features of the most recent
Major Depressive Episode (only if it is the most recent type of mood episode):

**In Partial Remission, In Full Remission** (see p. 412)   **Note:** Fifth-digit codes
specified on p. 413 cannot be used here because the code for Bipolar II Disorder
already uses the fifth digit.
**Chronic** (see p. 417)
**With Catatonic Features** (see p. 417)
**With Melancholic Features** (see p. 419)
**With Atypical Features** (see p. 420)
**With Postpartum Onset** (see p. 422)

*Specify:*

**Longitudinal Course Specifiers (With and Without Interepisode Recovery)**
(see p. 424)
**With Seasonal Pattern** (applies only to the pattern of Major Depressive Episodes)
(see p. 425)
**With Rapid Cycling** (see p. 427)

# EXHIBIT B



PDR®

**57**
EDITION

2003

# PHYSICIANS' DESK REFERENCE®

**Executive Vice President, Directory Services:** Paul M. Walsh

**Vice President, Sales and Marketing:** Dikran N. Barsamian
**Director, PDR Pharmaceutical Sales:** Anthony Sorce
**Senior Account Managers:** Frank Karkowsky, Elaine Musco, Marion Reid, RPh
**Account Managers:** Lawrence C. Keary, Lois Smith, Eileen Sullivan, Suzanne E. Yarrow, RN
**Director of Trade Sales:** Bill Gaffney
**Director of Product Management:** Valerie E. Berger
**Senior Product Manager:** Jeffrey D. Dubin
**Finance Director:** Mark S. Ritchin
**Senior Director, Publishing Sales and Marketing:** Michael Bennett
**Direct Mail Managers:** Jennifer M. Fronzaglia, Lorraine M. Loening
**Senior Marketing Analyst:** Dina A. Maeder
**Promotion Manager:** Linda Levine
**Vice President, Clinical Communications and Strategic Initiatives:** Mukesh Mehta, RPh
**Manager, Professional Data Services:** Thomas Fleming, RPh
**Manager, Concise Data Content:** Christine Wyble, PharmD
**Drug Information Specialists:** Maria Deutsch, MS, PharmD; Anu Gupta, PharmD
**Editor, Directory Services:** David W. Sifton

**Project Manager:** Edward P. Connor
**Senior Associate Editor:** Lori Murray
**Associate Editor:** Gwynned L. Kelly
**Senior Director, Operations:** Brian Holland
**Senior Data Manager:** Jeffrey D. Schaefer
**Manager of Production Operations:** Thomas Westburgh
**Project Manager:** Amy B. Brooks
**Senior Production Coordinator:** Gianna Caradonna
**Production Coordinators:** DeeAnn DeRuvo, Christina Klinger
**Index Supervisor:** Joseph F. Rizzo
**Index Editors:** Noel Deloughery, Shannon Reilly
**Format Editor:** Kathleen M. Chaballa
**Production Associate:** Joan K. Akerlind
**Production Design Supervisor:** Adeline Rich
**Electronic Publishing Designers:** Bryan Dix, Rosalia Sberna, Livio Udina
**Digital Imaging Supervisor:** Shawn W. Cahill
**Digital Imaging Coordinator:** Frank J. McElroy, III
**Director of Client Services:** Stephanie Struble
**Fulfillment Manager:** Louis J. Bolcik

**THOMSON**
◆
**PDR**

Copyright © 2003 and published by Thomson PDR at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. PHYSICIANS' DESK REFERENCE®, PDR®, Pocket PDR®, The PDR® Family Guide to Prescription Drugs®, The PDR® Family Guide to Women's Health and Prescription Drugs®, and The PDR® Family Guide to Nutrition and Health® are registered trademarks used herein under license. PDR for Ophthalmic Medicines™, PDR for Nonprescription Drugs and Dietary Supplements™, PDR Companion Guide™, PDR Pharmacopoeia™ Pocket Dosing Guide, PDR® for Herbal Medicines™, PDR® for Nutritional Supplements™, PDR® Medical Dictionary™, PDR® Nurse's Drug Handbook™, PDR® Nurse's Dictionary™, The PDR® Family Guide Encyclopedia of Medical Care™, The PDR® Family Guide to Natural Medicines and Healing Therapies™, The PDR® Family Guide to Common Ailments™, The PDR® Family Guide to Over-the-Counter Drugs™, The PDR® Family Guide to Nutritional Supplements™, and PDR® Electronic Library™ are trademarks used herein under license.

**Officers of Thomson Healthcare:** *President and Chief Executive Officer:* Richard Noble; *Chief Financial Officer and Executive Vice President, Finance:* Paul J. Hilger; *Executive Vice President, Directory Services:* Paul M. Walsh; *Senior Vice President, Planning and Business Development:* William J. Gole; *Senior Vice President and Chief Technology Officer:* Jeff Reihl; *Vice President, Corporate Human Resources:* Pamela M. Bilash

ISBN: 1-56363-445-7

## Depakote Sprinkle—Cont.

Special Senses: Taste perversion, abnormal vision, deafness, otitis media.

Urogenital System: Urinary incontinence, vaginitis, dysmenorrhea, amenorrhea, urinary frequency.

Other Patient Populations

Adverse events that have been reported with all dosage forms of valproate from epilepsy trials, spontaneous reports, and other sources are listed below by body system.

Gastrointestinal: The most commonly reported side effects at the initiation of therapy are nausea, vomiting, and indigestion. These effects are usually transient and rarely require discontinuation of therapy. Diarrhea, abdominal cramps, and constipation have been reported. Both anorexia with some weight loss and increased appetite with weight gain have also been reported. The administration of delayed-release divalproex sodium may result in reduction of gastrointestinal side effects in some patients.

CNS Effects: Sedative effects have occurred in patients receiving valproate alone but occur most often in patients receiving combination therapy. Sedation usually abates upon reduction of other antiepileptic medication. Tremor (may be dose-related), hallucinations, ataxia, headache, nystagmus, diplopia, asterixis, "spots before eyes", dysarthria, dizziness, confusion, hypesthesia, vertigo, incoordination, and parkinsonism have been reported with the use of valproate. Rare cases of coma have occurred in patients receiving valproate alone or in conjunction with phenobarbital. In rare instances encephalopathy with or without fever has developed shortly after the introduction of valproate monotherapy without evidence of hepatic dysfunction or inappropriately high plasma valproate levels. Although recovery has been described following drug withdrawal, there have been fatalities in patients with hyperammonemic encephalopathy, particularly in patients with underlying urea cycle disorders (see WARNINGS - Urea Cycle Disorders and PRECAUTIONS).

Several reports have noted reversible cerebral atrophy and dementia in association with valproate therapy.

Dermatologic: Transient hair loss, skin rash, photosensitivity, generalized pruritus, erythema multiforme, and Stevens-Johnson syndrome. Rare cases of toxic epidermal necrolysis have been reported including a fatal case in a 6 month old infant taking valproate and several other concomitant medications. An additional case of toxic epidermal necrosis resulting in death was reported in a 35 year old patient with AIDS taking several concomitant medications and with a history of multiple cutaneous drug reactions.

Psychiatric: Emotional upset, depression, psychosis, aggression, hyperactivity, hostility, and behavioral deterioration.

Musculoskeletal: Weakness.

Hematologic: Thrombocytopenia and inhibition of the secondary phase of platelet aggregation may be reflected in altered bleeding time, petechia, bruising, hematoma formation, epistaxis, and frank hemorrhage (see PRECAUTIONS - General and Drug Interactions). Relative lymphocytosis, macrocytosis, hypofibrinogenemia, leukopenia, eosinophilia, anemia including macrocytic with or without folate deficiency, bone marrow suppression, pancytopenia, aplastic anemia, and acute intermittent porphyria.

Hepatic: Minor elevations of transaminases (eg, SGOT and SGPT) and LDH are frequent and appear to be dose-related. Occasionally, laboratory test results include increases in serum bilirubin and abnormal changes in other liver function tests. These results may reflect potentially serious hepatotoxicity (see WARNINGS).

Endocrine: Irregular menses, secondary amenorrhea, breast enlargement, galactorrhea, and parotid gland swelling. Abnormal thyroid function tests (see PRECAUTIONS).

There have been rare spontaneous reports of polycystic ovary disease. A cause and effect relationship has not been established.

Pancreatic: Acute pancreatitis including fatalities (see WARNINGS).

Metabolic: Hyperammonemia (see PRECAUTIONS), hyponatremia, and inappropriate ADH secretion.

There have been rare reports of Fanconi's syndrome occurring chiefly in children.

Decreased carnitine concentrations have been reported although the clinical relevance is undetermined.

Hyperglycinemia has occurred and was associated with a fatal outcome in a patient with preexistent nonketotic hyperglycinemia.

Genitourinary: Enuresis and urinary tract infection.

Special Senses: Hearing loss, either reversible or irreversible, has been reported; however, a cause and effect relationship has not been established. Ear pain has also been reported.

Other: Anaphylaxis, edema of the extremities, lupus erythematosus, bone pain, cough increased, pneumonia, otitis media, bradycardia, cutaneous vasculitis, and fever.

Mania

Although DEPAKOTE Sprinkle Capsules have not been evaluated for safety and efficacy in the treatment of manic episodes associated with bipolar disorder, the following adverse events not listed above were reported by 1% or more of patients from two placebo-controlled clinical trials of DEPAKOTE tablets.

Body as a Whole: Chills, neck pain, neck rigidity.

Cardiovascular System: Hypotension, postural hypotension, vasodilation.

Digestive System: Fecal incontinence, gastroenteritis, glossitis.

Musculoskeletal System: Arthrosis.

Nervous System: Agitation, catatonic reaction, hypokinesia, reflexes increased, tardive dyskinesia, vertigo.

Skin and Appendages: Furunculosis, maculopapular rash, seborrhea.

Special Senses: Conjunctivitis, dry eyes, eye pain.

Urogenital System: Dysuria.

Migraine

Although DEPAKOTE Sprinkle Capsules have not been evaluated for safety and efficacy in the treatment of prophylaxis of migraine headaches, the following adverse events not listed above were reported by 1% or more of patients from two placebo-controlled clinical trials of DEPAKOTE tablets.

Body as a Whole: Face edema.

Digestive System: Dry mouth, stomatitis.

Urogenital System: Cystitis, metrorrhagia, and vaginal hemorrhage.

## OVERDOSAGE

Overdosage with valproate may result in somnolence, heart block, and deep coma. Fatalities have been reported; however patients have recovered from valproate levels as high as 2120 µg/mL.

In overdose situations, the fraction of drug not bound to protein is high and hemodialysis or tandem hemodialysis plus hemoperfusion may result in significant removal of drug. The benefit of gastric lavage or emesis will vary with the time since ingestion. General supportive measures should be applied with particular attention to the maintenance of adequate urinary output.

Naloxone has been reported to reverse the CNS depressant effects of valproate overdose. Because naloxone could theoretically also reverse the antiepileptic effects of valproate, it should be used with caution in patients with epilepsy.

## DOSAGE AND ADMINISTRATION

Epilepsy

DEPAKOTE Sprinkle Capsules are administered orally. DEPAKOTE is indicated as monotherapy and adjunctive therapy in complex partial seizures in adults and pediatric patients down to the age of 10 years, and in simple and complex absence seizures. As the DEPAKOTE dosage is titrated upward, concentrations of phenobarbital, carbamazepine, and/or phenytoin may be affected (see PRECAUTIONS - Drug Interactions).

Complex Partial Seizures: For adults and children 10 years of age or older.

Monotherapy (Initial Therapy): DEPAKOTE has not been systematically studied as initial therapy. Patients should initiate therapy at 10 to 15 mg/kg/day. The dosage should be increased by 5 to 10 mg/kg/week to achieve optimal clinical response. Ordinarily, optimal clinical response is achieved at daily doses below 60 mg/kg/day. If satisfactory clinical response has not been achieved, plasma levels should be measured to determine whether or not they are in the usually accepted therapeutic range (50 to 100 µg/mL). No recommendation regarding the safety of valproate for use at doses above 60 mg/kg/day can be made.

The probability of thrombocytopenia increases significantly at total trough valproate plasma concentrations above 110 µg/mL in females and 135 µg/mL in males. The benefit of improved seizure control with higher doses should be weighed against the possibility of a greater incidence of adverse reactions.

Conversion to Monotherapy: Patients should initiate therapy at 10 to 15 mg/kg/day. The dosage should be increased by 5 to 10 mg/kg/week to achieve optimal clinical response. Ordinarily, optimal clinical response is achieved at daily doses below 60 mg/kg/day. If satisfactory clinical response has not been achieved, plasma levels should be measured to determine whether or not they are in the usually accepted therapeutic range (50 - 100 µg/mL). No recommendation regarding the safety of valproate for use at doses above 60 mg/kg/day can be made. Concomitant antiepilepsy drug (AED) dosage can ordinarily be reduced by approximately 25% every 2 weeks. This reduction may be started at initiation of DEPAKOTE therapy, or delayed by 1 to 2 weeks if there is a concern that seizures are likely to occur with a reduction. The speed and duration of withdrawal of the concomitant AED can be highly variable, and patients should be monitored closely during this period for increased seizure frequency.

Adjunctive Therapy: DEPAKOTE may be added to the patient's regimen at a dosage of 10 to 15 mg/kg/day. The dosage may be increased by 5 to 10 mg/kg/week to achieve optimal clinical response. Ordinarily, optimal clinical response is achieved at daily doses below 60 mg/kg/day. If satisfactory clinical response has not been achieved, plasma levels should be measured to determine whether or not they are in the usually accepted therapeutic range (50 to 100 µg/mL). No recommendation regarding the safety of valproate for use at doses above 60 mg/kg/day can be made. If the total daily dose exceeds 250 mg, it should be given in divided doses.

In a study of adjunctive therapy for complex partial seizures in which patients were receiving either carbamazepine or phenytoin in addition to DEPAKOTE, no adjustment of carbamazepine or phenytoin dosage was needed (see CLINICAL STUDIES). However, since valproate may interact with these or other concurrently administered AEDs as well

as other drugs (see Drug Interactions), periodic plasma concentration determinations of concomitant AEDs are recommended during the early course of therapy (see PRECAUTIONS - Drug Interactions).

Simple and Complex Absence Seizures: The recommended initial dose is 15 mg/kg/day, increasing at one week intervals by 5 to 10 mg/kg/day until seizures are controlled or side effects preclude further increases. The maximum recommended dosage is 60 mg/kg/day. If the total daily dose exceeds 250 mg, it should be given in divided doses.

A good correlation has not been established between daily dose, serum concentrations, and therapeutic effect. However, therapeutic valproate serum concentrations for most patients with absence seizures is considered to range from 50 to 100 µg/mL. Some patients may be controlled with lower or higher serum concentrations (see CLINICAL PHARMACOLOGY).

As the DEPAKOTE dosage is titrated upward, blood concentrations of phenobarbital and/or phenytoin may be affected (see PRECAUTIONS).

Antiepilepsy drugs should not be abruptly discontinued in patients in whom the drug is administered to prevent major seizures because of the strong possibility of precipitating status epilepticus with attendant hypoxia and threat to life.

In epileptic patients previously receiving DEPAKENE (valproic acid) therapy, DEPAKOTE Sprinkle Capsules should be initiated at the same daily dose and dosing schedule. After the patient is stabilized on DEPAKOTE Sprinkle Capsules, a dosing schedule of two or three times a day may be elected in selected patients.

General Dosing Advice

Dosing in Elderly Patients - Due to a decrease in unbound clearance of valproate and possibly a greater sensitivity to somnolence in the elderly, the starting dose should be reduced in these patients. Dosage should be increased more slowly and with regular monitoring for fluid and nutritional intake, dehydration, somnolence, and other adverse events. Dose reductions or discontinuation of valproate should be considered in patients with decreased food or fluid intake and in patients with excessive somnolence. The ultimate therapeutic dose should be achieved on the basis of both tolerability and clinical response (see WARNINGS).

