Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
vcheng@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARA DOE, a fictitious name,<br><br>    Plaintiff,<br><br>vs.<br><br>GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>    Defendant. | Case No. C07-05875 (WHA)<br><br>**DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    May 29, 2008<br>Time:    8:00 a.m.<br>Dept:    Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

I, VINCENT CHENG, declare as follows:

1.  I am a member in good standing of the State Bar of California and an attorney at Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiff in this action. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2.  Attached hereto as Exhibit A is a true and correct copy of a magnetic resonance imagining ("MRI") report received from Plaintiff. The report has been redacted to remove all identifying information about Plaintiff.

DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [CASE NO. C07-05875 (WHA)]

3. Attached hereto as Exhibit B are excerpts of the transcript for the April 5, 2001 deposition of Bruce L. Luddy in *Dobson v. The Hartford Financial Services Group Inc*, No. 99-02256 (D. Conn.).

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those, I believe them to be true.

Executed this 8th day of May, 2008, at Oakland, California.

                                           /s/ Vincent Cheng
                                           Vincent Cheng

# EXHIBIT A

LOC: PVT

Accession #: 5885220

Matsumoto, Joyce Haruko

Exam Date: 10/11/2007

Matsumoto, Joyce Haruko

MRI BRAIN: 10/11/2007

CLINICAL DATA: 38-year-old woman with bipolar disorder since 2001, presenting with staring spells.

TECHNIQUE: Axial short and long echo T2, coronal T2 FLAIR, sagittal T1, coronal gradient echo, and axial diffusion weighted sequences at 1.5 Tesla.

FINDINGS:

There is diffuse enlargement of the ventricles and sulci of the supra and intratentorial brain, in keeping with global parenchymal volume loss. No focal gray or white matter lesions. Gray-white differentiation is normal throughout.

No suspicious areas of reduced water diffusion or abnormal magnetic susceptibility. Midline structures are normally aligned. There is no evidence for extra-axial fluid collection, intracranial hemorrhage, or mass effect.

IMPRESSION:

Global parenchymal volume loss, greater than anticipated for the patient's age. Otherwise unremarkable brain MRI.

I attest that I have personally reviewed the images for this study and/or supervised this procedure and agree with the report.

```
    Dictated:  10/11/2007   5:15 PM   by Dr. Christopher P Hess
 Transcribed:  10/11/2007   8:13 PM   by Lois Demott
 Last Edited:  10/12/2007   3:48 PM   by Orit A Glenn
   Finalized:  10/12/2007   3:48 PM   by Dr. Orit A Glenn
```

Copy to: Dr. Mark H Swoiskin

Post-it® Fax Note  7671  Date 10/17/07  # of pages 1
To Teresa Kensler  From
Co./Dept.  Co. REDACTED
Phone #  Phone
Fax # 839-7839  Fax #

P0328

# EXHIBIT B

CONTAINS CONFIDENTIAL PORTIONS                                            1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE DISTRICT OF CONNECTICUT
 3   NEW HAVEN DIVISION
 4   - - - - - - - - - - - - -x
 5   DOUGLAS DOBSON,             :
 6             Plaintiff,        :   Civil Action No.
 7         vs.                   :       3:99CV02256
 8   THE HARTFORD FINANCIAL      :           (JBA)
 9   SERVICES GROUP, INC.;       :
10   HARTFORD LIFE &             :
11   ACCIDENT INSURANCE          :
12   COMPANY,                    :
13             Defendants.       :
14   - - - - - - - - - - - - -x
15
16             Deposition of BRUCE L. LUDDY taken
17   pursuant to the Federal Rules of Civil
18   Procedure at the law offices of Murtha Cullina
19   LLC, CityPlace I, Hartford, Connecticut, before
20   Elizabeth A. Zawacki, a Registered Merit
21   Reporter and Notary Public in and for the State
22   of Connecticut, on Thursday, April 5, 2001, at
23   1:31 p.m.
24
25
```

SANDERS, GALE & RUSSELL
1-800-824-4541

```
 1        Q.    Let me just -- are you an employee of
 2   Hartford?
 3        A.    Yes, I am.
 4        Q.    What entity of Hartford appears on your
 5   W-2 form?
 6        A.    I believe it says Hartford Financial
 7   Services Group.
 8        Q.    What is your title?
 9        A.    Manager of litigation and appeals.
10        Q.    Now, is that for a particular sub -- is
11   that for Hartford Financial Services Group as a
12   whole, or is that for some other Hartford entity?
13        A.    I deal with disability insurance claims
14   which are written through entities that are part of
15   the Hartford Financial Services Group.
16        Q.    Would one of those entities be Hartford
17   Life and Accident?
18        A.    Yes.
19        Q.    I'll call that Hartford Life just for
20   shorthand in the deposition.  If we talk about any
21   other Hartford or the Hartford companies generally,
22   I'll make that clear.
23        A.    That's fine.
24        Q.    How long have you had that position?
25        A.    Approximately three years.
```

1  background.
2  A.  I have a Bachelor's degree in history.
3  Q.  From?
4  A.  From Bucknell University.
5  Q.  What year was that?
6  A.  1974.
7  Q.  Any postgraduate courses?
8  A.  I attended law school for a semester.
9  Q.  Where was that?
10 A.  University of Pittsburgh.
11 Q.  In your current position at Hartford as
12 the manager of litigation and appeals --
13 A.  Yes.
14 Q.  -- would you describe for me what your
15 responsibilities are?
16 A.  I supervise the staff that handles appeals
17 of denied or terminated LTD claims.
18     Is it okay if I just use the abbreviation
19 LTD?
20 Q.  That's fine.  Please do.
21 A.  I also am the primary contact for the
22 litigation managers in the law department to assist
23 in the defense when we are sued in connection with
24 an LTD claim.
25 Q.  Anything else?  Those are your two general