1  Teresa S. Renaker – CA State Bar No. 187800
   Vincent Cheng – CA State Bar No. 230827
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  vcheng@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 LARA DOE, a fictitious name,           )
                                          ) Case No. C07-05875 (WHA)
11         Plaintiff,                     )
                                          ) **[PROPOSED] ORDER DENYING**
12    vs.                                 ) **DEFENDANT'S MOTION FOR**
                                          ) **SUMMARY JUDGMENT AND**
13 GROUP LONG TERM DISABILITY             ) **GRANTING PLAINTIFF'S REQUEST**
   BENEFITS PLAN FOR EMPLOYEES OF         ) **TO CONDUCT LIMITED**
14 CREDIT SUISSE FIRST BOSTON             ) **DISCOVERY**
   CORPORATION,                           )
15                                        )
           Defendant.                     )
16                                        )
                                          )
17                                        )

18 ─────────────────────────────────────

19     Having considered the Parties' briefs, the declarations and exhibits, all other papers and

20 authorities submitted by the parties, and the oral argument of counsel, the Court now ORDERS

21 that Defendant's Motion for Summary Judgment be, and is hereby DENIED.

22     The Court further ORDERS that Plaintiff's request to conduct limited discovery going to

23 the conflict of interest issue and as outlined in the Rule 56(f) Declaration of Plaintiff's counsel

24 and the exhibits thereto, be, and is hereby, GRANTED.  The Court ORDERS that Plaintiff be

25 permitted to propound the proposed discovery requests submitted with the Declaration of

26 Vincent Cheng in Support of Plaintiff's Fed. R. Civ. P. 56(f) Request for Denial of Defendant's

27 //

28 //

[PROPOSED] ORDER DENYING DEFENDANT'S SUMMARY JUDGMENT MOTION AND GRANTING
PLAINTIFF'S REQUEST TO CONDUCT LIMITED DISCOVERY [CASE NO. C07-05875 (WHA)]

1 | Motion for Summary Judgment.

2 |     IT IS SO ORDERED.

3 | Date:

                                           Honorable William H. Alsup
                                           United States District Judge
                                           Northern District of California