1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2       EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5  Attorneys for Defendant
   GROUP LONG-TERM DISABILITY
6  BENEFITS PLAN FOR EMPLOYEES OF
   CREDIT SUISSE FIRST BOSTON CORPORATION

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  LARA DOE,                          )  Case No.: C07-05875 WHA ADR
                                       )
12            Plaintiff,               )  **DEFENDANTS' OBJECTIONS TO**
                                       )  **EVIDENCE SUBMITTED WITH**
13     vs.                             )  **PLAINTIFF'S OPPOSITION TO**
                                       )  **MOTION FOR SUMMARY JUDGMENT**
14  GROUP LONG-TERM DISABILITY         )
    BENEFITS PLAN FOR EMPLOYEES OF     )  Date:    May 29, 2008
15  CREDIT SUISSE FIRST BOSTON         )  Time:    8:00 a.m.
    CORPORATION,                       )  Courtroom 9, 19th Floor
16                                     )
17            Defendant.               )  Hon. William H. Alsup
                                       )
18  _____  Documents Attached:

19                                     Reply Brief in Support of Defendants' Motion
                                       for Summary Judgment.

20

21

22

23

24

25

26

27

28

DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH PLAINTIFF'S OPPOSITION
                                  CASE NO. C07-05875 WHA ADR

352507.1

1    Defendant Group Long-Term Disability Benefits Plan for Employees of Credit Suisse

2    First Boston Corporation hereby objects to and moves to strike the following evidence

3    presented by plaintiff Lara Doe in connection with the motion for summary judgment set for

4    hearing on May 29, 2008, before this Court:

5    (1)    **Exhibit A to Declaration of Vincent Cheng** in Support of Plaintiff's

6          Opposition to Defendant's Motion for Summary Judgment; purportedly a

7          "magnetic resonance imaging ('MRI') report received from Plaintiff."

8          This evidence is objected to on the grounds that: (a) the document has not been

9          properly authenticated (FRE 901; L.R. 7.5(a)); and (b) the evidence is not

10         relevant because it is not part of the administrative record and was generated

11         three and a half years after the final disposition of plaintiff's claim (FRE 401).

12

13   (2)    **Exhibit B to Declaration of Vincent Cheng** in Support of Plaintiff's Opposition

14         to Defendant's Motion for Summary Judgment, purportedly containing excerpts

15         of Bruce Luddy's deposition transcript from a different case.

16         This evidence is objected to on the grounds that:  (a) the document has not been

17         properly authenticated (FRE 901; L.R. 7.5(a)); (b) the document contains

18         inadmissible hearsay (FRE 802).

19

20   Defendant respectfully requests that the court disregard and strike the evidence

21   referenced above.

22                                   WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP
23

24   Date: May 15, 2008              By____/s/___Laura E. Fannon_____
25                                        Laura E. Fannon
                                          Attorneys for Defendant
26                                   GROUP LONG-TERM DISABILITY
                                     BENEFITS PLAN FOR EMPLOYEES OF
27                                   CREDIT SUISSE FIRST BOSTON
                                     CORPORATION
28

-2-
DEFENDANT'S OBJECTIONS TO EVIDENCE
CASE NO. C07-05875 WHA ADR

352507.1