# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE BERNARD ZIMMERMAN
### CIVIL MINUTE ORDER

DATE: Thursday, May 22, 2008 @ 9:00 a.m.

TIME: 4 hours 45 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| DOE V. GROUP LONG TERM DISB. PLAN | C07-5875 WHA (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| Teresa Renaker; Vincent Cheng | Laura Fannon | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

### PROCEEDINGS

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE
- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

### NOTES

Case did not settle, parties to continue talking.