Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: trenaker@lewisfeinberg.com
vcheng@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARA DOE,<br><br>       Plaintiff,<br><br>   vs.<br><br>GROUP LONG TERM DISABILITY BENEFITS PLAN FOR EMPLOYEES OF CREDIT SUISSE FIRST BOSTON CORPORATION,<br><br>       Defendant. | Case No. C07-05875 WHA<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

The parties hereby notify the Court that they have agreed to a settlement of Plaintiff's claims in this case.  The parties attended a settlement conference with Magistrate Judge Zimmerman on May 22, 2008.  As reflected in Judge Zimmerman's minute entry, the case did not settle.  However, continued discussions resulted in the parties agreeing to material terms on May 27, 2008.  The parties expect to execute a formal settlement agreement by close of business on May 28, 2008.

Accordingly, the parties respectfully request that the hearing set for May 29, 2008, at 2:00

//
//
//
//

1  p.m. be taken off calendar as no ruling on the pending summary judgment motion is necessary.

2  Dated: May 27, 2008                          Respectfully submitted,

3                                               LEWIS, FEINBERG, LEE,
                                                RENAKER & JACKSON P.C.

4

5                                       By:     /s/ Teresa S. Renaker
                                                Teresa S. Renaker

6
                                                Attorneys for Plaintiff
7

8  Dated: May 27, 2008                          WILSON ELSER MOSKOWITZ
                                                EDELMAN & DICKER LLP
9

10                                      By:     /s/ Laura E. Fannon
                                                Laura E. Fannon