Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: trenaker@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARA DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GROUP LONG-TERM DISABILITY<br>BENEFITS PLAN FOR EMPLOYEES OF<br>CREDIT SUISSE FIRST BOSTON CORP.,<br><br>　　　　Defendant. | Case No. C07-05875 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Lara Doe and Defendant Group Long-Term Disability Benefits Plan for Employees of Credit Suisse First Boston Corporation, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear its own costs of suit and attorneys' fees.

Dated: June 5, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LEWIS, FEINBERG, LEE,
　　　　　　　　　　　　　　　　　　　RENAKER & JACKSON, P.C.

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Teresa S. Renaker
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

//

//

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NO. C07-05875 WHA]

1  Dated: June 4, 2008						WILSON, ELSER, MOSKOWITZ,
									EDELMAN & DICKER, LLP
2
										By: /s/ Laura E. Fannon
3										Laura E. Fannon
										Attorneys for Defendant
4
5  IT IS SO ORDERED.

6  Dated: _____

7										WILLIAM H. ALSUP
										United States District Judge