Dose-Related Adverse Events - The frequency of adverse effects (particularly elevated liver enzymes and thrombocytopenia) may be dose-related. The probability of thrombocytopenia appears to increase significantly at total valproate concentrations of ≥ 110 µg/mL (females) or ≥ 135 µg/mL (males) (see PRECAUTIONS). The benefit of improved therapeutic effect with higher doses should be weighed against the possibility of a greater incidence of adverse reactions.

G.I. Irritation - Patients who experience G.I. irritation may benefit from administration of the drug with food or by slowly building up the dose from an initial low level.

Administration of Sprinkle Capsules - DEPAKOTE Sprinkle Capsules may be swallowed whole or may be administered by carefully opening the capsule and sprinkling the entire contents on a small amount (teaspoonful) of soft food such as applesauce or pudding. The drug/food mixture should be swallowed immediately (avoid chewing) and not stored for future use. Each capsule is oversized to allow ease of opening.

## HOW SUPPLIED

DEPAKOTE Sprinkle Capsules (divalproex sodium coated particles in capsules), 125 mg, are white opaque and blue, and are supplied in bottles of 100 (NDC 0074-6114-13) and Abbo-Pac® unit dose packages of 100 (NDC 0074-6114-11). Recommended storage: Store capsules below 77°F (25°C).

Revised: April, 2002

Ref.: 03-5202

ABBOTT LABORATORIES

NORTH CHICAGO, IL 60064, U.S.A.

PRINTED IN U.S.A.

Shown in Product Identification Guide, page 303

---

**DEPAKOTE® Tablets**
[dap´ä-coat]
DIVALPROEX SODIUM
DELAYED-RELEASE TABLETS
Rx only

R

### BOX WARNING:
HEPATOTOXICITY:
HEPATIC FAILURE RESULTING IN FATALITIES HAS OCCURRED IN PATIENTS RECEIVING VALPROIC ACID AND ITS DERIVATIVES. EXPERIENCE HAS INDICATED THAT CHILDREN UNDER THE AGE OF TWO YEARS ARE AT A CONSIDERABLY INCREASED RISK OF DEVELOPING FATAL HEPATOTOXICITY, ESPECIALLY THOSE ON MULTIPLE ANTICONVULSANTS, THOSE WITH CONGENITAL METABOLIC DISORDERS, THOSE WITH SEVERE SEIZURE DISORDERS ACCOMPANIED BY MENTAL RETARDATION, AND THOSE WITH ORGANIC BRAIN DISEASE. WHEN DEPAKOTE IS USED IN THIS PATIENT GROUP, IT SHOULD BE USED WITH EXTREME CAUTION AND AS A SOLE AGENT. THE BENEFITS OF THERAPY SHOULD BE WEIGHED AGAINST THE RISKS. ABOVE THIS AGE GROUP,

THE INCIDENCE OF FATAL HEPATOTOXICITY DE-CREASES CONSIDERABLY IN PROGRESSIVELY OLDER PATIENT GROUPS.

THESE INCIDENTS USUALLY HAVE OCCURRED DURING THE FIRST SIX MONTHS OF TREATMENT. SERIOUS OR FATAL HEPATOTOXICITY MAY BE PRECEDED BY NON-SPECIFIC SYMPTOMS SUCH AS MALAISE, WEAKNESS, LETHARGY, FACIAL EDEMA, ANOREXIA, AND VOMITING. IN PATIENTS WITH EPILEPSY, A LOSS OF SEIZURE CONTROL MAY ALSO OCCUR. PATIENTS SHOULD BE MONITORED CLOSELY FOR APPEARANCE OF THESE SYMPTOMS. LIVER FUNCTION TESTS SHOULD BE PERFORMED PRIOR TO THERAPY AND AT FREQUENT INTERVALS THEREAFTER, ESPECIALLY DURING THE FIRST SIX MONTHS.

TERATOGENICITY:
VALPROATE CAN PRODUCE TERATOGENIC EFFECTS SUCH AS NEURAL TUBE DEFECTS (E.G., SPINA BIFIDA). ACCORDINGLY, THE USE OF DEPAKOTE TABLETS IN WOMEN OF CHILDBEARING POTENTIAL REQUIRES THAT THE BENEFITS OF ITS USE BE WEIGHED AGAINST THE RISK OF INJURY TO THE FETUS. THIS IS ESPECIALLY IMPORTANT WHEN THE TREATMENT OF A SPONTANEOUSLY REVERSIBLE CONDITION NOT ORDINARILY ASSOCIATED WITH PERMANENT INJURY OR RISK OF DEATH (E.G., MIGRAINE) IS CONTEMPLATED. (See WARNINGS, INFORMATION FOR PATIENTS.

AN INFORMATION SHEET DESCRIBING THE TERATOGENIC POTENTIAL OF VALPROATE IS AVAILABLE FOR PATIENTS.

PANCREATITIS:
CASES OF LIFE-THREATENING PANCREATITIS HAVE BEEN REPORTED IN BOTH CHILDREN AND ADULTS RECEIVING VALPROATE. SOME OF THE CASES HAVE BEEN DESCRIBED AS HEMORRHAGIC WITH A RAPID PROGRESSION FROM INITIAL SYMPTOMS TO DEATH. CASES HAVE BEEN REPORTED SHORTLY AFTER INITIAL USE AS WELL AS AFTER SEVERAL YEARS OF USE. PATIENTS AND GUARDIANS SHOULD BE WARNED THAT ABDOMINAL PAIN, NAUSEA, VOMITING, AND/OR ANOREXIA CAN BE SYMPTOMS OF PANCREATITIS THAT REQUIRE PROMPT MEDICAL EVALUATION. IF PANCREATITIS IS DIAGNOSED, VALPROATE SHOULD ORDINARILY BE DISCONTINUED. ALTERNATIVE TREATMENT FOR THE UNDERLYING MEDICAL CONDITION SHOULD BE INITIATED AS CLINICALLY INDICATED. (See WARNINGS and PRECAUTIONS.)

## DESCRIPTION

Divalproex sodium is a stable co-ordination compound comprised of sodium valproate and valproic acid in a 1:1 molar relationship and formed during the partial neutralization of valproic acid with 0.5 equivalent of sodium hydroxide. Chemically it is designated as sodium hydrogen bis(2-propylpentanoate). Divalproex sodium has the following structure:

Divalproex sodium occurs as a white powder with a characteristic odor.
DEPAKOTE tablets are for oral administration. DEPAKOTE tablets are supplied in three dosage strengths containing divalproex sodium equivalent to 125 mg, 250 mg, or 500 mg of valproic acid.

Inactive Ingredients
DEPAKOTE tablets: cellulosic polymers, diacetylated monoglycerides, povidone, pregelatinized starch (contains corn starch), silica gel, talc, titanium dioxide, and vanillin. In addition, individual tablets contain:
125 mg tablets:   FD&C Blue No. 1 and FD&C Red No. 40.
250 mg tablets:   FD&C Yellow No. 6 and iron oxide.
500 mg tablets:   D&C Red No. 30, FD&C Blue No. 2, and iron oxide.

## CLINICAL PHARMACOLOGY

Pharmacodynamics
Divalproex sodium dissociates to the valproate ion in the gastrointestinal tract. The mechanisms by which valproate exerts its therapeutic effects have not been established. It has been suggested that its activity in epilepsy is related to increased brain concentrations of gamma-aminobutyric acid (GABA).

Pharmacokinetics
Absorption/Bioavailability
Equivalent oral doses of DEPAKOTE (divalproex sodium) products and DEPAKENE (valproic acid) capsules deliver

---

quantities of valproate ion systemically. Although the rate of valproate ion absorption may vary with the formulation administered (liquid, solid, or sprinkle), conditions of use (e.g., fasting or postprandial) and the method of administration (e.g., whether the contents of the capsule are sprinkled on food or the capsule is taken intact), these differences should be of minor clinical importance under the steady state conditions achieved in chronic use in the treatment of epilepsy.

However, it is possible that differences among the various valproate products in $T_{max}$ and $C_{max}$ could be important upon initiation of treatment. For example, in single dose studies, the effect of feeding had a greater influence on the rate of absorption of the tablet (increase in $T_{max}$ from 4 to 8 hours) than on the absorption of the sprinkle capsules (increase in $T_{max}$ from 3.3 to 4.8 hours).

While the absorption rate from the G.I. tract and fluctuation in valproate plasma concentrations vary with dosing regimen and formulation, the efficacy of valproate as an anticonvulsant in chronic use is unlikely to be affected. Experience employing dosing regimens from once-a-day to four-times-a-day, as well as studies in primate epilepsy models involving constant rate infusion, indicate that total daily systemic bioavailability (extent of absorption) is the primary determinant of seizure control and that differences in the ratios of plasma peak to trough concentrations between valproate formulations are inconsequential from a practical clinical standpoint. Whether or not rate of absorption influences the efficacy of valproate as an antimanic or antimigraine agent is unknown.

Co-administration of oral valproate products with food and substitution among the various DEPAKOTE and DEPAKENE formulations should cause no clinical problems in the management of patients with epilepsy (see DOSAGE AND ADMINISTRATION). Nonetheless, any changes in dosage administration, or the addition or discontinuance of concomitant drugs should ordinarily be accompanied by close monitoring of clinical status and valproate plasma concentrations.

Distribution
Protein Binding
The plasma protein binding of valproate is concentration dependent and the free fraction increases from approximately 10% at 40 $\mu$g/mL to 18.5% at 130 $\mu$g/mL. Protein binding of valproate is decreased in the elderly, in patients with chronic hepatic diseases, in patients with renal impairment, and in the presence of other drugs (e.g., aspirin). Conversely, valproate may displace certain protein-bound drugs (e.g., phenytoin, carbamazepine, warfarin, and tolbutamide). (See PRECAUTIONS, Drug Interactions for more detailed information on the pharmacokinetic interactions of valproate with other drugs.)

CNS Distribution
Valproate concentrations in cerebrospinal fluid (CSF) approximate unbound concentrations in plasma (about 10% of total concentration).

Metabolism
Valproate is metabolized almost entirely by the liver. In adult patients on monotherapy, 30-50% of an administered dose appears in urine as a glucuronide conjugate. Mitochondrial β-oxidation is the other major metabolic pathway, typically accounting for over 40% of the dose. Usually, less than 15-20% of the dose is eliminated by other oxidative mechanisms. Less than 3% of an administered dose is excreted unchanged in urine.

The relationship between dose and total valproate concentration is nonlinear; concentration does not increase proportionally with the dose, but rather, increases to a lesser extent due to saturable plasma protein binding. The kinetics of unbound drug are linear.

Elimination
Mean plasma clearance and volume of distribution for total valproate are 0.56 L/hr/1.73 m² and 11 L/1.73 m², respectively. Mean plasma clearance and volume of distribution for free valproate are 4.6 L/hr/1.73 m² and 92 L/1.73 m². Mean terminal half-life for valproate monotherapy ranged from 9 to 16 hours following oral dosing regimens of 250 to 1000 mg.

The estimates cited apply primarily to patients who are not taking drugs that affect hepatic metabolizing enzyme systems. For example, patients taking enzyme-inducing antiepileptic drugs (carbamazepine, phenytoin, and phenobarbital) will clear valproate more rapidly. Because of these changes in valproate clearance, monitoring of antiepileptic concentrations should be intensified whenever concomitant antiepileptics are introduced or withdrawn.

Special Populations
Effect of Age:
Neonates - Children within the first two months of life have a markedly decreased ability to eliminate valproate compared to older children and adults. This is a result of reduced clearance (perhaps due to delay in development of glucuronosyltransferase and other enzyme systems involved in valproate elimination) as well as increased volume of distribution (in part due to decreased plasma protein binding). For example, in one study, the half-life in children under 10 days ranged from 10 to 67 hours compared to a range of 7 to 13 hours in children greater than 2 months.
Children - Pediatric patients (i.e., between 3 months and 10 years) have 50% higher clearances expressed on weight (i.e., mL/min/kg) than do adults. Over the age of 10 years, children have pharmacokinetic parameters that approximate those of adults.

---

Elderly - The capacity of elderly patients (age range: 68 to 89 years) to eliminate valproate has been shown to be reduced compared to younger adults (age range: 22 to 26). Intrinsic clearance is reduced by 39%; the free fraction is increased by 44%. Accordingly, the initial dosage should be reduced in the elderly. (See DOSAGE AND ADMINISTRATION.)

Effect of Gender:
There are no differences in the body surface area adjusted unbound clearance between males and females (4.8±0.17 and 4.7±0.07 L/hr per 1.73 m², respectively).

Effect of Race:
The effects of race on the kinetics of valproate have not been studied.

Effect of Disease:
Liver Disease - (See BOXED WARNING, CONTRAINDICATIONS, and WARNINGS). Liver disease impairs the capacity to eliminate valproate. In one study, the clearance of free valproate was decreased by 50% in 7 patients with cirrhosis and by 16% in 4 patients with acute hepatitis, compared with 6 healthy subjects. In that study, the half-life of valproate was increased from 12 to 18 hours. Liver disease is also associated with decreased albumin concentrations and larger unbound fractions (2 to 2.6 fold increase) of valproate. Accordingly, monitoring of total concentrations may be misleading since free concentrations may be substantially elevated in patients with hepatic disease whereas total concentrations may appear to be normal.

Renal Disease - A slight reduction (27%) in the unbound clearance of valproate has been reported in patients with renal failure (creatinine clearance < 10 mL/minute); however, hemodialysis typically reduces valproate concentrations by about 20%. Therefore, no dosage adjustment appears to be necessary in patients with renal failure. Protein binding in these patients is substantially reduced; thus, monitoring total concentrations may be misleading.

Plasma Levels and Clinical Effect
The relationship between plasma concentration and clinical response is not well documented. One contributing factor is the nonlinear, concentration dependent protein binding of valproate which affects the clearance of the drug. Thus, monitoring of total serum valproate cannot provide a reliable index of the bioactive valproate species.

For example, because the plasma protein binding of valproate is concentration dependent; the free fraction increases from approximately 10% at 40 $\mu$g/mL to 18.5% at 130 $\mu$g/mL. Higher than expected free fractions occur in the elderly, in hyperlipidemic patients, and in patients with hepatic and renal diseases.

Epilepsy:
The therapeutic range in epilepsy is commonly considered to be 50 to 100 $\mu$g/mL of total valproate, although some patients may be controlled with lower or higher plasma concentrations.

Mania:
In placebo-controlled clinical trials of acute mania, patients were dosed to clinical response with trough plasma concentrations between 50 and 125 $\mu$g/mL (See DOSAGE AND ADMINISTRATION).

Clinical Trials
Mania
The effectiveness of DEPAKOTE for the treatment of acute mania was demonstrated in two 3-week, placebo controlled, parallel group studies.
(1) Study 1:  The first study enrolled adult patients who met DSM-III-R criteria for Bipolar Disorder and who were hospitalized for acute mania. In addition, they had a history of failing to respond to or not tolerating previous lithium carbonate treatment. DEPAKOTE was initiated at a dose of 250 mg tid and adjusted to achieve serum valproate concentrations in a range of 50-100 $\mu$g/mL by day 7. Mean DEPAKOTE doses for completers in this study were 1118, 1525, and 2402 mg/day at days 7, 14, and 21, respectively. Patients were assessed on the Young Mania Rating Scale (YMRS; score ranges from 0-60), an augmented Brief Psychiatric Rating Scale (BPRS-A), and the Global Assessment Scale (GAS). Baseline scores and change from baseline in the week 3 endpoint (last-observation-carry-forward) analysis were as follows:

### Study 1

| Group | YMRS Total Score | | |
| | Baseline[1] | BL to Wk 3[2] | Difference[3] |
| --- | --- | --- | --- |
| Placebo | 28.8 | +0.2 | |
| DEPAKOTE | 28.5 | -9.5 | 9.7 |

| Group | BPRS-A Total Score | | |
| | Baseline[1] | BL to Wk 3[2] | Difference[3] |
| --- | --- | --- | --- |
| Placebo | 76.2 | + 1.8 | |
| DEPAKOTE | 76.4 | -17.0 | 18.8 |

| Group | GAS Score | | |
| | Baseline[1] | BL to Wk 3[2] | Difference[3] |
| --- | --- | --- | --- |
| Placebo | 31.8 | 0.0 | |
| DEPAKOTE | 30.3 | +18.1 | 18.1 |

[1] Mean score at baseline
[2] Change from baseline to week 3 (LOCF)
[3] Difference in change from baseline to week 3 endpoint (LOCF) between DEPAKOTE and placebo

*Continued on next page*

## Depakote—Cont.

DEPAKOTE was statistically significantly superior to placebo on all three measures of outcome.

(2) Study 2: The second study enrolled adult patients who met Research Diagnostic Criteria for manic disorder and who were hospitalized for acute mania. DEPAKOTE was initiated at a dose of 250 mg tid and adjusted within a dose range of 750-2500 mg/day to achieve serum valproate concentrations in a range of 40-150 µg/ml. Mean DEPAKOTE doses for completers in this study were 1116, 1683, and 2006 mg/day at days 7, 14, and 21, respectively. Study 2 also included a lithium group for which lithium doses for completers were 1312, 1869, and 1984 mg/day at days 7, 14, and 21, respectively. Patients were assessed on the Manic Rating Scale (MRS; score ranges from 11-63), and the primary outcome measures were the total MRS score, and scores for two subscales of the MRS, i.e., the Manic Syndrome Scale (MSS) and the Behavior and Ideation Scale (BIS). Baseline scores and change from baseline in the week 3 endpoint (last-observation-carry-forward) analysis were as follows:

### Study 2

#### MRS Total Score

| Group | Baseline[1] | BL to Day 21[2] | Difference[3] |
|---|---|---|---|
| Placebo | 38.9 | -4.4 | |
| Lithium | 37.9 | -10.5 | 6.1 |
| DEPAKOTE | 38.1 | -9.5 | 5.1 |

#### MSS Total Score

| Group | Baseline[1] | BL to Day 21[2] | Difference[3] |
|---|---|---|---|
| Placebo | 18.9 | -2.5 | |
| Lithium | 18.5 | -6.2 | 3.7 |
| DEPAKOTE | 18.9 | -6.0 | 3.5 |

#### BIS Total Score

| Group | Baseline[1] | BL to Day 21[2] | Difference[3] |
|---|---|---|---|
| Placebo | 16.4 | -1.4 | |
| Lithium | 16.0 | -3.8 | 2.4 |
| DEPAKOTE | 15.7 | -3.2 | 1.8 |

[1] Mean score at baseline
[2] Change from baseline to day 21 (LOCF)
[3] Difference in change from baseline to day 21 endpoint (LOCF) between DEPAKOTE and placebo and lithium and placebo

DEPAKOTE was statistically significantly superior to placebo on all three measures of outcome. An exploratory analysis for age and gender effects on outcome did not suggest any differential responsiveness on the basis of age or gender.

A comparison of the percentage of patients showing ≥ 30% reduction in the symptom score from baseline in each treatment group, separated by study, is shown in Figure 1.



**Figure 1**
**Percentage of Patients Achieving ≥ 30% Reduction in Symptom Score From Baseline**

* p < 0.05
PBO = placebo, DVPX = DEPAKOTE

### Migraine

The results of two multicenter, randomized, double-blind, placebo-controlled clinical trials established the effectiveness of DEPAKOTE in the prophylactic treatment of migraine headache.

Both studies employed essentially identical designs and recruited patients with a history of migraine with or without aura (of at least 6 months in duration) who were experiencing at least 2 migraine headaches a month during the 3 months prior to enrollment. Patients with cluster headaches were excluded. Women of childbearing potential were excluded entirely from one study, but were permitted in the other, if they were deemed to be practicing an effective method of contraception.

In each study following a 4-week single-blind placebo baseline period, patients were randomized, under double blind conditions, to DEPAKOTE or placebo for a 12-week treatment phase, comprised of a 4-week dose titration period followed by an 8-week maintenance period. Treatment outcome was assessed on the basis of 4-week migraine headache rates during the treatment phase.

In the first study, a total of 107 patients (24 M, 83 F), ranging in age from 26 to 73 were randomized 2:1, DEPAKOTE

to placebo. Ninety patients completed the 8-week maintenance period. Drug dose titration, using 250 mg tablets, was individualized at the investigator's discretion. Adjustments were guided by actual/sham trough total serum valproate levels in order to maintain the study blind. In patients on DEPAKOTE doses ranged from 500 to 2500 mg a day. Doses over 500 mg were given in three divided doses (TID). The mean dose during the treatment phase was 1087 mg/day resulting in a mean trough total valproate level of 72.5 µg/ml, with a range of 31 to 133 µg/ml.

The mean 4-week migraine headache rate during the treatment phase was 5.7 in the placebo group compared to 3.5 in the DEPAKOTE group (see Figure 2). These rates were significantly different.

In the second study, a total of 176 patients (19 males and 157 females), ranging in age from 17 to 76 years, were randomized equally to one of three DEPAKOTE dose groups (500, 1000, or 1500 mg/day) or placebo. The treatments were given in two divided doses (BID). One-hundred thirty-seven patients completed the 8-week maintenance period. Efficacy was to be determined by a comparison of the 4-week migraine headache rate in the combined 1000/1500 mg/day group and placebo group.

The initial dose was 250 mg daily. The regimen was advanced by 250 mg every 4 days (8 days for 500 mg/day group), until the randomized dose was achieved. The mean trough total valproate levels during the treatment phase were 39.6, 62.5, and 72.5 µg/ml, in the DEPAKOTE 500, 1000, and 1500 mg/day groups, respectively.

The mean 4-week migraine headache rates during the treatment phase, adjusted for differences in baseline rates, were 4.5 in the placebo group, compared to 3.3, 3.0, and 3.3 in the DEPAKOTE 500, 1000, and 1500 mg/day groups, respectively, based on intent-to-treat results (see Figure 2). Migraine headache rates in the combined DEPAKOTE 1000/1500 mg group were significantly lower than in the placebo group.



**Figure 2**
**Mean 4-week Migraine Rates**

[1] Mean dose of DEPAKOTE was 1087 mg/day.
[2] Dose of DEPAKOTE was 500 or 1000 mg/day.

### Epilepsy

The efficacy of DEPAKOTE in reducing the incidence of complex partial seizures (CPS) that occur in isolation or in association with other seizure types was established in two controlled trials.

In one, multiclinic, placebo controlled study employing an add-on design, (adjunctive therapy) 144 patients who continued to suffer eight or more CPS per 8 weeks during an 8 week period of monotherapy with doses of either carbamazepine or phenytoin sufficient to assure plasma concentrations within the "therapeutic range" were randomized to receive, in addition to their original antiepilepsy drug (AED), either DEPAKOTE or placebo. Randomized patients were to be followed for a total of 16 weeks. The following table presents the findings.

### Adjunctive Therapy Study
**Median Incidence of CPS per 8 Weeks**

| Add-on Treatment | Number of Patients | Baseline Incidence | Experimental Incidence |
|---|---|---|---|
| DEPAKOTE | 75 | 16.0 | 8.9* |
| Placebo | 69 | 14.5 | 11.5 |

*Reduction from baseline statistically significantly greater for DEPAKOTE than placebo at p ≤ 0.05 level.

Figure 3 presents the proportion of patients (X axis) whose percentage reduction from baseline in complex partial seizure rates was at least as great as that indicated on the Y axis in the adjunctive therapy study. A positive percent reduction indicates an improvement (i.e., a decrease in seizure frequency), while a negative percent reduction indicates worsening. Thus, in a display of this type, the curve for an effective treatment is shifted to the left of the curve for placebo. This figure shows that the proportion of patients achieving any particular level of improvement was consistently higher for DEPAKOTE than for placebo. For example, 45% of patients treated with DEPAKOTE had a

≥ 50% reduction in complex partial seizure rate compared to 23% of patients treated with placebo.



**Figure 3**

The second study assessed the capacity of DEPAKOTE to reduce the incidence of CPS when administered as the sole AED. The study compared the incidence of CPS among patients randomized to either a high or low dose treatment arm. Patients qualified for entry into the randomized comparison phase of this study only if 1) they continued to experience 2 or more CPS per 4 weeks during an 8 to 12 week long period of monotherapy with adequate doses of an AED (i.e., phenytoin, carbamazepine, phenobarbital, or primidone) and 2) they made a successful transition over a two week interval to DEPAKOTE. Patients entering the randomized phase were then brought to their assigned target dose, gradually tapered off their concomitant AED and followed for an interval as long as 22 weeks. Less than 50% of the patients randomized, however, completed the study. In patients converted to DEPAKOTE monotherapy, the mean total valproate concentrations during monotherapy were 71 and 123 µg/ml in the low dose and high dose groups, respectively.

The following table presents the findings for all patients randomized who had at least one post-randomization assessment.

### Monotherapy Study
**Median Incidence of CPS per 8 Weeks**

| Treatment | Number of Patients | Baseline Incidence | Randomized Phase Incidence |
|---|---|---|---|
| High dose DEPAKOTE | 131 | 13.2 | 10.7* |
| Low dose DEPAKOTE | 134 | 14.2 | 13.8 |

*Reduction from baseline statistically significantly greater for high dose than low dose at p ≤ 0.05 level.

Figure 4 presents the proportion of patients (X axis) whose percentage reduction from baseline in complex partial seizure rates was at least as great as that indicated on the Y axis in the monotherapy study. A positive percent reduction indicates an improvement (i.e., a decrease in seizure frequency), while a negative percent reduction indicates worsening. Thus, in a display of this type, the curve for a more effective treatment is shifted to the left of the curve for a less effective treatment. This figure shows that the proportion of patients achieving any particular level of reduction was consistently higher for high dose DEPAKOTE than for low dose DEPAKOTE. For example, when switching from carbamazepine, phenytoin, phenobarbital or primidone monotherapy to high dose DEPAKOTE monotherapy, 63% of patients experienced no change or a reduction in complex partial seizure rates compared to 54% of patients receiving low dose DEPAKOTE.

**Figure 4**

### INDICATIONS AND USAGE

#### Mania

DEPAKOTE (divalproex sodium) is indicated for the treatment of the manic episodes associated with bipolar disorder. A manic episode is a distinct period of abnormally and persistently elevated, expansive, or irritable mood. Typical symptoms of mania include pressure of speech, motor hyperactivity, reduced need for sleep, flight of ideas, grandiosity, poor judgement, aggressiveness, and possible hostility.

The safety and effectiveness of DEPAKOTE for long-term use in mania, i.e., more than 3 weeks, has not been systematically evaluated in controlled clinical trials. Therefore, physicians who elect to use DEPAKOTE for extended periods should continually reevaluate the long-term usefulness of the drug for the individual patient.

**Epilepsy**

DEPAKOTE (divalproex sodium) is indicated as monotherapy and adjunctive therapy in the treatment of patients with complex partial seizures that occur either in isolation or in association with other types of seizures. DEPAKOTE (divalproex sodium) is also indicated for use as sole and adjunctive therapy in the treatment of simple and complex absence seizures, and adjunctively in patients with multiple seizure types that include absence seizures.

Simple absence is defined as very brief clouding of the sensorium or loss of consciousness accompanied by certain generalized epileptic discharges without other detectable clinical signs. Complex absence is the term used when other signs are also present.

**Migraine**

DEPAKOTE is indicated for prophylaxis of migraine headaches. There is no evidence that DEPAKOTE is useful in the acute treatment of migraine headaches. Because valproic acid may be a hazard to the fetus, DEPAKOTE should be considered for women of childbearing potential only after this risk has been thoroughly discussed with the patient and weighed against the potential benefits of treatment (see WARNINGS—Usage In Pregnancy, PRECAUTIONS - Information for Patients).

SEE WARNINGS FOR STATEMENT REGARDING FATAL HEPATIC DYSFUNCTION.

**CONTRAINDICATIONS**

DIVALPROEX SODIUM SHOULD NOT BE ADMINISTERED TO PATIENTS WITH HEPATIC DISEASE OR SIGNIFICANT HEPATIC DYSFUNCTION.

Divalproex sodium is contraindicated in patients with known hypersensitivity to the drug.

Divalproex sodium is contraindicated in patients with known urea cycle disorders (see WARNINGS).

**WARNINGS**

**Hepatotoxicity**

Hepatic failure resulting in fatalities has occurred in patients receiving valproic acid. These incidents usually have occurred during the first six months of treatment. Serious or fatal hepatotoxicity may be preceded by non-specific symptoms such as malaise, weakness, lethargy, facial edema, anorexia, and vomiting. In patients with epilepsy, a loss of seizure control may also occur. Patients should be monitored closely for appearance of these symptoms. Liver function tests should be performed prior to therapy and at frequent intervals thereafter, especially during the first six months. However, physicians should not rely totally on serum biochemistry since these tests may not be abnormal in all instances, but should also consider the results of careful interim medical history and physical examination. Caution should be observed when administering DEPAKOTE to patients with a prior history of hepatic disease. Patients on multiple anticonvulsants, children, those with congenital metabolic disorders, those with severe seizure disorders accompanied by mental retardation, and those with organic brain disease may be at particular risk. Experience has indicated that children under the age of two years are at a considerably increased risk of developing fatal hepatotoxicity, especially those with the aforementioned conditions. When DEPAKOTE is used in this patient group, it should be used with extreme caution and as a sole agent. The benefits of therapy should be weighed against the risks. Above this age group, experience in epilepsy has indicated that the incidence of fatal hepatotoxicity decreases considerably in progressively older patient groups.

The drug should be discontinued immediately in the presence of significant hepatic dysfunction, suspected or apparent. In some cases, hepatic dysfunction has progressed in spite of discontinuation of drug.

**Pancreatitis**

Cases of life-threatening pancreatitis have been reported in both children and adults receiving valproate. Some of the cases have been described as hemorrhagic with rapid progression from initial symptoms to death. Some cases have occurred shortly after initial use as well as after several years of use. The rate based upon the reported cases exceeds that expected in the general population and there have been cases in which pancreatitis recurred after rechallenge with valproate. In clinical trials, there were 2 cases of pancreatitis without alternative etiology in 2416 patients, representing 1044 patient-years experience. Patients and guardians should be warned that abdominal pain, nausea, vomiting, and/or anorexia can be symptoms of pancreatitis that require prompt medical evaluation. If pancreatitis is diagnosed, valproate should ordinarily be discontinued. Alternative treatment for the underlying medical condition should be initiated as clinically indicated (see BOXED WARNING).

**Urea Cycle Disorders (UCD)**

Hyperammonemic encephalopathy, sometimes fatal, has been reported following initiation of valproate therapy in patients with urea cycle disorders, a group of uncommon ge-

netic abnormalities, particularly ornithine transcarbamylase deficiency. Prior to the initiation of valproate therapy, evaluation for UCD should be considered in the following patients: 1) those with a history of unexplained encephalopathy or coma, encephalopathy associated with a protein load, pregnancy-related or postpartum encephalopathy, unexplained mental retardation, or history of elevated plasma ammonia or glutamine; 2) those with cyclical vomiting and lethargy, episodic extreme irritability, ataxia, low BUN, or protein avoidance; 3) those with a family history of UCD or a family history of unexplained infant deaths (particularly males); 4) those with other signs or symptoms of UCD. Patients who develop symptoms of unexplained hyperammonemic encephalopathy while receiving valproate therapy should receive prompt treatment (including discontinuation of valproate therapy) and be evaluated for underlying urea cycle disorders (see PRECAUTIONS).

**Somnolence in the Elderly**

In a double-blind, multicenter trial of valproate in elderly patients with dementia (mean age = 83 years), doses were increased by 125 mg/day to a target dose of 20 mg/kg/day. A significantly higher proportion of valproate patients had somnolence compared to placebo, and although not statistically significant, there was a higher proportion of patients with dehydration. Discontinuations for somnolence were also significantly higher than with placebo. In some patients with somnolence (approximately one-half), there was associated reduced nutritional intake and weight loss. There was a trend for the patients who experienced these events to have a lower baseline albumin concentration, lower valproate clearance, and a higher BUN. In elderly patients, dosage should be increased more slowly and with regular monitoring for fluid and nutritional intake, dehydration, somnolence, and other adverse events. Dose reductions or discontinuation of valproate should be considered in patients with decreased food or fluid intake and in patients with excessive somnolence (see DOSAGE and ADMINISTRATION).

**Thrombocytopenia**

The frequency of adverse effects (particularly elevated liver enzymes and thrombocytopenia (see PRECAUTIONS)) may be dose-related. In a clinical trial of DEPAKOTE as monotherapy in patients with epilepsy, 34/126 patients (27%) receiving approximately 50 mg/kg/day on average, had at least one value of platelets $\le 75 \times 10^9$/L. Approximately half of these patients had treatment discontinued, with return of platelet counts to normal. In the remaining patients, platelet counts normalized with continued treatment. In this study, the probability of thrombocytopenia appeared to increase significantly at total valproate concentrations of $\ge 110$ μg/mL (females) or $\ge 135$ μg/mL (males). The therapeutic benefit which may accompany the higher doses should therefore be weighed against the possibility of a greater incidence of adverse effects.

**Usage in Pregnancy**

ACCORDING TO PUBLISHED AND UNPUBLISHED REPORTS, VALPROIC ACID MAY PRODUCE TERATOGENIC EFFECTS IN THE OFFSPRING OF HUMAN FEMALES RECEIVING THE DRUG DURING PREGNANCY. THERE ARE MULTIPLE REPORTS IN THE CLINICAL LITERATURE WHICH INDICATE THAT THE USE OF ANTIEPILEPTIC DRUGS DURING PREGNANCY RESULTS IN AN INCREASED INCIDENCE OF BIRTH DEFECTS IN THE OFFSPRING. ALTHOUGH DATA ARE MORE EXTENSIVE WITH RESPECT TO TRIMETHADIONE, PARAMETHADIONE, PHENYTOIN, AND PHENOBARBITAL, REPORTS INDICATE A POSSIBLE SIMILAR ASSOCIATION WITH THE USE OF OTHER ANTIEPILEPTIC DRUGS. THEREFORE, ANTIEPILEPTIC DRUGS SHOULD BE ADMINISTERED TO WOMEN OF CHILDBEARING POTENTIAL ONLY IF THEY ARE CLEARLY SHOWN TO BE ESSENTIAL IN THE MANAGEMENT OF THEIR SEIZURES.

THE INCIDENCE OF NEURAL TUBE DEFECTS IN THE FETUS MAY BE INCREASED IN MOTHERS RECEIVING VALPROATE DURING THE FIRST TRIMESTER OF PREGNANCY. THE CENTERS FOR DISEASE CONTROL (CDC) HAS ESTIMATED THE RISK OF VALPROIC ACID EXPOSED WOMEN HAVING CHILDREN WITH SPINA BIFIDA TO BE APPROXIMATELY 1 TO 2%.

OTHER CONGENITAL ANOMALIES (EG, CRANIOFACIAL DEFECTS, CARDIOVASCULAR MALFORMATIONS AND ANOMALIES INVOLVING VARIOUS BODY SYSTEMS), COMPATIBLE AND INCOMPATIBLE WITH LIFE, HAVE BEEN REPORTED. SUFFICIENT DATA TO DETERMINE THE INCIDENCE OF THESE CONGENITAL ANOMALIES IS NOT AVAILABLE.

THE HIGHER INCIDENCE OF CONGENITAL ANOMALIES IN ANTIEPILEPTIC DRUG-TREATED WOMEN WITH SEIZURE DISORDERS CANNOT BE REGARDED AS A CAUSE AND EFFECT RELATIONSHIP. THERE ARE INTRINSIC METHODOLOGICAL PROBLEMS IN OBTAINING ADEQUATE DATA ON DRUG TERATOGENICITY IN HUMANS; GENETIC FACTORS OR THE EPILEPTIC CONDITION ITSELF, MAY BE MORE IMPORTANT THAN DRUG THERAPY IN CONTRIBUTING TO CONGENITAL ANOMALIES.

PATIENTS TAKING VALPROATE MAY DEVELOP CLOTTING ABNORMALITIES. A PATIENT WHO HAD LOW FIBRINOGEN WHEN TAKING MULTIPLE ANTICONVULSANTS INCLUDING VALPROATE GAVE BIRTH TO AN INFANT WITH AFIBRINOGENEMIA WHO SUBSEQUENTLY DIED OF HEMORRHAGE. IF VALPROATE IS USED IN PREGNANCY, THE CLOTTING PARAMETERS SHOULD BE MONITORED CAREFULLY.

HEPATIC FAILURE, RESULTING IN THE DEATH OF A NEWBORN AND OF AN INFANT, HAVE BEEN REPORTED FOLLOWING THE USE OF VALPROATE DURING PREGNANCY.

Animal studies have demonstrated valproate-induced teratogenicity. Increased frequencies of malformations, as well as intrauterine growth retardation and death, have been observed in mice, rats, rabbits, and monkeys following prenatal exposure to valproate. Malformations of the skeletal system are the most common structural abnormalities produced in experimental animals, but neural tube closure defects have been seen in mice exposed to maternal plasma valproate concentrations exceeding 230 μg/mL (2.3 times the upper limit of the human therapeutic range) during susceptible periods of embryonic development. Administration of an oral dose of 200 mg/kg/day or greater (50% of the maximum human daily dose or greater on a mg/m² basis) to pregnant rats during organogenesis produced malformations (skeletal, cardiac, and urogenital) and growth retardation in the offspring. These doses resulted in peak maternal plasma valproate levels of approximately 340 μg/mL or greater (3.4 times the upper limit of the human therapeutic range or greater). Behavioral deficits have been reported in the offspring of rats given a dose of 200 mg/kg/day throughout most of pregnancy. An oral dose of 350 mg/kg/day (approximately 2 times the maximum human daily dose on a mg/m² basis) produced skeletal and visceral malformations in rabbits exposed during organogenesis. Skeletal malformations, growth retardation, and death were observed in rhesus monkeys following administration of an oral dose of 200 mg/kg/day (equal to the maximum human daily dose on a mg/m² basis) during organogenesis. This dose resulted in peak maternal plasma valproate levels of approximately 280 μg/mL (2.8 times the upper limit of the human therapeutic range).

The prescribing physician will wish to weigh the benefits of therapy against the risks in treating or counseling women of childbearing potential. If this drug is used during pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential hazard to the fetus.

Antiepileptic drugs should not be discontinued abruptly in patients in whom the drug is administered to prevent major seizures because of the strong possibility of precipitating status epilepticus with attendant hypoxia and threat to life. In individual cases where the severity and frequency of the seizure disorder are such that the removal of medication does not pose a serious threat to the patient, discontinuation of the drug may be considered prior to and during pregnancy, although it cannot be said with any confidence that even minor seizures do not pose some hazard to the developing embryo or fetus.

Tests to detect neural tube and other defects using current accepted procedures should be considered a part of routine prenatal care in childbearing women receiving valproate.

**PRECAUTIONS**

**Hepatic Dysfunction**

See BOXED WARNING, CONTRAINDICATIONS and WARNINGS.

**Pancreatitis**

See BOXED WARNING and WARNINGS.

**Hyperammonemia**

Hyperammonemia has been reported in association with valproate therapy and may be present despite normal liver function tests. In patients who develop unexplained lethargy and vomiting or changes in mental status, hyperammonemic encephalopathy should be considered and an ammonia level should be measured. If ammonia is increased, valproate therapy should be discontinued. Appropriate interventions for treatment of hyperammonemia should be initiated, and such patients should undergo investigation for underlying urea cycle disorders (see WARNINGS – Urea Cycle Disorders).

Asymptomatic elevations of ammonia are more common and when present, require close monitoring of plasma ammonia levels. If the elevation persists, discontinuation of valproate therapy should be considered.

**General**

Because of reports of thrombocytopenia (see WARNINGS), inhibition of the secondary phase of platelet aggregation, and abnormal coagulation parameters, (e.g., low fibrinogen), platelet counts and coagulation tests are recommended before initiating therapy and at periodic intervals. It is recommended that patients receiving DEPAKOTE be monitored for platelet count and coagulation parameters prior to planned surgery. In a clinical trial of DEPAKOTE as monotherapy in patients with epilepsy, 34/126 patients (27%) receiving approximately 50 mg/kg/day on average, had at least one value of platelets $\le 75 \times 10^9$/L. Approximately half of these patients had treatment discontinued, with return of platelet counts to normal. In the remaining patients, platelet counts normalized with continued treatment. In this study, the probability of thrombocytopenia appeared to increase significantly at total valproate concentrations of $\ge 110$ μg/mL (females) or $\ge 135$ μg/mL (males). Evidence of hemorrhage, bruising, or a disorder of hemostasis/coagulation is an indication for reduction of the dosage or withdrawal of therapy.

Since DEPAKOTE may interact with concurrently administered drugs which are capable of enzyme induction, periodic

*Continued on next page*

SK REFE...

**Table: Estimates of the Incidence (%) of ... Healing Over Time for Study 2**

| | REGRANEX Gel 0.01% (%) | Placebo Gel (%) |
|---|---|---|
| ...k 2 | 1 | 0 |
| ...k 4 | 6 | 2 |
| ...k 6 | 9 | 6 |
| ...k 8 | 16 | 14 |
| ...k 10 | 23 | 18 |
| ...k 12 | 34 | 25 |
| ...k 14 | 37 | 28 |
| ...k 16 | 43 | 33 |
| ...k 18 | 46 | 34 |
| ...k 20 | 50 | 37 |

In a sixth month follow-up period where no standardized regimen of preventative care was utilized, the incidence of ulcer recurrence was approximately 30% in all treatment groups, suggesting that the durability of ulcer closure was comparable across all treatment groups.

The efficacy of REGRANEX Gel for the treatment of pressure ulcers is under evaluation.

**INDICATIONS AND USAGE**

REGRANEX Gel is indicated for the treatment of lower extremity diabetic neuropathic ulcers that extend into the subcutaneous tissue or beyond and have an adequate blood supply. When used as an adjunct to, and not a substitute for, good ulcer care practices including initial sharp debridement, pressure relief and infection control, REGRANEX Gel increases the incidence of complete healing of diabetic ulcers.

The efficacy of REGRANEX Gel for the treatment of diabetic neuropathic ulcers that do not extend through the dermis into subcutaneous tissue (Stage I or II, IAET staging classification) or ischemic diabetic ulcers has not been studied.

**CONTRAINDICATIONS**

REGRANEX Gel is contraindicated in patients with:
- known hypersensitivity to any component of this product (e.g., parabens); or
- known neoplasm(s) at the site(s) of application.

**WARNINGS**

REGRANEX (becaplermin) Gel is a non-sterile, low bioburden preserved product. Therefore, it should not be used in wounds that close by primary intention.

**PRECAUTIONS**

For external use only.

If application site reactions occur, the possibility of sensitization or irritation caused by parabens or m-cresol should be considered.

The effects of becaplermin on exposed joints, tendons, ligaments, and bone have not been established in humans. In preclinical studies, rats injected at the metatarsals with 3 to 10 μg/site (approximately 60 or 200 μg/kg) of becaplermin every other day for 13 days displayed histological changes indicative of accelerated bone remodeling consisting of periosteal hyperplasia and subperiosteal bone resorption and fibrosis. The soft tissue adjacent to the injection site had dysplasia with accompanying mononuclear cell infiltration indicative of the ability of PDGF to stimulate connective tissue growth.

**Information for Patients**

Patients should be advised that:

- Hands should be washed thoroughly before applying REGRANEX Gel;
- the tip of the tube should not come into contact with the ulcer or any other surface; the tube should be recapped tightly after each use;
- a cotton swab, tongue depressor, or other application aid should be used to apply REGRANEX Gel;
- REGRANEX Gel should only be applied once a day in a carefully measured quantity (see Dosage and Administration section). The measured quantity of gel should be spread evenly over the ulcerated area to yield a thin continuous layer of approximately 1/16 of an inch thickness. The measured length of the gel to be squeezed from the tube should be adjusted according to the size of the ulcer. The amount of REGRANEX Gel to be applied daily should be recalculated at weekly or biweekly intervals by the physician or wound care giver;

Step-by-step instructions for application of REGRANEX Gel are as follows:

- Squeeze the calculated length of gel on to a clean, firm, non-absorbable surface, e.g., wax paper.
- With a clean cotton swab, tongue depressor, or similar application aid, spread the measured REGRANEX Gel over the ulcer surface to obtain an even layer.
- Cover with a saline moistened gauze dressing.
- After approximately 12 hours, the ulcer should be gently rinsed with saline or water to remove residual gel and covered with a saline-moistened gauze dressing (without REGRANEX Gel);

It is important to use REGRANEX Gel together with a good ulcer care program, including a strict non-weight-bearing program;

Excess application of REGRANEX Gel has not been shown to be beneficial.

---

- REGRANEX Gel should be stored in the refrigerator. Do not freeze REGRANEX Gel;
- REGRANEX Gel should not be used after the expiration date on the bottom, crimped end of the tube.

**Drug Interactions**

It is not known if REGRANEX Gel interacts with other topical medications applied to the ulcer site. The use of REGRANEX Gel with other topical drugs has not been studied.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

Becaplermin was not genotoxic in a battery of in vitro assays, (including those for bacterial and mammalian cell point mutation, chromosomal aberration, and DNA damage/repair). Becaplermin was also not mutagenic in an in vivo assay for the induction of micronuclei in mouse bone marrow cells.

Carcinogenesis and reproductive toxicity studies have not been conducted with REGRANEX Gel.

**Pregnancy: Category C**

Animal reproduction studies have not been conducted with REGRANEX Gel. It is also not known whether REGRANEX Gel can cause fetal harm when administered to a pregnant woman or can affect reproductive capacity. REGRANEX Gel should be given to pregnant women only if clearly needed.

**Nursing Mothers**

It is not known whether becaplermin is excreted in human milk. Because many drugs are secreted in human milk, caution should be exercised when REGRANEX Gel is administered to nursing women.

**Pediatric Use**

Safety and effectiveness of REGRANEX Gel in pediatric patients below the age of 16 years have not been established.

**ADVERSE REACTIONS**

Patients receiving REGRANEX Gel, placebo gel, and good ulcer care alone had a similar incidence of ulcer-related adverse events such as infection, cellulitis, or osteomyelitis. However, erythematous rashes occurred in 2% of patients treated with REGRANEX Gel and placebo, and none in patients receiving good ulcer care alone. The incidence of cardiovascular, respiratory, musculoskeletal and central and peripheral nervous system disorders was not different across all treatment groups. Mortality rates were also similar across all treatment groups. Patients treated with REGRANEX Gel did not develop neutralizing antibodies against becaplermin.

**DOSAGE AND ADMINISTRATION**

The amount of REGRANEX Gel to be applied will vary depending upon the size of the ulcer area. To calculate the length of gel to apply to the ulcer, measure the greatest length of the ulcer by the greatest width of the ulcer in either inches or centimeters. To calculate the length of gel in inches, use the formula shown below in Table 2, and to calculate the length of gel in centimeters, use the formula shown below in Table 3.

**Table 2: Formula to Calculate Length of Gel in Inches to be Applied Daily**

INCHES

| Tube Size | Formula |
|---|---|
| 15 or 7.5 g tube | length × width × 0.6 |
| 2 g tube | length × width × 1.3 |

Using the calculation, each square inch of ulcer surface will require approximately 2/3 inch length of gel squeezed from a 15g or 7.5g tube, or approximately 1¼/3 inch length of the gel from a 2g tube. For example, if the ulcer measures 1 inch by 2 inches, then a 1¼ inch length of gel should be used for 15g or 7.5g tubes (1 × 2 × 0.6 = 1¼) and 2¾ inch gel length should be used for 2g tube (1 × 2 × 1.3 = 2¾).

**Table 3: Formula to Calculate Length of Gel in Centimeters to be Applied Daily**

CENTIMETERS

| Tube Size | Formula |
|---|---|
| 15 or 7.5 g tube | length × width ÷ 4 |
| 2 g tube | length × width ÷ 2 |

Using the calculations for ulcer size in centimeters, each square centimeter of ulcer surface will require approximately a 0.25 centimeter length of gel squeezed from a 15g or 7.5g tube, or approximately a 0.5 centimeter length of gel from a 2g tube. For example, if the ulcer measures 4 cm by 2 cm, then a 2 centimeter length of gel should be used for 15g or 7.5g tube [(4 × 2) ÷ 4 = 2] and a 4 centimeter length of gel should be used for 2g tube [(4 × 2) ÷ 2 = 4].

The amount of REGRANEX Gel to be applied should be recalculated by the physician or wound care giver at weekly or biweekly intervals depending on the rate of change in ulcer area. The weight of REGRANEX Gel from 7.5g and 15g tubes is 0.65g per inch length and 0.25g per centimeter length.

To apply REGRANEX Gel, the calculated length of gel should be squeezed on to a clean measuring surface, e.g., wax paper. The measured REGRANEX Gel is transferred from the clean measuring surface using an application aid and then spread over the entire ulcer area to yield a thin continuous layer of approximately 1/16 of an inch thickness. The site(s) of application should then be covered by a saline moistened dressing and left in place for approximately 12 hours. The dressing should then be removed and the ulcer rinsed with saline or water to remove residual gel and covered again with a second moist dressing (without REGRANEX Gel) for the remainder of the day. REGRANEX Gel should be applied once daily to the ulcer until complete healing has occurred. If the ulcer does not decrease in size

---

by approximately 30% after 10 weeks of treatment or complete healing has not occurred in 20 weeks, continued treatment with REGRANEX Gel should be reassessed. The step-by-step instructions for applying REGRANEX Gel for home administration are described under "Information for Patients".

**HOW SUPPLIED**

REGRANEX (becaplermin) Gel, supplied as a clear, colorless to straw-colored preserved gel containing 100μg of becaplermin per gram of gel, is available in multi-use tubes in the following sizes:

| 2g tubes | NDC 0045-0810-02 |
| 7.5g tubes | NDC 0045-0810-07 |
| 15g tubes | NDC 0045-0810-15 |

REGRANEX Gel is for external use only.

**Storage**

Store refrigerated, 2–8° F (36–46° F). DO NOT FREEZE. DO NOT USE THE GEL AFTER THE EXPIRATION DATE AT THE BOTTOM OF THE TUBE.

U.S. Patent #5,457,093
Distributed by
OMP DIVISION
ORTHO-McNEIL
PHARMACEUTICAL, INC.
Raritan, New Jersey 08869
Manufactured by
OMJ Pharmaceuticals, Inc.
U.S. License No. 1196
San German, Puerto Rico 00683
Becaplermin Concentrate provided by: Chiron Corp.,
U.S. License No. 1106, Emeryville, CA 94608
©OMP 1998     Revised March 1999     635-10-240-3

Shown in Product Identification Guide, page 328

**TOPAMAX®**
[tō ´-p·ă-măx]
(topiramate)
Tablets
**TOPAMAX®**
(topiramate capsules)
Sprinkle Capsules
Prescribing Information

**DESCRIPTION**

Topiramate is a sulfamate-substituted monosaccharide that is intended for use as an antiepileptic drug. TOPAMAX® (topiramate) Tablets are available as 25 mg, 100 mg, and 200 mg round tablets for oral administration. TOPAMAX® (topiramate capsules) Sprinkle Capsules are available as 15 mg and 25 mg sprinkle capsules for oral administration as whole capsules or opened and sprinkled onto soft food. Topiramate is a white crystalline powder with a bitter taste. Topiramate is most soluble in alkaline solutions containing sodium hydroxide or sodium phosphate and having a pH of 9 to 10. It is freely soluble in acetone, chloroform, dimethylsulfoxide, and ethanol. The solubility in water is 9.8 mg/mL. Its saturated solution has a pH of 6.3. Topiramate has the molecular formula $C_{12}H_{21}NO_8S$ and a molecular weight of 339.37. Topiramate is designated chemically as 2,3:4,5-Di-O-isopropylidene-β-D-fructopyranose sulfamate and has the following structural formula:



TOPAMAX® (topiramate) Tablets contain the following inactive ingredients: lactose monohydrate, pregelatinized starch, microcrystalline cellulose, sodium starch glycolate, magnesium stearate, purified water, carnauba wax, hydroxypropyl methylcellulose, titanium dioxide, polyethylene glycol, synthetic iron oxide (100 and 200 mg tablets) and polysorbate 80.

TOPAMAX® (topiramate capsules) Sprinkle Capsules contain topiramate coated beads in a hard gelatin capsule. The inactive ingredients are: sugar spheres (sucrose and starch), povidone, cellulose acetate, gelatin, silicone dioxide, sodium lauryl sulfate, titanium dioxide, and black pharmaceutical ink.

**CLINICAL PHARMACOLOGY**

**Mechanism of Action:**

The precise mechanism by which topiramate exerts its antiseizure effect is unknown; however, electrophysiological and biochemical studies of the effects of topiramate on cultured neurons have revealed three properties that may contribute to topiramate's antiepileptic efficacy. First, action potentials elicited repetitively by a sustained depolarization of the neurons are blocked by topiramate in a time-dependent manner, suggestive of a state-dependent sodium channel blocking action. Second, topiramate increases the frequency at which γ-aminobutyrate (GABA) activates GABAₐ receptors, and enhances the ability of GABA to induce a flux of chloride ions into neurons, suggesting that topiramate potentiates the activity of this inhibitory neurotransmitter. This effect was not blocked by flumazenil, a benzodiazepine antagonist, nor did topiramate increase the duration of the

Continued on next page

## Topamax—Cont.

channel open time; differentiating topiramate from barbiturates that modulate $GABA_A$ receptors. Third, topiramate antagonizes the ability of kainate to activate the kainate/AMPA ($\alpha$-amino-3-hydroxy-5-methylisoxazole-4-propionic acid; non-NMDA) subtype of excitatory amino acid (glutamate) receptor, but has no apparent effect on the activity of N-methyl-D-aspartate (NMDA) at the NMDA receptor subtype. These effects of topiramate are concentration-dependent within the range of 1 $\mu$M to 200 $\mu$M.

Topiramate also inhibits some isoenzymes of carbonic anhydrase (CA-II and CA-IV). This pharmacologic effect is generally weaker than that of acetazolamide, a known carbonic anhydrase inhibitor, and is not thought to be a major contributing factor to topiramate's antiepileptic activity.

### Pharmacodynamics:

Topiramate has anticonvulsant activity in rat and mouse maximal electroshock seizure (MES) tests. Topiramate is only weakly effective in blocking clonic seizures induced by the $GABA_A$ receptor antagonist, pentylenetetrazole. Topiramate is also effective in rodent models of epilepsy, which include tonic and absence-like seizures in the spontaneous epileptic rat (SER) and tonic and clonic seizures induced in rats by kindling of the amygdala or by global ischemia.

### Pharmacokinetics:

The sprinkle formulation is bioequivalent to the immediate release tablet formulation and, therefore, may be substituted as a therapeutic equivalent.

Absorption of topiramate is rapid, with peak plasma concentrations occurring at approximately 2 hours following a 400 mg oral dose. The relative bioavailability of topiramate from the tablet formulation is about 80% compared to a solution. The bioavailability of topiramate is not affected by food.

The pharmacokinetics of topiramate are linear with dose proportional increases in plasma concentration over the dose range studied (200 to 800 mg/day). The mean plasma elimination half-life is 21 hours after single or multiple doses. Steady state is thus reached in about 4 days in patients with normal renal function. Topiramate is 13–17% bound to human plasma proteins over the concentration range of 1–250 $\mu$g/mL.

### Metabolism and Excretion:

Topiramate is not extensively metabolized and is primarily eliminated unchanged in the urine (approximately 70% of an administered dose). Six metabolites have been identified in humans, none of which constitutes more than 5% of an administered dose. The metabolites are formed via hydroxylation, hydrolysis, and glucuronidation. There is evidence of renal tubular reabsorption of topiramate. In rats, given probenecid to inhibit tubular reabsorption, along with topiramate, a significant increase in renal clearance of topiramate was observed. This interaction has not been evaluated in humans. Overall, oral plasma clearance (CL/F) is approximately 20 to 30 mL/min in humans following oral administration.

### Pharmacokinetic Interactions (see also Drug Interactions):

**Antiepileptic Drugs**

Potential interactions between topiramate and standard AEDs were assessed in controlled clinical pharmacokinetic studies in patients with epilepsy. The effect of these interactions on mean plasma AUCs are summarized under PRECAUTIONS (Table 3).

### Special Populations:

**Renal Impairment:**

The clearance of topiramate was reduced by 42% in moderately renally impaired (creatinine clearance 30–69 mL/min/$1.73m^2$) and by 54% in severely renally impaired subjects (creatinine clearance <30 mL/min/$1.73m^2$) compared to normal renal function subjects (creatinine clearance >70 mL/min/$1.73m^2$). Since topiramate is presumed to undergo significant tubular reabsorption, it is uncertain whether this experience can be generalized to all situations of renal impairment. It is conceivable that some forms of renal disease could differentially affect glomerular filtration rate and tubular reabsorption resulting in a clearance of topiramate not predicted by creatinine clearance. In general, however, use of one-half the usual dose is recommended in patients with moderate or severe renal impairment.

**Hemodialysis:**

Topiramate is cleared by hemodialysis. Using a high efficiency, counterflow, single pass-dialysate hemodialysis procedure, topiramate dialysis clearance was 120 mL/min with blood flow through the dialyzer at 400 mL/min. This high clearance (compared to 20–30 mL/min total oral clearance in healthy adults) will remove a clinically significant amount of topiramate from the patient over the hemodialysis treatment period. Therefore, a supplemental dose may be required (see DOSAGE AND ADMINISTRATION).

**Hepatic Impairment:**

In hepatically impaired subjects, the clearance of topiramate may be decreased; the mechanism underlying the decrease is not well understood.

**Age, Gender, and Race:**

Clearance of topiramate in adults was not affected by age (18–67 years), gender, or race.

**Pediatric Pharmacokinetics:**

Pharmacokinetics of topiramate were evaluated in patients ages 4 to 17 years receiving one or two other antiepileptic drugs. Pharmacokinetic profiles were obtained after one week at doses of 1, 3, and 9 mg/kg/day. Clearance was independent of dose.

Pediatric patients have a 50% higher clearance and consequently shorter elimination half-life than adults. Consequently, the plasma concentration for the same mg/kg dose may be lower in pediatric patients compared to adults. As in adults, hepatic enzyme-inducing antiepileptic drugs decrease the steady state plasma concentrations of topiramate.

### CLINICAL STUDIES

The results of controlled clinical trials established the efficacy of TOPAMAX® (topiramate) as adjunctive therapy in adults and pediatric patients ages 2–16 years with partial onset seizures or primary generalized tonic-clonic seizures, and in patients 2 years of age and older with seizures associated with Lennox-Gastaut syndrome.

The studies described in the following sections were conducted using TOPAMAX® (topiramate) Tablets.

**Controlled Trials in Patients With Partial Onset Seizures**

**Adults With Partial Onset Seizures**

The effectiveness of topiramate as an adjunctive treatment for adults with partial onset seizures was established in five

### Table 1: Topiramate Dose Summary During the Stabilization Periods of Each of Five Double-Blind, Placebo-Controlled, Add-On Trials in Adults with Partial Onset Seizures[b]

| Protocol | Stabilization Dose | Placebo[a] | 200 | 400 | 600 | 800 | 1,000 |
|---|---|---|---|---|---|---|---|
| YD | N | 42 | 42 | 40 | 41 | — | — |
| | Mean Dose | | 5.9 | 200 | 390 | 556 | — |
| | Median Dose | | 6.0 | 200 | 390 | 600 | — |
| YE | N | 44 | — | — | 40 | 45 | 40 |
| | Mean Dose | | 9.7 | — | — | 544 | 739 | 796 |
| | Median Dose | | 10.0 | — | — | 600 | 800 | 1,000 |
| Y1 | N | 23 | — | 19 | — | — | — |
| | Mean Dose | | 3.8 | — | 395 | — | — | — |
| | Median Dose | | 4.0 | — | 400 | — | — | — |
| Y2 | N | 30 | — | — | 28 | — | — |
| | Mean Dose | | 5.7 | — | — | 522 | — | — |
| | Median Dose | | 6.0 | — | — | 600 | — | — |
| Y3 | N | 28 | — | — | — | 25 | — |
| | Mean Dose | | 7.9 | — | — | — | 568 | — |
| | Median Dose | | 8.0 | — | — | — | 600 | — |

[a] Placebo dosages are given as the number of tablets. Placebo target dosages were as follows: Protocol Y1, 4 tablets/day; Protocols YD and Y2, 6 tablets/day; Protocol Y3, 8 tablets/day; Protocol YE, 10 tablets/day.
[b] Dose-response studies were not conducted for other indications or pediatric partial onset seizures.

### Table 2: Efficacy Results in Double-Blind, Placebo-Controlled, Add-On Trials

| Protocol | Efficacy Results | Placebo | 200 | 400 | 600 | 800 | 1,000 | ~6 mg/kg/day[a] |
|---|---|---|---|---|---|---|---|---|
| **Partial Onset Seizures** | | | | | | | | |
| **Studies in Adults** | | | | | | | | |
| YD | N | 45 | 45 | 45 | 46 | — | — | |
| | Median % Reduction | 11.6 | 27.2[c] | 47.5[d] | 44.7[c] | — | — | |
| | % Responders | 18 | 24 | 44[d] | 46[d] | — | — | |
| YE | N | 47 | — | — | 48 | 48 | 47 | |
| | Median % Reduction | 1.7 | — | — | 40.8[c] | 41.0[c] | 36.0[c] | |
| | % Responders | 9 | — | — | 40[c] | 41[c] | 36[d] | |
| Y1 | N | 24 | — | 23 | — | — | — | |
| | Median % Reduction | 1.1 | — | 40.7[d] | — | — | — | |
| | % Responders | 8 | — | 35[d] | — | — | — | |
| Y2 | N | 30 | — | — | 30 | — | — | |
| | Median % Reduction | -12.2 | — | — | 46.4[f] | — | — | |
| | % Responders | 10 | — | — | 47[c] | — | — | |
| Y3 | N | 28 | — | — | — | 28 | — | |
| | Median % Reduction | -20.6 | — | — | — | 24.3[c] | — | |
| | % Responders | 0 | — | — | — | 43[c] | — | |
| **Studies in Pediatric Patients** | | | | | | | | |
| YP | N | 45 | — | — | — | — | 41 | |
| | Median % Reduction | 10.5 | — | — | — | — | 33.1[d] | |
| | % Responders | 20 | — | — | — | — | 39 | |
| **Primary Generalized Tonic-Clonic[h]** | | | | | | | | |
| YTC | N | 40 | — | — | — | — | 39 | |
| | Median % Reduction | 9.0 | — | — | — | — | 56.7[d] | |
| | % Responders | 20 | — | — | — | — | 56[c] | |
| **Lennox-Gastaut Syndrome[i]** | | | | | | | | |
| YL | N | 49 | — | — | — | — | 46 | |
| | Median % Reduction | -5.1 | — | — | — | — | 14.8[d] | |
| | % Responders | 14 | — | — | — | — | 28[g] | |
| | Improvement in Seizure Severity[j] | 28 | — | — | — | — | 52[d] | |

Comparisons with placebo: [a]p=0.080; [b]p≤0.010; [c]p≤0.001; [d]p≤0.050; [e]p≤0.065; [f]p≤0.005; [g]p=0.071; [h]Median % reduction and % responders are reported for PGTC Seizures; [i]Median % reduction and % responders for drop attacks, i.e., tonic or atonic seizures; [j]Percent of subjects who were minimally, much, or very much improved from baseline

[a] For Protocols YP and YTC, protocol-specified target dosages (<9.3 mg/kg/day) were assigned based on subject's weight to approximate a dosage of 6 mg/kg per day; these dosages corresponded to mg/day dosages of 125, 175, 225, and 400 mg/day.

### Table 3: Summary of AED Interactions with TOPAMAX®

| AED Co-administered | AED Concentration | Topiramate Concentration |
|---|---|---|
| Phenytoin | NC or 25% increase[a] | 48% decrease |
| Carbamazepine (CBZ) | NC | 40% decrease |
| CBZ epoxide[b] | NC | NE |
| Valproic acid | 11% decrease | 14% decrease |
| Phenobarbital | NC | NE |
| Primidone | NC | NE |

[a] = Plasma concentration increased 25% in some patients, generally those on a b.i.d. dosing regimen of phenytoin.
[b] = is not administered but is an active metabolite of carbamazepine.
NC = Less than 10% change in plasma concentration.
AED = Antiepileptic drug.
NE = Not Evaluated.

multicenter, randomized, double-blind, placebo-controlled trials, two comparing several dosages of topiramate and placebo and three comparing a single dosage with placebo, in patients with a history of partial onset seizures, with or without secondarily generalized seizures.

Patients in these studies were permitted a maximum of two antiepileptic drugs (AEDs) in addition to TOPAMAX® Tablets or placebo. In each study, patients were stabilized on optimum dosages of their concomitant AEDs during an 8–12 week baseline phase. Patients who experienced at least 12 (or 8, for 8-week baseline) partial onset seizures, with or without secondary generalization, during the baseline phase were randomly assigned to placebo or a specified dose of TOPAMAX® Tablets in addition to their other AEDs.

Following randomization, patients began the double-blind phase of treatment. Patients received active drug beginning at 100 mg per day; the dose was then increased by 100 mg or 200 mg/day increments weekly or every other week until the assigned dose was reached, unless intolerance prevented increases. After titration, patients entered an 8- or 12-week stabilization period. The numbers of patients randomized to each dose, and the actual mean, and median doses in the stabilization period are shown in Table 1.

**Pediatric Patients Ages 2–16 Years With Partial Onset Seizures**

The effectiveness of topiramate as an adjunctive treatment for pediatric patients ages 2–16 years with partial onset seizures was established in a multicenter, randomized, double-blind, placebo-controlled trial, comparing topiramate and placebo in patients with a history of partial onset seizures, with or without secondarily generalized seizures.

Patients in this study were permitted a maximum of two antiepileptic drugs (AEDs) in addition to TOPAMAX® Tablets or placebo. In this study, patients were stabilized on optimum dosages of their concomitant AEDs during an 8-week baseline phase. Patients who experienced at least six partial onset seizures, with or without secondarily generalized seizures, during the baseline phase were randomly assigned to placebo or TOPAMAX® Tablets in addition to their other AEDs.

Following randomization, patients began the double-blind phase of treatment. Patients received active drug beginning at 25 or 50 mg per day; the dose was then increased by 25 mg to 150 mg/day increments every other week until the assigned dosage of 125, 175, 225, or 400 mg/day based on patients' weight to approximate a dosage of 6 mg/kg per day was reached, unless intolerance prevented increases. After titration, patients entered an 8-week stabilization period.

**Controlled Trials in Patients With Primary Generalized Tonic-Clonic Seizures**

The effectiveness of topiramate as an adjunctive treatment for primary generalized tonic-clonic seizures in patients 2 years old and older was established in a multicenter, randomized, double-blind, placebo-controlled trial, comparing a single dosage of topiramate and placebo.

Patients in this study were permitted a maximum of two antiepileptic drugs (AEDs) in addition to TOPAMAX® Tablets or placebo. Patients were stabilized on optimum dosages of their concomitant AEDs during an 8-week baseline phase. Patients who experienced at least three primary generalized tonic-clonic seizures during the baseline phase were randomly assigned to placebo or TOPAMAX® in addition to their other AEDs.

Following randomization, patients began the double-blind phase of treatment. Patients received active drug beginning at 50 mg per day for four weeks; the dose was then increased by 50 mg to 150 mg/day increments every other week until the assigned dose of 175, 225, or 400 mg/day based on patients' body weight to approximate a dosage of 6 mg/kg per day was reached, unless intolerance prevented increases. After titration, patients entered a 12-week stabilization period.

**Controlled Trial in Patients With Lennox-Gastaut Syndrome**

The effectiveness of topiramate as an adjunctive treatment for seizures associated with Lennox-Gastaut syndrome was established in a multicenter, randomized, double-blind, placebo-controlled trial comparing a single dosage of topiramate with placebo in patients 2 years of age and older. Patients in this study were permitted a maximum of two antiepileptic drugs (AEDs) in addition to TOPAMAX® Tablets or placebo. Patients who were experiencing at least 60 seizures per month before study entry were stabilized on optimum dosages of their concomitant AEDs during a four-week baseline phase. Following baseline, patients were randomly assigned to placebo or TOPAMAX® in addition to their other AEDs. Active drug was titrated beginning at 1 mg/kg per day for a week; the dose was then increased to 3 mg/kg per day for one week then to 6 mg/kg per day. After titration, patients entered an 8-week stabilization period. The primary measures of effectiveness were the percent reduction in drop attacks and a parental global rating of seizure severity.

[See table 1 at top of previous page]

In all add-on trials, the reduction in seizure rate from baseline during the entire double-blind phase was measured. The median percent reductions in seizure rates and the responder rates (fraction of patients with at least a 50% reduction) by treatment group for each study are shown below in Table 2. As described above, a global improvement in seizure severity was also assessed in the Lennox-Gastaut trial.

[See table 2 at top of previous page]

Table 4: Incidence of Treatment-Emergent Adverse Events in Placebo-Controlled, Add-On Trials in Adults[a,b] Where Rate Was >1% in Either Topiramate Group and Greater Than the Rate in Placebo-Treated Patients

| Body System/ Adverse Event | Placebo (N=291) | TOPAMAX® Dosage (mg/day) | |
|---|---|---|---|
| | | 200–400 (N=183) | 600–1,000 (N=414) |
| **Body as a Whole—General Disorders** | | | |
| Fatigue | 13 | 15 | 30 |
| Asthenia | 1 | 6 | 3 |
| Back Pain | 4 | 5 | 3 |
| Chest Pain | 3 | 4 | 2 |
| Influenza-Like Symptoms | 3 | 3 | 4 |
| Leg Pain | 2 | 2 | 4 |
| Hot Flushes | 2 | 2 | 1 |
| Allergy | 1 | 2 | 1 |
| Edema | 1 | 1 | 3 |
| Body Odor | 1 | 2 | 1 |
| Rigors | 0 | 1 | <1 |
| **Central & Peripheral Nervous System Disorders** | | | |
| Dizziness | 15 | 25 | 32 |
| Ataxia | 7 | 16 | 14 |
| Speech Disorders/Related Speech Problems | 2 | 13 | 11 |
| Paresthesia | 4 | 11 | 19 |
| Nystagmus | 7 | 11 | 11 |
| Tremor | 6 | 9 | 9 |
| Language Problems | 1 | 6 | 10 |
| Coordination Abnormal | 2 | 4 | 4 |
| Hypoaesthesia | 1 | 2 | 4 |
| Gait Abnormal | 1 | 3 | 2 |
| Muscle Contractions Involuntary | 1 | 2 | 2 |
| Stupor | 1 | 2 | 2 |
| Vertigo | 1 | 1 | 2 |
| **Gastro-Intestinal System Disorders** | | | |
| Nausea | 8 | 10 | 12 |
| Dyspepsia | 6 | 7 | 7 |
| Abdominal Pain | 4 | 6 | 7 |
| Constipation | 2 | 4 | 3 |
| Gastroenteritis | 1 | 2 | 1 |
| Dry Mouth | 1 | 2 | 3 |
| Gingivitis | 1 | 2 | 1 |
| GI Disorder | <1 | 1 | 1 |
| **Hearing and Vestibular Disorders** | | | |
| Hearing Decreased | 1 | 2 | 1 |
| **Metabolic and Nutritional Disorders** | | | |
| Weight Decrease | 3 | 9 | 13 |
| **Muscle-Skeletal System Disorders** | | | |
| Myalgia | 1 | 2 | 2 |
| Skeletal Pain | 1 | 3 | 1 |
| **Platelet, Bleeding & Clotting Disorders** | | | |
| Epistaxis | 1 | 2 | 1 |
| **Psychiatric Disorders** | | | |
| Somnolence | 12 | 29 | 28 |
| Nervousness | 6 | 16 | 19 |
| Psychomotor Slowing | 2 | 13 | 21 |
| Difficulty with Memory | 3 | 12 | 14 |
| Anorexia | 4 | 12 | 14 |
| Confusion | 5 | 11 | 14 |
| Depression | 5 | 6 | 13 |
| Difficulty with Concentration/Attention | 1 | 6 | 14 |
| Mood Problems | 2 | 6 | 9 |
| Agitation | 2 | 3 | 3 |
| Aggressive Reaction | 2 | 3 | 3 |
| Emotional Lability | 1 | 3 | 3 |
| Cognitive Problems | 1 | 3 | 3 |
| Libido Decreased | 1 | 2 | 2 |
| Apathy | 1 | 1 | 2 |
| Depersonalization | 1 | 2 | 1 |

*(Table continued on next page)*

Subset analyses of the antiepileptic efficacy of TOPAMAX® Tablets in these studies showed no differences as a function of gender, race, age, baseline seizure rate, or concomitant AED.

**INDICATIONS AND USAGE**

TOPAMAX® (topiramate) Tablets and TOPAMAX® (topiramate capsules) Sprinkle Capsules are indicated as adjunctive therapy for adults and pediatric patients ages 2–16 years with partial onset seizures, or primary generalized tonic-clonic seizures, and in patients 2 years of age and older with seizures associated with Lennox-Gastaut syndrome.

**CONTRAINDICATIONS**

TOPAMAX® is contraindicated in patients with a history of hypersensitivity to any component of this product.

**WARNINGS**

**Acute Myopia and Secondary Angle Closure Glaucoma**

A syndrome consisting of acute myopia associated with secondary angle closure glaucoma has been reported in patients receiving TOPAMAX®. Symptoms include acute onset of decreased visual acuity and/or ocular pain. Opthalmologic findings can include myopia, anterior chamber shallowing, ocular hyperemia (redness) and increased intraocular pressure. Mydriasis may or may not be present. This syndrome may be associated with supraciliary effusion resulting in anterior displacement of the lens and iris, with secondary angle closure glaucoma. Symptoms typically occur within 1 month of initiating TOPAMAX® therapy. In contrast to primary narrow angle glaucoma, which is rare under 40 years of age, secondary angle closure glaucoma has been reported in pediatric pa-

tients as well as adults. The primary treatment to reverse symptoms is discontinuation of TOPAMAX® as rapidly as possible, according to the judgement of the treating physician. Other measures, in conjunction with discontinuation of TOPAMAX®, may be helpful.

Elevated intraocular pressure of any etiology, if left untreated, can lead to serious sequelae including permanent vision loss.

**Withdrawal of AEDs**

Antiepileptic drugs, including TOPAMAX®, should be withdrawn gradually to minimize the potential of increased seizure frequency.

**Cognitive/Neuropsychiatric Adverse Events**

**Adults**

Adverse events most often associated with the use of TOPAMAX® were central nervous system related. In adults, the most significant of these can be classified into two general categories: 1) psychomotor slowing, difficulty with concentration, and speech or language problems, in particular, word-finding difficulties and 2) somnolence or fatigue. Additional nonspecific CNS effects occasionally observed with topiramate as add-on therapy include dizziness or imbalance, confusion, memory problems, and exacerbation of mood disturbances (e.g., irritability and depression).

Reports of psychomotor slowing, speech and language problems, and difficulty with concentration and attention were common in adults. Although in some cases these events were mild to moderate, they at times led to withdrawal from treatment. The incidence of psychomotor slowing is only marginally dose-related, but both language problems and

*Continued on next page*

# EXHIBIT C



# Bipolar
# Disorder

With Addendum Bipolar January 2007



**NIMH**
National Institute
of Mental Health

**B**ipolar disorder, also known as manic-depressive illness, is a brain disorder that causes unusual shifts in a person's mood, energy, and ability to function. Different from the normal ups and downs that everyone goes through, the symptoms of bipolar disorder are severe. They can result in damaged relationships, poor job or school performance, and even suicide. But there is good news: bipolar disorder can be treated, and people with this illness can lead full and productive lives.

More than 2 million American adults,[1] or about 1 percent of the population age 18 and older in any given year,[2] have bipolar disorder. Bipolar disorder typically develops in late adolescence or early adulthood. However, some people have their first symptoms during childhood, and some develop them late in life. It is often not recognized as an illness, and people may suffer for years before it is properly diagnosed and

treated. Like diabetes or heart disease, bipolar disorder is a long-term illness that must be carefully managed throughout a person's life.

*"Manic-depression distorts moods and thoughts, incites dreadful behaviors, destroys the basis of rational thought, and too often erodes the desire and will to live. It is an illness that is biological in its origins, yet one that feels psychological in the experience of it; an illness that is unique in conferring advantage and pleasure, yet one that brings in its wake almost unendurable suffering and, not infrequently, suicide.*

*"I am fortunate that I have not died from my illness, fortunate in having received the best medical care available, and fortunate in having the friends, colleagues, and family that I do."*

Kay Redfield Jamison, Ph.D., *An Unquiet Mind*, 1995, p. 6.
(Reprinted with permission from Alfred A. Knopf, a division of Random House, Inc.)

# What Are the Symptoms of Bipolar Disorder?

Bipolar disorder causes dramatic mood swings—from overly "high" and/or irritable to sad and hopeless, and then back again, often with periods of normal mood in between. Severe changes in energy and behavior go along with these changes in mood. The periods of highs and lows are called **episodes** of mania and depression.

**Signs and symptoms of *mania* (or a *manic episode*) include:**

- Increased energy, activity, and restlessness
- Excessively "high," overly good, euphoric mood
- Extreme irritability

- Racing thoughts and talking very fast, jumping from one idea to another
- Distractibility, can't concentrate well
- Little sleep needed
- Unrealistic beliefs in one's abilities and powers
- Poor judgment
- Spending sprees
- A lasting period of behavior that is different from usual
- Increased sexual drive
- Abuse of drugs, particularly cocaine, alcohol, and sleeping medications
- Provocative, intrusive, or aggressive behavior
- Denial that anything is wrong

A manic episode is diagnosed if elevated mood occurs with 3 or more of the other symptoms most of the day, nearly every day, for 1 week or longer. If the mood is irritable, 4 additional symptoms must be present.

**Signs and symptoms of *depression* (or a *depressive episode*) include:**

- Lasting sad, anxious, or empty mood
- Feelings of hopelessness or pessimism
- Feelings of guilt, worthlessness, or helplessness
- Loss of interest or pleasure in activities once enjoyed, including sex
- Decreased energy, a feeling of fatigue or of being "slowed down"
- Difficulty concentrating, remembering, making decisions
- Restlessness or irritability
- Sleeping too much, or can't sleep
- Change in appetite and/or unintended weight loss or gain

- Chronic pain or other persistent bodily symptoms that are not caused by physical illness or injury
- Thoughts of death or suicide, or suicide attempts

A depressive episode is diagnosed if 5 or more of these symptoms last most of the day, nearly every day, for a period of 2 weeks or longer.

A mild to moderate level of mania is called **hypomania.** Hypomania may feel good to the person who experiences it and may even be associated with good functioning and enhanced productivity. Thus even when family and friends learn to recognize the mood swings as possible bipolar disorder, the person may deny that anything is wrong. Without proper treatment, however, hypomania can become severe mania in some people or can switch into depression.

Sometimes, severe episodes of mania or depression include symptoms of **psychosis** (or psychotic symptoms). Common psychotic symptoms are hallucinations (hearing, seeing, or otherwise sensing the presence of things not actually there) and delusions (false, strongly held beliefs not influenced by logical reasoning or explained by a person's usual cultural concepts). Psychotic symptoms in bipolar disorder tend to reflect the extreme mood state at the time. For example, delusions of grandiosity, such as believing one is the President or has special powers or wealth, may occur during mania; delusions of guilt or worthlessness, such as believing that one is ruined and penniless or has committed some terrible crime, may appear during depression. People with bipolar disorder who have these symptoms are sometimes incorrectly diagnosed as having schizophrenia, another severe mental illness.

It may be helpful to think of the various mood states in bipolar disorder as a spectrum or continuous range. At one end is severe depression, above which is moderate depression and then mild low mood, which many people call "the blues" when it is short-

lived but is termed "dysthymia" when it is chronic. Then there is normal or balanced mood, above which comes hypomania (mild to moderate mania), and then severe mania.



severe mania

hypomania (mild to moderate mania)

normal/balanced mood

mild to moderate depression

severe depression

In some people, however, symptoms of mania and depression may occur together in what is called a **mixed** bipolar state. Symptoms of a mixed state often include agitation, trouble sleeping, significant change in appetite, psychosis, and suicidal thinking. A person may have a very sad, hopeless mood while at the same time feeling extremely energized.

Bipolar disorder may appear to be a problem other than mental illness—for instance, alcohol or drug abuse, poor school or work performance, or strained interpersonal relationships. Such problems in fact may be signs of an underlying mood disorder.

### Diagnosis of Bipolar Disorder

Like other mental illnesses, bipolar disorder cannot yet be identified physiologically—for example, through a blood test or a brain scan. Therefore, a diagnosis of bipolar disorder is made on the basis of symptoms, course of illness, and, when available, family history. The diagnostic criteria for bipolar disorder are described in the *Diagnostic and Statistical Manual for Mental Disorders, fourth edition (DSM-IV)*.[3]

**Descriptions offered by people with bipolar disorder give valuable insights into the various mood states associated with the illness:**

*Depression:*  I doubt completely my ability to do anything well. It seems as though my mind has slowed down and burned out to the point of being virtually useless.... [I am] haunt[ed]... with the total, the desperate hopelessness of it all.... Others say, "It's only temporary, it will pass, you will get over it," but of course they haven't any idea of how I feel, although they are certain they do.  If I can't feel, move, think or care, then what on earth is the point?

*Hypomania:*  At first when I'm high, it's tremendous... ideas are fast... like shooting stars you follow until brighter ones appear.... All shyness disappears, the right words and gestures are suddenly there... uninteresting people, things become intensely interesting.  Sensuality is pervasive, the desire to seduce and be seduced is irresistible.  Your marrow is infused with unbelievable feelings of ease, power, well-being, omnipotence, euphoria... you can do anything... but, somewhere this changes.

*Mania:*  The fast ideas become too fast and there are far too many... overwhelming confusion replaces clarity... you stop keeping up with it—memory goes.  Infectious humor ceases to amuse.  Your friends become frightened...everything is now against the grain... you are irritable, angry, frightened, uncontrollable, and trapped.

# Suicide

Some people with bipolar disorder become suicidal.  **Anyone who is thinking about committing suicide needs immediate attention, preferably from a mental health professional or a physician. Anyone who talks about suicide should be taken seriously.** Risk for suicide appears to be higher earlier in the course of the illness.  Therefore, recognizing bipolar disorder early and learning how best to manage it may decrease the risk of death by suicide.

Signs and symptoms that may accompany suicidal feelings include:

- talking about feeling suicidal or wanting to die
- feeling hopeless, that nothing will ever change or get better
- feeling helpless, that nothing one does makes any difference
- feeling like a burden to family and friends
- abusing alcohol or drugs
- putting affairs in order (e.g., organizing finances or giving away possessions to prepare for one's death)
- writing a suicide note
- putting oneself in harm's way, or in situations where there is a danger of being killed

---

**If you are feeling suicidal or know someone who is:**

- call a doctor, emergency room, or 911 right away to get immediate help
- make sure you, or the suicidal person, are not left alone
- make sure that access is prevented to large amounts of medication, weapons, or other items that could be used for self-harm

---

While some suicide attempts are carefully planned over time, others are impulsive acts that have not been well thought out; thus, the final point in the box above may be a valuable *long-term* strategy for people with bipolar disorder. Either way, it is important to understand that suicidal feelings and actions are symptoms of an illness that can be treated. With proper treatment, suicidal feelings can be overcome.

# What Is the Course of Bipolar Disorder?

Episodes of mania and depression typically recur across the life span. Between episodes, most people with bipolar disorder are free of symptoms, but as many as one-third of people have some residual symptoms. A small percentage of people experience chronic unremitting symptoms despite treatment.[4]

The classic form of the illness, which involves recurrent episodes of mania and depression, is called **bipolar I disorder**. Some people, however, never develop severe mania but instead experience milder episodes of hypomania that alternate with depression; this form of the illness is called **bipolar II disorder**. When 4 or more episodes of illness occur within a 12-month period, a person is said to have **rapid-cycling** bipolar disorder. Some people experience multiple episodes within a single week, or even within a single day. Rapid cycling tends to develop later in the course of illness and is more common among women than among men.

People with bipolar disorder can lead healthy and productive lives when the illness is effectively treated (see below—"How Is Bipolar Disorder Treated?"). Without treatment, however, the natural course of bipolar disorder tends to worsen. Over time a person may suffer more frequent (more rapid-cycling) and more severe manic and depressive episodes than those experienced when the illness first appeared.[5] But in most cases, proper treatment can help reduce the frequency and severity of episodes and can help people with bipolar disorder maintain good quality of life.

# Can Children and Adolescents Have Bipolar Disorder?

Both children and adolescents can develop bipolar disorder. It is more likely to affect the children of parents who have the illness.

Unlike many adults with bipolar disorder, whose episodes tend to be more clearly defined, children and young adolescents with the illness often experience very fast mood swings between depression and mania many times within a day.[6] Children with mania are more likely to be irritable and prone to destructive tantrums than to be overly happy and elated. Mixed symptoms also are common in youths with bipolar disorder. Older adolescents who develop the illness may have more classic, adult-type episodes and symptoms.

Bipolar disorder in children and adolescents can be hard to tell apart from other problems that may occur in these age groups. For example, while irritability and aggressiveness can indicate bipolar disorder, they also can be symptoms of attention deficit hyperactivity disorder, conduct disorder, oppositional defiant disorder, or other types of mental disorders more common among adults such as major depression or schizophrenia. Drug abuse also may lead to such symptoms.

For any illness, however, effective treatment depends on appropriate diagnosis. Children or adolescents with emotional and behavioral symptoms should be carefully evaluated by a mental health professional. **Any child or adolescent who has suicidal feelings, talks about suicide, or attempts suicide should be taken seriously and should receive immediate help from a mental health specialist.**

# What Causes Bipolar Disorder?

Scientists are learning about the possible causes of bipolar disorder through several kinds of studies. Most scientists now agree that there is no single cause for bipolar disorder—rather, many factors act together to produce the illness.

Because bipolar disorder tends to run in families, researchers have been searching for specific genes—the microscopic "building blocks" of DNA inside all cells that influence how the body and mind work and grow—passed down through generations that may increase a person's chance of developing the illness. But genes are not the whole story. Studies of identical twins, who share all the same genes, indicate that both genes and other factors play a role in bipolar disorder. If bipolar disorder were caused entirely by genes, then the identical twin of someone with the illness would *always* develop the illness, and research has shown that this is not the case. But if one twin has bipolar disorder, the other twin is more likely to develop the illness than is another sibling.[7]

In addition, findings from gene research suggest that bipolar disorder, like other mental illnesses, does not occur because of a single gene.[8] It appears likely that many different genes act together, and in combination with other factors of the person or the person's environment, to cause bipolar disorder. Finding these genes, each of which contributes only a small amount toward the vulnerability to bipolar disorder, has been extremely difficult. But scientists expect that the advanced research tools now being used will lead to these discoveries and to new and better treatments for bipolar disorder.

Brain-imaging studies are helping scientists learn what goes wrong in the brain to produce bipolar disorder and other mental illnesses.[9,10] New brain-imaging techniques allow researchers to

take pictures of the living brain at work, to examine its structure and activity, without the need for surgery or other invasive procedures. These techniques include magnetic resonance imaging (MRI), positron emission tomography (PET), and functional magnetic resonance imaging (fMRI). There is evidence from imaging studies that the brains of people with bipolar disorder may differ from the brains of healthy individuals. As the differences are more clearly identified and defined through research, scientists will gain a better understanding of the underlying causes of the illness, and eventually may be able to predict which types of treatment will work most effectively.

# How Is Bipolar Disorder Treated?

Most people with bipolar disorder—even those with the most severe forms—can achieve substantial stabilization of their mood swings and related symptoms with proper treatment.[11,12,13] Because bipolar disorder is a recurrent illness, long-term preventive treatment is strongly recommended and almost always indicated. A strategy that combines medication and psychosocial treatment is optimal for managing the disorder over time.

In most cases, bipolar disorder is much better controlled if treatment is continuous than if it is on and off. But even when there are no breaks in treatment, mood changes can occur and should be reported immediately to your doctor. The doctor may be able to prevent a full-blown episode by making adjustments to the treatment plan. Working closely with the doctor and communicating openly about treatment concerns and options can make a difference in treatment effectiveness.

In addition, keeping a chart of daily mood symptoms, treatments, sleep patterns, and life events may help people with

bipolar disorder and their families to better understand the illness. This chart also can help the doctor track and treat the illness most effectively.

## Medications

Medications for bipolar disorder are prescribed by psychiatrists—medical doctors (M.D.) with expertise in the diagnosis and treatment of mental disorders.  While primary care physicians who do not specialize in psychiatry also may prescribe these medications, it is recommended that people with bipolar disorder see a psychiatrist for treatment.

Medications known as "mood stabilizers" usually are prescribed to help control bipolar disorder.[11]  Several different types of mood stabilizers are available.  In general, people with bipolar disorder continue treatment with mood stabilizers for extended periods of time (years).  Other medications are added when necessary, typically for shorter periods, to treat episodes of mania or depression that break through despite the mood stabilizer.

- Lithium, the first mood-stabilizing medication approved by the U.S. Food and Drug Administration (FDA) for treatment of mania, is often very effective in controlling mania and preventing the recurrence of both manic and depressive episodes.
- Anticonvulsant medications, such as valproate (Depakote®) or carbamazepine (Tegretol®), also can have mood-stabilizing effects and may be especially useful for difficult-to-treat bipolar episodes.  Valproate was FDA-approved in 1995 for treatment of mania.
- Newer anticonvulsant medications, including lamotrigine (Lamictal®), gabapentin (Neurontin®), and topiramate (Topamax®), are being studied to determine how well they work in stabilizing mood cycles.

- Anticonvulsant medications may be combined with lithium, or with each other, for maximum effect.
- Children and adolescents with bipolar disorder generally are treated with lithium, but valproate and carbamazepine also are used. Researchers are evaluating the safety and efficacy of these and other psychotropic medications in children and adolescents. *There is some evidence that valproate may lead to adverse hormone changes in teenage girls and polycystic ovary syndrome in women who began taking the medication before age 20.*[14] *Therefore, young female patients taking valproate should be monitored carefully by a physician.*
- Women with bipolar disorder who wish to conceive, or who become pregnant, face special challenges due to the possible harmful effects of existing mood stabilizing medications on the developing fetus and the nursing infant.[15] Therefore, the benefits and risks of all available treatment options should be discussed with a clinician skilled in this area. New treatments with reduced risks during pregnancy and lactation are under study.

---

### Treatment of Bipolar Depression

Research has shown that people with bipolar disorder are at risk of switching into mania or hypomania, or of developing rapid cycling, during treatment with antidepressant medication.[16] Therefore, *"mood-stabilizing" medications generally are required, alone or in combination with antidepressants, to protect people with bipolar disorder from this switch.* Lithium and valproate are the most commonly used mood-stabilizing drugs today. However, research studies continue to evaluate the potential mood-stabilizing effects of newer medications.

---

- Atypical antipsychotic medications, including clozapine (Clozaril®), olanzapine (Zyprexa®), risperidone (Risperdal®), and ziprasidone (Zeldox®), are being studied as possible treatments for bipolar disorder. Evidence suggests clozapine may be helpful as a mood stabilizer for people who do not respond to lithium or anticonvulsants.[17] Other research has supported the efficacy of olanzapine for acute mania, an indication that has recently received FDA approval.[18] Olanzapine may also help relieve psychotic depression.[19]

- If insomnia is a problem, a high-potency benzodiazepine medication such as clonazepam (Klonopin®) or lorazepam (Ativan®) may be helpful to promote better sleep. However, since these medications may be habit-forming, they are best prescribed on a short-term basis. Other types of sedative medications, such as zolpidem (Ambien®), are sometimes used instead.

- Changes to the treatment plan may be needed at various times during the course of bipolar disorder to manage the illness most effectively. A psychiatrist should guide any changes in type or dose of medication.

- Be sure to tell the psychiatrist about all other prescription drugs, over-the-counter medications, or natural supplements you may be taking. This is important because certain medications and supplements taken together may cause adverse reactions.

- To reduce the chance of relapse or of developing a new episode, it is important to stick to the treatment plan. Talk to your doctor if you have any concerns about the medications.

**Thyroid Function**

People with bipolar disorder often have abnormal thyroid gland function.[5] Because too much or too little thyroid hormone alone can lead to mood and energy changes, it is important that thyroid levels are carefully monitored by a physician.

People with rapid cycling tend to have co-occurring thyroid problems and may need to take thyroid pills in addition to their medications for bipolar disorder. Also, lithium treatment may cause low thyroid levels in some people, resulting in the need for thyroid supplementation.

**Medication Side Effects**

Before starting a new medication for bipolar disorder, always talk with your psychiatrist and/or pharmacist about possible side effects. Depending on the medication, side effects may include weight gain, nausea, tremor, reduced sexual drive or performance, anxiety, hair loss, movement problems, or dry mouth. Be sure to tell the doctor about all side effects you notice during treatment. He or she may be able to change the dose or offer a different medication to relieve them. Your medication should not be changed or stopped without the psychiatrist's guidance.

**Psychosocial Treatments**

As an addition to medication, psychosocial treatments—including
certain forms of psychotherapy (or "talk" therapy)—are helpful in
providing support, education, and guidance to people with bipolar
disorder and their families. Studies have shown that psychosocial
interventions can lead to increased mood stability, fewer hospitali-
zations, and improved functioning in several areas.[13] A licensed
psychologist, social worker, or counselor typically provides these
therapies and often works together with the psychiatrist to monitor a
patient's progress. The number, frequency, and type of sessions
should be based on the treatment needs of each person.

Psychosocial interventions commonly used for bipolar
disorder are cognitive behavioral therapy, psychoeducation, family
therapy, and a newer technique, interpersonal and social rhythm
therapy. NIMH researchers are studying how these interventions
compare to one another when added to medication treatment for
bipolar disorder.

- Cognitive behavioral therapy helps people with bipolar disorder
  learn to change inappropriate or negative thought patterns and
  behaviors associated with the illness.
- Psychoeducation involves teaching people with bipolar
  disorder about the illness and its treatment, and how to
  recognize signs of relapse so that early intervention can be
  sought before a full-blown illness episode occurs. Psycho-
  education also may be helpful for family members.
- Family therapy uses strategies to reduce the level of distress
  within the family that may either contribute to or result from
  the ill person's symptoms.
- Interpersonal and social rhythm therapy helps people with
  bipolar disorder both to improve interpersonal relationships
  and to regularize their daily routines. Regular daily routines
  and sleep schedules may help protect against manic episodes.

- As with medication, it is important to follow the treatment plan for any psychosocial intervention to achieve the greatest benefit.

## Other Treatments

- In situations where medication, psychosocial treatment, and the combination of these interventions prove ineffective, or work too slowly to relieve severe symptoms such as psychosis or suicidality, electroconvulsive therapy (ECT) may be considered. ECT may also be considered to treat acute episodes when medical conditions, including pregnancy, make the use of medications too risky. ECT is a highly effective treatment for severe depressive, manic, and/or mixed episodes. The possibility of long-lasting memory problems, although a concern in the past, has been significantly reduced with modern ECT techniques. However, the potential benefits and risks of ECT, and of available alternative interventions, should be carefully reviewed and discussed with individuals considering this treatment and, where appropriate, with family or friends.[20]

- Herbal or natural supplements, such as St. John's wort *(Hypericum perforatum)*, have not been well studied, and little is known about their effects on bipolar disorder. Because the FDA does not regulate their production, different brands of these supplements can contain different amounts of active ingredient. **Before trying herbal or natural supplements, it is important to discuss them with your doctor. There is evidence that St. John's wort can reduce the effectiveness of certain medications (see http://www.nimh.nih.gov/events/stjohnwort.cfm ).[21] In addition, like prescription antidepressants, St. John's**

wort may cause a switch into mania in some individuals with bipolar disorder, especially if no mood stabilizer is being taken.[22]

- Omega-3 fatty acids found in fish oil are being studied to determine their usefulness, alone and when added to conventional medications, for long-term treatment of bipolar disorder.[23]

---

### A Long-Term Illness That Can Be Effectively Treated

Even though episodes of mania and depression naturally come and go, it is important to understand that bipolar disorder is a long-term illness that currently has no cure. Staying on treatment, even during well times, can help keep the disease under control and reduce the chance of having recurrent, worsening episodes.

---

# Do Other Illnesses Co-occur with Bipolar Disorder?

Alcohol and drug abuse are very common among people with bipolar disorder. Research findings suggest that many factors may contribute to these substance abuse problems, including self-medication of symptoms, mood symptoms either brought on or perpetuated by substance abuse, and risk factors that may influence the occurrence of both bipolar disorder and substance use disorders.[24] Treatment for co-occurring substance abuse, when present, is an important part of the overall treatment plan.

Anxiety disorders, such as post-traumatic stress disorder and obsessive-compulsive disorder, also may be common in people with bipolar disorder.[25,26] Co-occurring anxiety disorders may respond to the treatments used for bipolar disorder, or they may require separate treatment. For more information on anxiety disorders, contact NIMH (see below).

# How Can Individuals and Families Get Help for Bipolar Disorder?

Anyone with bipolar disorder should be under the care of a psychiatrist skilled in the diagnosis and treatment of this disease. Other mental health professionals, such as psychologists, psychiatric social workers, and psychiatric nurses, can assist in providing the person and family with additional approaches to treatment.

Help can be found at:

- University—or medical school—affiliated programs
- Hospital departments of psychiatry
- Private psychiatric offices and clinics
- Health maintenance organizations (HMOs)
- Offices of family physicians, internists, and pediatricians
- Public community mental health centers

People with bipolar disorder may need help to get help.

- Often people with bipolar disorder do not realize how impaired they are, or they blame their problems on some cause other than mental illness.
- A person with bipolar disorder may need strong encouragement from family and friends to seek treatment.

Family physicians can play an important role in providing referral to a mental health professional.

- Sometimes a family member or friend may need to take the person with bipolar disorder for proper mental health evaluation and treatment.

- A person who is in the midst of a severe episode may need to be hospitalized for his or her own protection and for much-needed treatment. There may be times when the person must be hospitalized against his or her wishes.

- Ongoing encouragement and support are needed after a person obtains treatment, because it may take a while to find the best treatment plan for each individual.

- In some cases, individuals with bipolar disorder may agree, when the disorder is under good control, to a preferred course of action in the event of a future manic or depressive relapse.

- Like other serious illnesses, bipolar disorder is also hard on spouses, family members, friends, and employers.

- Family members of someone with bipolar disorder often have to cope with the person's serious behavioral problems, such as wild spending sprees during mania or extreme withdrawal from others during depression, and the lasting consequences of these behaviors.

- Many people with bipolar disorder benefit from joining support groups such as those sponsored by the National Depressive and Manic Depressive Association (NDMDA), the National Alliance for the Mentally Ill (NAMI), and the National Mental Health Association (NMHA). Families and friends can also benefit from support groups offered by these organizations. For contact information, see the "For More Information" section at the back of this booklet.

# What About Clinical Studies for Bipolar Disorder?

Some people with bipolar disorder receive medication and/or psychosocial therapy by volunteering to participate in clinical studies (clinical trials). Clinical studies involve the scientific investigation of illness and treatment of illness in humans. Clinical studies in mental health can yield information about the efficacy of a medication or a combination of treatments, the usefulness of a behavioral intervention or type of psychotherapy, the reliability of a diagnostic procedure, or the success of a prevention method. Clinical studies also guide scientists in learning how illness develops, progresses, lessens, and affects both mind and body. Millions of Americans diagnosed with mental illness lead healthy, productive lives because of information discovered through clinical studies. These studies are not always right for everyone, however. It is important for each individual to consider carefully the possible risks and benefits of a clinical study before making a decision to participate.

In recent years, NIMH has introduced a new generation of "real-world" clinical studies. They are called "real-world" studies for several reasons. Unlike traditional clinical trials, they offer multiple different treatments and treatment combinations. In addition, they aim to include large numbers of people with mental disorders living in communities throughout the U.S. and receiving treatment across a wide variety of settings. Individuals with more than one mental disorder, as well as those with co-occurring physical illnesses, are encouraged to consider participating in these new studies. The main goal of the real-world studies is to improve treatment strategies and outcomes for all people with these disorders. In addition to

measuring improvement in illness symptoms, the studies will evaluate how treatments influence other important, real-world issues such as quality of life, ability to work, and social functioning. They also will assess the cost-effectiveness of different treatments and factors that affect how well people stay on their treatment plans.

The Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD) is seeking participants for the largest-ever, "real-world" study of treatments for bipolar disorder. To learn more about STEP-BD or other clinical studies, see the Clinical Trials page on the NIMH Web site http://www.nimh.nih.gov, visit the National Library of Medicine's clinical trials database http://www.clinicaltrials.gov, or contact NIMH.

# For More Information

National Institute of Mental Health (NIMH)
Office of Communications and Public Liaison
Information Resources and Inquiries
6001 Executive Blvd., Rm. 8184, MSC 9663
Bethesda, MD 20892-9663
Phone: (301) 443-4513; Fax: (301) 443-4279
Fax Back System, Mental Health FAX4U: (301) 443-5158
E-mail: nimhinfo@nih.gov; Web site: http://www.nimh.nih.gov

Child & Adolescent Bipolar Foundation
1187 Wilmette Avenue, PMB #331
Wilmette, IL 60091
Phone: (847) 256-8525
Web site: http://www.bpkids.org

Depression and Related Affective Disorders Association (DRADA)
Johns Hopkins Hospital, Meyer 3-181
600 North Wolfe Street
Baltimore, MD 21287-7381
Phone: (410) 955-4647 or (202) 955-5800 (Wash. D.C.)
E-mail: drada@jhmi.edu; Web site: http://www.drada.org

National Alliance for the Mentally Ill (NAMI)
Colonial Place Three
2107 Wilson Blvd., 3rd
Arlington, VA 22201-3042
Toll-Free: 1-800-950-NAMI (6264)
Phone: (703) 524-7600; Fax: (703) 524-9094
Web site: http://www.nami.org

Depression & Bipolar Support Alliance (DBSA)
730 North Franklin Street, Suite 501
Chicago, IL 60610-7204
Toll-Free: 1-800-826-3632
Phone: (312) 642-0049; Fax: (312) 642-7243
Web site: http://www.DBSAAlliance.org

National Foundation for Depressive Illness, Inc. (NAFDI)
P.O. Box 2257
New York, NY 10116
Toll-Free: 1-800-239-1265
Web site: http://www.depression.org

National Mental Health Association (NMHA)
2001 N Beauregard St, 12th floor
Alexandria, VA 22311
Toll-Free: 1-800-969-NMHA (6642)
Phone: (703) 684-7722; Fax: (703) 684-5968
E-mail: infoctr@nmha.org; Web site: http://www.nmha.org

# References

[1]Narrow WE. One-year prevalence of depressive disorders among adults 18 and over in the U.S.: NIMH ECA prospective data. Population estimates based on U.S. Census estimated residential population age 18 and over on July 1, 1998. Unpublished.

[2]Regier DA, Narrow WE, Rae DS, et al. The de facto mental and addictive disorders service system. Epidemiologic Catchment Area prospective 1-year prevalence rates of disorders and services. *Archives of General Psychiatry*, 1993; 50(2): 85-94.

[3]American Psychiatric Association. *Diagnostic and Statistical Manual for Mental Disorders, fourth edition (DSM-IV)*. Washington, DC: American Psychiatric Press, 1994.

[4]Hyman SE, Rudorfer MV. Depressive and bipolar mood disorders. In: Dale DC, Federman DD, eds. *Scientific American Medicine. Vol. 3.* New York: Healtheon/WebMD Corp., 2000; Sect. 13, Subsect. II, p. 1.

[5]Goodwin FK, Jamison KR. *Manic-depressive illness.* New York: Oxford University Press, 1990.

[6]Geller B, Luby J. Child and adolescent bipolar disorder: a review of the past 10 years. *Journal of the American Academy of Child and Adolescent Psychiatry,* 1997; 36(9): 1168-76.

[7]NIMH Genetics Workgroup. *Genetics and mental disorders.* NIH Publication No. 98-4268. Rockville, MD: National Institute of Mental Health, 1998.

[8]Hyman SE. Introduction to the complex genetics of mental disorders. *Biological Psychiatry,* 1999; 45(5): 518-21.

[9]Soares JC, Mann JJ. The anatomy of mood disorders—review of structural neuroimaging studies. *Biological Psychiatry,* 1997; 41(1): 86-106.

[10]Soares JC, Mann JJ. The functional neuroanatomy of mood disorders. *Journal of Psychiatric Research*, 1997; 31(4): 393-432.

[11]Sachs GS, Printz DJ, Kahn DA, Carpenter D, Docherty JP. The expert consensus guideline series: medication treatment of bipolar disorder 2000. *Postgraduate Medicine,* 2000; Spec No:1-104.

[12]Sachs GS, Thase ME. Bipolar disorder therapeutics: maintenance treatment. *Biological Psychiatry,* 2000; 48(6): 573-81.

[13]Huxley NA, Parikh SV, Baldessarini RJ. Effectiveness of psychosocial treatments in bipolar disorder: state of the evidence. *Harvard Review of Psychiatry,* 2000; 8(3): 126-40.

[14]Vainionpaa LK, Rattya J, Knip M, Tapanainen JS, Pakarinen AJ, Lanning P, Tekay A, Myllyla VV, Isojarvi JI. Valproate-induced hyperandrogenism during pubertal maturation in girls with epilepsy. *Annals of Neurology,* 1999; 45(4): 444-50.

[15]Llewellyn A, Stowe ZN, Strader JR Jr. The use of lithium and management of women with bipolar disorder during pregnancy and lactation. J Clin Psychiatry. 1998; 59(Suppl 6): 57-64; discussion 65.

[16]Thase ME, Sachs GS. Bipolar depression: pharmacotherapy and related therapeutic strategies. *Biological Psychiatry,* 2000; 48(6): 558-72.

[17]Suppes T, Webb A, Paul B, Carmody T, Kraemer H, Rush AJ. Clinical outcome in a randomized 1-year trial of clozapine versus treatment as usual for patients with treatment-resistant illness and a history of mania. *American Journal of Psychiatry,* 1999; 156(8): 1164-9.

[18]Tohen M, Sanger TM, McElroy SL, Tollefson GD, Chengappa KN, Daniel DG, Petty F, Centorrino F, Wang R, Grundy SL, Greaney MG, Jacobs TG, David SR, Toma V. Olanzapine versus placebo in the treatment of acute mania. Olanzapine HGEH Study Group. *American Journal of Psychiatry,*

1999; 156(5): 702-9.

[19]Rothschild AJ, Bates KS, Boehringer KL, Syed A. Olanzapine response in psychotic depression. *Journal of Clinical Psychiatry,* 1999; 60(2): 116-8.

[20]U.S. Department of Health and Human Services. *Mental health: a report of the Surgeon General.* Rockville, MD: U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health, 1999.

[21]Henney JE. Risk of drug interactions with St. John's wort. From the Food and Drug Administration. *Journal of the American Medical Association,* 2000; 283(13): 1679.

[22]Nierenberg AA, Burt T, Matthews J, Weiss AP. Mania associated with St. John's wort. *Biological Psychiatry,* 1999; 46(12): 1707-8.

[23]Stoll AL, Severus WE, Freeman MP, Rueter S, Zboyan HA, Diamond E, Cress KK, Marangell LB. Omega 3 fatty acids in bipolar disorder: a preliminary double-blind, placebo-controlled trial. *Archives of General Psychiatry,* 1999; 56(5): 407-12.

[24]Strakowski SM, DelBello MP. The co-occurrence of bipolar and substance use disorders. *Clinical Psychology Review,* 2000; 20(2): 191-206.

[25]Mueser KT, Goodman LB, Trumbetta SL, Rosenberg SD, Osher FC, Vidaver R, Auciello P, Foy DW. Trauma and posttraumatic stress disorder in severe mental illness. *Journal of Consulting and Clinical Psychology,* 1998; 66(3): 493-9.

[26]Strakowski SM, Sax KW, McElroy SL, Keck PE Jr, Hawkins JM, West SA. Course of psychiatric and substance abuse syndromes co-occurring with bipolar disorder after a first psychiatric hospitalization. *Journal of Clinical Psychiatry,* 1998; 59(9): 465-71.

This publication, written by Melissa Spearing of NIMH, is a revision and update of an earlier version by Mary Lynn Hendrix.  Scientific information and review were provided by NIMH Director Steven E. Hyman, M.D., and other NIMH staff members Matthew V. Rudorfer, M.D., and Jane L. Pearson, Ph.D.  Editorial assistance was provided by Clarissa K. Wittenberg, Margaret Strock, and Lisa D. Alberts of NIMH.

*All material in this booklet is in the public domain and may be copied or reproduced without permission from the Institute. Citation of the source is appreciated.*

**Addendum to Bipolar**
January 2007

Aripiprazole (Abilify) is another atypical antipsychotic medication used to treat the symptoms of schizophrenia and manic or mixed (manic and depressive) episodes of bipolar I disorder. Aripiprazole is in tablet and liquid form. An injectable form is used in the treatment of symptoms of agitation in schizophrenia and manic or mixed episodes of bipolar I disorder.



**National Institute of Mental Health**

This is the electronic version of a National Institute of Mental Health (NIMH) publication, available from http://www.nimh.nih.gov/publicat/index.cfm. To order a print copy, call the NIMH Information Center at 301-443-4513 or 1-866-615-6464 (toll-free).  Visit the NIMH Web site (http://www.nimh.nih.gov) for information that supplements this publication.

To learn more about NIMH programs and publications, contact the following:

Web address:
http://www.nimh.nih.gov

E-mail:
nimhinfo@nih.gov

Phone numbers:
301-443-4513 (local)
1-866-615-6464 (toll-free)
301-443-8431 (TTY)
1-866-415-8051 (TTY toll-free)

Fax numbers:
301-443-4279
301-443-5158 (FAX 4U)

Street address:
National Institute of Mental Health
Office of Communications
Room 8184, MSC 9663
6001 Executive Boulevard
Bethesda, Maryland 20892-9663 USA

---

This information is in the public domain and can be copied or reproduced without permission from NIMH. To reference this material, we suggest the following format:

National Institute of Mental Health. Title. Bethesda (MD): National Institute of Mental Health, National Institutes of Health, US  Department of Health and Human Services; Year of Publication/Printing [Date of Update/Revision; Date of Citation]. Extent. (NIH Publication No XXX  XXXX). Availability.

A specific example is:
National Institute of Mental Health. Childhood-Onset Schizophrenia: An Update from the National Institute of Mental Health. Bethesda (MD):  National Institute of Mental Health, National Institutes of Health, US  Department of Health and Human Services; 2003 [cited 2004 February 24]. (NIH  Publication Number: NIH 5124). 4 pages. Available from: http://www.nimh.nih.gov/publicat/schizkids.cfm